**UNITED STATES DISTRICT COURT**
**DISTRICT OF OREGON**

STATE OF WASHINGTON, et al.,

    *Plaintiffs*,

    v.

UNITED STATE DEPARTMENT OF
HEALTH AND HUMAN SERVICES, et al.,

    *Defendants*.

Case No. 6:25-cv-01748-AA

**DECLARATION OF LUCY WOLF**

I, Lucy Wolf, declare as follows:

1.    I am over the age of 18, competent to testify as to the matters herein, and make this declaration based on my personal knowledge.

2.    I am an Assistant Attorney General with the Washington State Office of the Attorney General and one of the attorneys representing Plaintiff State of Washington in the above-captioned matter.

3.    Attached hereto as Exhibit 1 is a true and correct copy of a Congress.gov report titled "Teen Births in the United States: Overview and Recent Trends" published on April 17, 2025.

4.    Attached hereto as Exhibit 2 is a true and correct copy of the Congressional Research Service's (CRS) report titled, "Teenage Pregnancy Prevention: Statistics and Programs" published on January 15, 2016.

5.    Attached hereto as Exhibit 3 is a true and correct copy of the U.S. Department of Health and Human Services (HHS) webpage on Sexually Transmitted Infections (STI's).

6.    Attached hereto as Exhibit 4 is a true and correct copy of HHS' STI National Strategies Plan for the United States for 2021-2025.

7.    Attached hereto as Exhibit 5 is a true and correct copy of the Center for Disease Control's webpage titled, "Sexually Transmitted Infections Prevalence, Incidence, and Cost Estimates in the United States" published on April 3, 2024.

Page 1 - DECLARATION OF LUCY WOLF

8.    Attached hereto as Exhibit 6 is a true and correct copy of a CRS report titled, "Teen Pregnancy Prevention: Background and Proposals in the 111th Congress" updated on April 25, 2011.

9.    Attached hereto as Exhibit 7 is a true and correct copy of the ACF.gov webpage State Personal Responsibility Education Program (PREP) youth population targets.

10.    Attached hereto as Exhibit 8 is a true and correct copy of Washington State's December 27, 2024, Notice of Award for Award #2501WAPREP.

11.    Attached hereto as Exhibit 9 is a true and correct copy of the Standing Notice of Funding Opportunity for Title V State Sexual Risk Avoidance Education (SRAE) HHS-2024-ACF-ACYF-SRAE-0044.

12.    Attached hereto as Exhibit 10 is a true and correct copy of the PREP Studies of Performance Measures and Adulthood Preparation Subjects (PMAPS) Fact Sheet published February 2023.

13.    Attached hereto as Exhibit 11 is a true and correct copy of the ACF PREP Performance Measures Final report: 2013-2017 published in March 2021.

14.    Attached hereto as Exhibit 12 is a true and correct copy of the Washington State Health Education Learning Standards.

15.    Attached hereto as Exhibit 13 is a true and correct copy of Washington State's August 6, 2025, Notice of Award for Award #2501WAPREP.

16.    Attached hereto as Exhibit 14 is a true and correct copy of Minnesota's August 6, 2025, Notice of Award for Award #2501MNSRAE.

17.    Attached hereto as Exhibit 15 is a true and correct copy of the Fiscal Year 2025 State PREP Supplemental Terms and Conditions.

18.    Attached hereto as Exhibit 16 is a true and correct copy of the Fiscal Year 2025 State SRAE Supplemental Terms and Conditions.

Page 2 - DECLARATION OF LUCY WOLF

19.     Attached hereto as Exhibit 17 is a true and correct copy of an August 21, 2025, letter from the Administration for Children and Families (ACF) to California regarding State PREP Grants for Fiscal Years 2023, 2024 and 2025.

20.     Attached hereto as Exhibit 18 is a true and correct copy of an August 19, 2025, letter from California to ACF regarding State PREP Grants for Fiscal Years 2023, 2024 and 2025.

21.     Attached hereto as Exhibit 19 is a true and correct copy of a June 20, 2025, letter from ACF to California regarding State PREP Grants for Fiscal Years 2023, 2024 and 2025.

22.     Attached hereto as Exhibit 20 is a true and correct copy of all August 26, 2025, letters from ACF to states regarding State PREP Grants for Fiscal Years 2023, 2024 and 2025.

23.     Attached hereto as Exhibit 21 is a true and correct copy of the August 26, 2025, letter from ACF to Washington State regarding State PREP Grants for Fiscal Years 2023, 2024 and 2025.

24.     Attached hereto as Exhibit 22 is a true and correct copy of an HHS Press Release titled, "Trump Administration Puts 46 States and Territories on Notice to Remove Gender Ideology Content from Sex Ed Materials" published August 26, 2025.

25.     Attached hereto as Exhibit 23 is a true and correct copy of the PREP Evaluation Snapshot titled "Inputs and Outcomes: PREP Programs Serving Runaway and Homeless Youth" published April 2018.

26.     Attached hereto as Exhibit 24 is a true and correct copy of the PREP Evaluation Performance Indicators titled "Youth Participants' Characteristics and Outcomes" published April 2018.

I declare under penalty of perjury under the laws of the State of Washington and the United States of America that the foregoing is true and correct.

DATED and SIGNED this 26th day of September 2025, at Seattle, Washington.

*s/ Lucy Wolf*
LUCY WOLF, WSBA #59208
Assistant Attorney General

Page 3 - DECLARATION OF LUCY WOLF