# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON

STATE OF WASHINGTON; STATE OF OREGON; STATE OF MINNESOTA; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; DISTRICT OF COLUMBIA; STATE OF HAWAIʻI; STATE OF ILLINOIS; STATE OF MAINE; STATE OF MARYLAND; COMMONWEALTH OF MASSACHUSETTS; STATE OF MICHIGAN; STATE OF NEW JERSEY; STATE OF NEW YORK; STATE OF RHODE ISLAND; STATE OF WISCONSIN,

        *Plaintiffs*,

    v.

UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; ROBERT F. KENNEDY, JR., in his official capacity as Secretary of U.S. Department of Health and Human Services; UNITED STATES HEALTH AND HUMAN SERVICES ADMINISTRATION FOR CHILDREN AND FAMILIES; and ANDREW GRADISON, in his official capacity as Acting Assistant Secretary of U.S. Health and Human Services Administration for Children and Families,

        *Defendants*.

Case No. 6:25-cv-01748-AA

**DECLARATION OF BRIDGET ROSSMAN**

# DECLARATION OF BRIDGET ROSSMAN

I, BRIDGET ROSSMAN, pursuant to 28 U.S.C. § 1746 declare as follows:

1. I am a resident of the State of Washington. I am over the age of 18, competent to testify to the matters herein, and make this declaration based on my personal knowledge.

2. I am the Executive Director of Teaching and Learning for the Mount Baker School District in Washington State (MBSD). I have worked for MBSD for approximately 20 years, first as a special education instructor, and later as a school principal. I have been in my current position since 2017. I have a Bachelor of Science Degree in speech pathology and audiology, a Bachelor of Science Degree in education, a Master's Degree in special education, and a Master's Degree in educational administration.

3. In my current position, I oversee the federal Title IX program for MBSD, counseling services, library services, highly capable programs, outdoor education, HIB compliance, curriculum assessment and development, and educational technology. I also am the administrator for the district's parent partnership program, which supports families with students in remote learning. My duties involve working closely with principals, teachers, and staff at schools in the district. I also interact with students as much as possible.

4. I submit this declaration in connection with Plaintiff States' Motion for Preliminary Injunction and Complaint for Injunctive and Declaratory Relief pertaining to the August 6, 2025 Notice of Award (NOA) from the United States Department of Health and Human Services (HHS) Administration for Children and Families (ACF) regarding state Personal Responsibility Education Program (PREP) grants; the August 7, 2025 PREP Supplemental Terms and Conditions (Supplemental T&Cs), and the August 26, 2025 directive letter from ACF to grantees (the PREP Directive). I have personal knowledge of the matters set

forth below, or with respect to the matters for which I do not have personal knowledge, I have reviewed information gathered from MBSD records by others within district.

5. MBSD is aware that ACF is seeking to place new conditions on PREP funding, which means that this funding may be in danger. As part of my work on curriculum assessment and development, I've worked closely with Cardea to implement the PREP program in our school district. Cardea has been an invaluable support to MBSD as we have navigated curriculum changes and comprehensive sexual health education training for our educators.

6. In 2020, MBSD began the process of updating its school curriculum to better meet students' needs and the requirements of RCW 28A.300.475, which requires public schools in Washington to provide comprehensive sexual health education. We involved community members as well as district staff in this process. A task force was developed with community and staff representation. The effort took four months to complete, as we began a review of our current sexual health curriculum in the summer and made a presentation and recommendation on updated curriculum to our elected school board at the end of August.

7. This curriculum change was the first time that MBSD had worked with Cardea. A colleague from a different school district mentioned Cardea to me and described the benefits of working with them. I reached out to Cardea and asked them to assist MBSD in updating our curriculum. Our partnership with Cardea has been going strong since that time.

8. Cardea are extremely knowledgeable and effective partners. They are highly familiar with curriculum resources and options. They bring an unbiased approach to group work facilitation. They are skilled at supporting individuals in district operations as well as our school district organization as a whole.

9.      For the 2024-25 school year, Cardea provided MBSD with a $5,000 stipend to help support the implementation of the new curriculum and provide professional development as needed. MBSD has not yet accessed this stipend. Cardea assisted us in updating our "FLASH" sexual health and personal responsibility curriculum, which is sourced from King County. Updates to the curriculum for grades 9 and 11 were extensive. Cardea supported MBSD with information and support throughout implementation. They developed resource folders connected to the updated curriculum, for families and caregivers as well as teaching staff. Cardea's work helped our teachers develop a deeper knowledge and purpose, and to deliver the curriculum more effectively. In addition, Cardea provided core content training, which is separate from curriculum training. This training is helpful to staff in understanding how to respond to student questions, remove an individual teacher's own bias, and to create a safe and inclusive learning environment. In 2025, Cardea staff assisted in a professional development day at MBSD on the foundational concepts and terminology about gender and sexuality, with the goal of increasing confidence in teaching gender and sexually-diverse youth. Topics included the dimensions of gender and sexuality, creating an inclusive classroom, answering sensitive questions, and supporting transgender students. Teaching staff reported that the event was very helpful.

10.     Cardea provides other services in addition to training and professional development. They assist MBSD with communications to parents and caregivers, including by providing informational recordings on sexual health education that the district can disseminate. They help us network with agencies locally. They provide scaffolding for low incident, high needs students population, for example students who have a different learning modality, or who need instructional materials in multiple languages. They have consulted with us on other areas of educational curricula. For example, Cardea consulted with the district on a 9th grade biology

instruction, to help ensure that materials on human biology and development were medically and scientifically accurate. In general, if I have a need for support related to sexual health education, I am confident that Cardea would deliver that support within days of being contacted.

11.     MBSD conducts survey research to gauge reactions to Cardea's training and support. Survey results have been uniformly positive. Teaching staff have been receptive to training. They report that they feel empowered by the PREP program training and curriculum, that it helps them feel supported in addressing sensitive sexual health and personal responsibility topics with students. They appreciate Cardea's dedicated and knowledgeable support, and Cardea's collaborative methods.

12.     As required under RCW 28A.300.475, parents may opt their children out of any lessons in the sexual health education curriculum. In the MBSD there is a straightforward process for this. Our district asks families and caregivers to visit their student's school to review the curriculum in its entirety before opting their student out. This is important in case there are misconceptions about the curriculum and it provides an opportunity for discussion. If a parent/caregiver is unable to come to the school we will send or digitally share the lessons so they can make an informed decision. The curriculum doesn't endorse any behavior, sexual or otherwise, instead it equips students to make informed, responsible decisions about their health and development. In general, I get few questions about the contents of our sexual health and personal responsibility educational materials.  However, there is a process in place for families to opt out if they wish, and some families choose that option.

13.     MBSD data on student populations indicates that our district is home to segments of high-risk youth that the PREP Program is intended to reach. MBSD is a small, rural district

and is both a childcare desert and a food desert. 56% of our students qualify for free or reduced lunch.

14.     ACF's threatened enforcement actions have led to confusion among district staff. Some of our curriculum discusses gender and sexuality. Along with strong disappointment, we feel great uncertainty. Teachers wonder how they can comply with our state law and encourage growth and understanding for students, in the face of opposition from the federal government. It's disheartening. With the ACF challenge to our comprehensive sexual health curriculum and Cardea's invaluable support, it feels like one more resource is being taken away from teachers. It is another setback among many changes that the federal government is trying to implement, and that MBSD is having to respond to. MBSD is a small district, and our staff lacks expertise in the effective implementation of sexual health and personal responsibility education. I personally would feel a loss if Cardea's support were no longer available.

15.     I am aware that our high school teachers and students in particular would also feel the difference. Our 9th and 10th grade teachers sometimes rely on Cardea to teach students when they are short-staffed, and that would no longer be an option. The quality of the students' education would suffer without Cardea's professional development support. This has a real impact on student lives. It benefits LGBTQ+ students to have Cardea involved in MBSD professional development efforts. Cardea's guidance helps sexual health education be more inclusive.  This guidance reaches and educates adults who are still developing their own understanding of what it means to be a transgender, gender diverse, or other LGBTQ+ person.

16.     Cardea's support for sexual health education is also vital to reducing teen pregnancies, while we do not track teen pregnancies the impact of fact based sexual health education supports students. In our district students are typically in the same cohort from early

youth to graduation. They need support from outside specialized educators, as a resource and partner in developing a healthy sexual outlook and personal responsibility skills and knowledge. Our teaching staff can provide that influence, but they need the support of an organization like Cardea to do so. Without a partnership with Cardea, youth in our school district, especially high-risk youth, will suffer.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on September 24, 2025, at Deming, Washington.

BRIDGET ROSSMAN
Executive Director of Teaching and Learning
Mount Baker School District