**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON**

|  |  |
|---|---|
| STATE OF WASHINGTON; STATE OF OREGON; STATE OF MINNESOTA; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; DISTRICT OF COLUMBIA; STATE OF HAWAI'I; STATE OF ILLINOIS; STATE OF MAINE; STATE OF MARYLAND; COMMONWEALTH OF MASSACHUSETTS; STATE OF MICHIGAN; STATE OF NEW JERSEY; STATE OF NEW YORK; STATE OF RHODE ISLAND; STATE OF WISCONSIN, | Case No. 6:25-cv-01748-AA |
| *Plaintiffs*, | **DECLARATION OF MICHELLE DAVIS** |
| v. | |
| UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; ROBERT F. KENNEDY, JR., in his official capacity as Secretary of U.S. Department of Health and Human Services; UNITED STATES HEALTH AND HUMAN SERVICES ADMINISTRATION FOR CHILDREN AND FAMILIES; and ANDREW GRADISON, in his official capacity as Acting Assistant Secretary of U.S. Health and Human Services Administration for Children and Families, | |
| *Defendants*. | |

## <u>DECLARATION OF MICHELLE DAVIS, NEW YORK STATE DEPARTMENT OF HEALTH REPRESENTATIVE</u>

I, Michelle Davis, pursuant to 28 U.S.C. § 1746, declare as follows:

1.      I am a resident of New York. I am over the age of 18 and competent to testify as to the matters herein.

2.      I am the Deputy Commissioner of the Office of Public Health (OPH), within the New York State Department of Health (NYSDOH). I submit this declaration in connection with Plaintiff States' Motion for Preliminary Injunction and Complaint for Injunctive and Declaratory Relief in the above case, which challenges new conditions the United States Department of Health and Human Services (HHS) Administration for Children and Families (ACF) has placed on funding provided under the Personal Responsibility Education Program (PREP) and the Sexual Risk Avoidance Education (SRAE) program. Specifically, the States challenge the August 6, 2025 Notice of Award (NOA) regarding state PREP grants; the August 7, 2025 PREP Supplemental Terms and Conditions (PREP Supplemental T&Cs); the August 26, 2025 directive letter (PREP Directive) from ACF to NYSDOH; the August 6, 2025 NOA from HHS ACF regarding state SRAE grants; and the August 7, 2025 SRAE Supplemental Terms and Conditions (SRAE Supplemental T&Cs) (collectively, "PREP and SRAE Gender Conditions").

3.      I am familiar with the information in the statements set forth below either through personal knowledge, in consultation with NYSDOH staff, or from documents that have been provided to and reviewed by me.

4.      I have served as the Deputy Commissioner of OPH since April 10, 2025, and have over thirty (30) years of public health experience, serving at the local, county, state and territorial levels. I have held five (5) executive public health positions including my current position. These roles include: Deputy Health Commissioner for Policy and Planning for the City of Philadelphia,

Deputy Secretary for Health for Policy and Planning for the Commonwealth of Pennsylvania, Senior Executive Service within the U.S. Department of Health and Human Services for the Office of the Secretary, and Health Commissioner for the U.S. Virgin Islands.

5.    I have worked in and managed across a broad portfolio of public health areas. Within HHS, I spent ten (10) years with the Centers for Disease Control and Prevention (CDC) as an epidemiologist and statistician developing surveys, analyzing data and training individuals how to collect and analyze data for program development and management. The CDC also assigned me to serve as the Director of Maternal and Child Health within one of our nation's health departments. As the Health Commissioner of the U.S. Virgin Islands, I oversaw most of the same programs that are conducted by NYSDOH, including those related to health education.

6.    I attended the University of Michigan where I received a bachelor's degree in psychology with minors in biology and secondary education. After graduating from college, I worked as a laboratory microbiologist and a science teacher. I received a master's degree in epidemiology, with minors in statistics, and heath policy from the University of South Carolina School of Public Health. With my graduate training in epidemiology, statistics and health policy, I have conducted research, written and published journal articles, and developed policy guidance at the federal level in the areas of sickle cell disease, language access, performance measures, and data utilization among other areas.

7.    NYSDOH's stated mission is "to protect and promote health and well-being for all, building on a foundation of health equity." The OPH is responsible for a broad portfolio of essential public health activities in New York State to achieve this mission, such as communicable disease control, immunizations, family health, chronic disease prevention, local public health

2

practice, nutrition programs, drinking water safety, injury and violence prevention, and environmental health and food safety.

### The PREP Grant Program

8. The Personal Responsibility Education Program is a federally funded grant authorized by 42 U.S.C. § 713 and administered by HHS Family and Youth Services Bureau (FYSB), an office of the ACF. NYSDOH has applied for and received funding under the formula grant program since its inception in 2010, with the current grant cycle set to end September 30, 2027.

9. In New York, NYSDOH primarily uses PREP funding to support provision of comprehensive, evidence-based educational programming to reduce pregnancy, HIV and other sexually transmitted infections (STIs), and birth rates for youth provided by seven not-for-profit sub-grantee agencies. Across the State, approximately 2,000 youth are served each year by the programs NYSDOH implements with PREP funding.

10. NYSDOH has contracts with seven community-based organizations to administer PREP funds and it relies on these partners to implement evidence-based sex education and personal responsibility curricula in local communities across our state. The seven PREP sub-grantees were chosen via a competitive procurement mechanism: each had to meet set eligibility requirements, that included having served New York State youth in areas with high adolescent sexual health needs. These seven contracts total $2,024,894 and have a contract term of October 1, 2023, through September 30, 2028, with three years remaining in the current contract cycle. These organizations employ staff to provide an array of community-based programs that utilize a youth development framework and implement evidence-based or best practice strategies to promote adolescent health

3

and reduce risk for youth (ages 10-19). They work in communities that lack social and economic opportunities to enable teens to develop to their full potential.

11.    New York's seven PREP sub-grantees use one or both of two curricula: "Be Proud! Be Responsible!" and "Making Proud Choices". Approved by ACF, the two curricula were carefully evaluated and chosen by NYSDOH because they are evidence based and were specifically designed for the population that the PREP program served. "Be Proud! Be Responsible!" is a safer sex approach to HIV prevention and was developed to reach high school students in a school or community-based environment. "Be Proud! Be Responsible!" is designed to help adolescents develop the knowledge, skills, and motivation necessary to change their behaviors in ways that will reduce their risk of contracting HIV and other sexually transmitted infections. "Making Proud Choices!" is a safer sex approach to teen pregnancy and HIV/STI prevention and was developed to reach adolescents in a school or community-based environment. "Making Proud Choices" is designed to help participants develop the knowledge, skills, and motivation necessary to change their behaviors in ways that will reduce their risk of contracting HIV and other STIs.

12.    NYSDOH also utilizes PREP funding to support Assets Coming Together for Youth: Center for Community Action (ACT) at Cornell University, which develops training, capacity building and evaluation services for PREP providers, along with SRAE and Comprehensive Adolescent Pregnancy Prevention program (CAPP) providers.

13.    NYSDOH also uses PREP funding to partially fund the Behavioral Risk Factor Surveillance System (BRFSS), which maintains data that monitors modifiable risk behaviors that lead to morbidity and mortality collected through an annual statewide telephone survey.

4

14. When applying for PREP grants, NYSDOH has complied with the programs' application requirements, which include assurances that programming is evidence-based, medically accurate, age appropriate, provided in the cultural context most appropriate for individuals in the specified population group to which the programming is directed, and targeted towards high-risk youth. NYSDOH ensures that PREP programming addresses both abstinence and the use of contraception, as well as at least three of six "adulthood preparation subjects" as described in 42 U.S.C. § 713(b)(2)(C).

15. NYSDOH has provided ACF reporting on NYSDOH's and subcontractor PREP activities repeatedly since its inception, including use of the current materials and curricula. NYSDOH last provided certification to ACF of its compliance with PREP requirements on August 13, 2025.

### *PREP Funding Received by New York State Department of Health*

16. In 2010, New York submitted a PREP grant application in response to ACF's Funding Opportunity Announcement, at the inception of the program. For the past fifteen (15) years, New York has submitted a letter of intent packet to re-authorize PREP grants annually. ACF extends funding to grantees for three-year grant terms. New York applies for a new grant each year, resulting in overlapping awards. ACF has issued to NYSDOH three currently active awards covering the three project periods: from October 1, 2022, through September 30, 2025; October 1, 2023, through September 30, 2026; and October 1, 2024, through September 30, 2027. For the first project period, ACF awarded $2,633,414 in PREP funding to NYSDOH (the "FY2023 PREP Award"). The Terms and Conditions of 2023 PREP Award state that PREP programs must provide "programming to youth populations that are the most high-risk or vulnerable for pregnancies and sexually transmitted infections, including HIV/AIDS, or have other special circumstances including culturally underrepresented youth populations such as . . . youth who identify as lesbian,

gay, bisexual, transgender, and /or questioning (LGBTQ+), and other vulnerable or underserved youth populations." The NOA for the FY2023 PREP Award is attached as Exhibit A. For the second project period, ACF awarded $2,809,003 in PREP funding to NYSDOH (the "FY2024 PREP Award"). For the third project period, ACF awarded $2,814,290 in PREP funding to NYSDOH (the "FY2025 PREP Award"). The NOA for the FY2025 PREP Award is attached as Exhibit B.

17.    NYSDOH is currently operating using FY2023 PREP Award and FY2024 PREP Award funds and has not yet drawn down the FY2025 PREP Award funds. As of September 18, 2025, an estimated $583,333 remains undrawn from NYSDOH's FY2023 PREP Award and $2,520,520 remains undrawn from NYSDOH's FY2024 PREP Award. It is estimated that, if the 2025 PREP Award was not accepted, NYSDOH would forfeit the full 2025 PREP Award value of $2,814,290. NYSDOH has not yet been notified that a letter of intent is needed for the next annual award. However, given the statutory allotment to each State under the PREP authorizing statute, 42 U.S.C. Section 713, NYSDOH anticipates that future annual awards could also be impacted with lost funds estimated at approximately $2.7 million per future award (exact amount determined by formula).

18.    The NYS Office of the State Comptroller (NYSOSC) submits draw requests for PREP on an irregular basis through the federal Payment Management System (PMS). PMS is the federal government system used by ACF to process grant payments for PREP. NYSOSC is made aware of the need to submit a draw request when expenditures are posted in the New York State Statewide Financial System (SFS). NYSOSC runs a daily report to identify expenditures that have posted since the last report. There could be a lag of two or more days between NYSOSC's draw request in PMS and when the federal sponsor approves the draw request and the federal funds are

actually drawn. As of September 18, 2025, NYS is awaiting approval from ACF for previously submitted draw requests.

19.     Even assuming NYSDOH was willing to attempt to comply with the PREP and SRAE Gender Conditions, there would be no way NYSDOH could ensure compliance, including compliance by each of its sub-grantees, before drawing down funds without causing severe disruption to the agency and the subgrantees which rely on those funds for their ongoing operations.

20.     Draw requests are typically for work that has already been performed. NYSDOH has continued to draw down funds from the FY2023 and FY2024 PREP and SRAE grants to meet its payroll and other pending requests on the understanding that the Gender Conditions cannot lawfully be applied to unspent funds from those prior grant periods. Further, to the extent the agency makes any request to draw down funds from any PREP or SRAE grant in compliance with the requirements of the PREP and SRAE Gender Conditions, NYSDOH states that the submission of this documentation in no way constitutes agreement with the PREP and SRAE Gender Conditions, which are currently subject to litigation in the above-captioned case, and reserves all rights to pursue any and all relief. All NYSDOH's current and future certifications and affirmations related to the PREP and SRAE grants are made subject to this reservation of rights.

21.     The PREP program includes State payroll expenses such as salaries, fringe, and indirect; non-personnel services expenses such as travel, contracts, equipment, and supplies; grant contracts; and transfers. State payroll expenses are automatically paid on a regular recurring basis, with expenditures posting in SFS on a bi-weekly basis. Ad hoc adjustments may also post in SFS at various times. Non-personnel services, grant contract expenses, and transfers are paid on an irregular basis, depending on when obligations are invoiced and NYSDOH deems the expense

7

reasonable and allowable under the program. There is no set schedule for these expenditures. Grant contractors invoice quarterly, but the timing of invoice submission and the determination to pay are variable. There is also a lag between when expenses are approved by NYSDOH for payment and when the expenditure posts in SFS as expenses may go through additional layers of review from other State entities and are subject to SFS processing timeframes.

### *Communications from Federal Government Regarding PREP and "Gender Ideology"*

22.     On or about April 14, 2025, NYSDOH received via e- mail a letter from ACF FYSB's Division of Positive Youth Development indicating that ACF was performing a "medical accuracy review" and requesting submission of "any current curricula and programmatic materials" related to state PREP grants. FYSB stated that the "purpose for the medical accuracy review of program materials is to ensure the information being shared with program participants is medically accurate and complete."

23.     As requested, NYSDOH submitted all PREP curricula and materials on April 22, 2025. This included the "Be Proud! Be Responsible!" and "Making Proud Choices" curricula utilized by sub-grantees as well as the approved adaptions the sub-grantees made to tailor this programming to local populations.

24.     On August 7, 2025, NYSDOH downloaded a copy of the NOA for the FY2025 PREP Award, dated August 6, 2025, describing the financial information associated with New York's 2025 PREP Award. On August 20, 2025, NYSDOH also received a copy of the FY2025 PREP NOA via e-mail from the Federal Project Officer. The August 6, 2025 PREP NOA states, "[t]he use of Federal funds from this award constitutes the grantee's acceptance of the listed terms and conditions." In the Remarks section, the August 6, 2025 PREP NOA states, "Recipients are prohibited from including gender ideology in any program or service that is funded with this award." The Terms and Conditions section states, in part, "[t]he statutory authority for the PREP

8

program under which this grant has been awarded, at 42 U.S.C. § 713, does not authorize teaching students that gender identity is distinct from biological sex or boys can identify as girls and vice versa, or that there is a vast spectrum of genders that are disconnected from one's sex. Therefore, gender ideology is outside of the scope of the statutory authority for this award. In addition, any costs associated with gender ideology are not allowable expenditures of federal grant funds or maintenance-of-effort funds for this grant because they are not necessary, reasonable, or allocable for the performance of this award. See 45 C.F.R. §§ 75.403-405."

25.     On August 7, 2025, ACF published Supplemental Terms and Conditions applicable to PREP awards and award modifications that add funding. The PREP Supplemental T&Cs prohibit grant recipients from including so-called "gender ideology" in PREP-funded programs and services.

26.     Per ACF's notice, these PREP Supplemental T&Cs are effective immediately. Per the August 6, 2025 PREP NOA and the PREP Supplemental T&Cs, the "gender ideology" terms and conditions of the PREP NOA, and PREP Supplemental T&Cs are not accepted until the grantee uses federal funds to which the terms and conditions apply. NYSDOH has not used any funds awarded under the August 6, 2025 PREP NOA.

27.     The Notice of Award is an agreement between the federal sponsor and the recipient in which the federal sponsor agrees to reimburse the recipient up to the value awarded in the NOA for activities outlined in the recipient's program plan. The reimbursement transaction is colloquially called a "draw." This transaction is the actual disbursement, or use, of federal funds.

28.     On August 26, 2025, NYSDOH received the PREP Directive via e-mail from ACF stating that New York's "current PREP curricula and program materials are out of compliance with the PREP statute and HHS regulations, and that the curricula and program materials must be

modified" because they include "gender ideology." The identified content, ACF claims, is "outside

of the scope of PREP's authorizing statute…and all references to it must be removed from [the]

PREP curricula and program materials." ACF further instructs New York "**to remove all content**

**concerning gender ideology from its curricula, program materials and any other aspects of**

**its program delivery within 60 days of receipt of this letter**" (emphasis in original). ACF asserts

that it may take "additional enforcement action," and lists as possibilities "allowing HHS to

withhold, disallow, suspend, or terminate Federal awards." The PREP Directive is attached as

Exhibit C.

29.    The portions of the "Be Proud! Be Responsible" curriculum's Facilitator Manual

the PREP Directive specified as non-compliant include the following:

> A guideline that facilitators should "Demonstrate acceptance and respect for all participants, regardless of personal characteristics, including race, cultural background, religion, social class, sexual orientation or gender identity."

> A guideline that "participants may roleplay sexual pressure situations with someone of a different or the same gender. This may be awkward for straight teens who are sensitive to the suggestion of same-sex romance, for teens who identify as gay or lesbian, or for teens who are transgender or gender nonconforming. It's important to address this situation directly and proactively."

30.    The portions of "Making Proud Choices," 5th Edition curriculum Facilitator

Manual the PREP Directive specified as non-complaint include the following:

> "Facilitator's Note: Asking participants to tell you their pronouns is a way of creating a safe space for transgender or gender nonconforming youth. Reinforce that sharing pronouns is optional; some youth may not feel comfortable sharing their pronouns and thus "outing" themselves. Model what you want participants to say by giving your own pronouns. Some transgender youth might have typical pronouns (he/she/his/her/their) or they might request more creative pronouns such as hir or zir. Pronouns don't always line up with what observers might expect based on a person's perceived biological sex. The simple act of requesting pronouns sends the message that transgender and gender nonconforming youth are welcome and respected in the group."

> The following suggested procedure for one of the activities:

10

"Respect diversity: Let's keep in mind that there's diversity in society and in the group. Individuals come from different family backgrounds, different racial and cultural groups and different living situations. Some young people have already had romantic relationships; others aren't even thinking about it. Some have had sexual intercourse. Some have had sex because they choose to; other's may have had sex against their will. Some may identify as gay, lesbian, bisexual or straight. Some may identify as male, female or transgender.

Young people may express themselves in ways that don't conform with their biological sex. There are many ways that youth can express their gender identity. . . .

Define terms related to diversity as needed.

I want to be sure everyone understands some of the terms we use when talking about diversity. Gender refers to the ideas in a culture or society about the appropriate ways for men and women to dress, behave, think and feel.

Ideas about what gender behavior is appropriate change in different cultures and at different times in history. Sometimes one gender is given more power or status than another.

**Gender identity** is peoples' inner understanding of what gender they identify with. It may be man, woman, something in between, or something that doesn't fit these labels. It may be the same as (cisgender) or different from (transgender) the sex they were assigned at birth. Gender identity is unique for each person.

**Gender expression** is how a person represents or expresses gender identity to others, often through behavior, clothing, hairstyles, voice or body characteristics" (emphasis in original).

### *The SRAE Grant Program*

31.    The SRAE Program is a federally funded grant authorized by 42 U.S.C. § 710 and administered by HHS FYSB, an office of the ACF. NYSDOH has applied for and received funding under this grant program since at least 2018, with the current grant cycle set to end September 30, 2026.

32.    NYSDOH utilizes SRAE funding to support evidence-based sex education that focuses on delaying the onset of adolescent sexual activity, preventing sexual abuse, coercion, and

decreasing the incidence of adolescent pregnancy. NYSDOH contracts with municipalities and community-based non-profit organizations to provide this instruction to youth throughout the state. In applying for Title V SRAE grants, NYSDOH has complied with the program's application requirements, which include assurances that programming be evidence-based, medically accurate, age appropriate, provided in the cultural context most appropriate for individuals in the particular population group to which the programming is directed, and recognizes the experiences of youth from diverse communities, backgrounds, and experiences. The programming focuses on normalizing the optimal health behavior of avoiding non-marital sexual activity and teaching personal responsibility, healthy decision-making, healthy relationships, and other topics as described in 42 U.S.C. § 710(b)(3). In its grant applications, NYSDOH also addresses how New York uses positive youth development principles when offering trauma-informed prevention programming.

33.    NYSDOH partners with eleven non-profit organizations and municipalities to administer these SRAE funds and implement evidence-based sex education. These eleven contracts total $3,025,000 annually and have a contract term of July 1, 2024, through June 30, 2029. Like PREP sub-grantees, SRAE sub-grantees employ staff to provide an array of community-based programs that utilize best practice strategies to promote adolescent health and reduce risk for youth (ages 10-13). They work in communities that lack social and economic opportunities to enable teens to develop to their full potential. Through the use of SRAE funding, those organizations provide evidence-based sex education to approximately 1600 youth across the State annually.

34.     As with PREP funding, NYSDOH also utilizes SRAE funding to support ACT, which provides training, evaluation, and capacity building services to SRAE community-based providers and instructors.

### SRAE Funding Received by NYSDOH

35.     New York first submitted an SRAE grant application in response to ACF's Funding Opportunity Announcement in 2018, at the inception of the program. For the past 7 years, New York has submitted a letter of intent packet to re-authorize SRAE grants annually. ACF extends funding to grantees for two-year grant terms. New York applies for a new grant each year, resulting in overlapping awards.

36.     ACF has issued to NYSDOH two currently active SRAE awards covering the two project periods, from October 1, 2023, through September 30, 2025, and October 1, 2024, through September 30, 2026. For the first project period, ACF awarded $3,752,726 in SRAE funding to NYSDOH ("FY2024 SRAE Award"). For the second project period, ACF awarded $3,656,266 in SRAE funding to NYSDOH ("FY2025 SRAE Award"). NYSDOH has not yet been notified that a letter of intent is needed for the next annual award. However, given the statutory allotment to each State under the SRAE authorizing statute, 42 U.S.C. § 710, NYSDOH anticipates that future annual awards could also be impacted with lost funds estimated at approximately $3.7 million per future award (exact amount determined by formula). As with PREP grant awards, the NOA for SRAE is an agreement between the federal sponsor and the recipient in which the federal sponsor agrees to reimburse the recipient up to the value awarded in the NOA for activities outlined in the recipient's program plan. The SRAE program includes the same type of expenses as the PREP program, including State payroll expenses such as salaries, fringe, and indirect; non-personal services expenses such as travel, contracts, equipment, and supplies; grant contracts; and transfers. The reimbursement process for SRAE draw requests is the same as the process for PREP, described

13

in paragraphs 17-19 above, including the same time periods for submitting and processing draw requests.

***Communications from the Federal Government Regarding SRAE Awards and "Gender Ideology"***

37.     On August 7, 2025, NYSDOH downloaded a copy of the SRAE NOA dated August 6, 2025, describing the financial information associated with New York's SRAE grant award funds. The August 6, 2025 SRAE NOA states, "[t]he use of Federal funds from this award constitutes the grantee's acceptance of the listed terms and conditions." In the Remarks section, the NOA states, "Recipients are prohibited from including gender ideology in any program or service that is funded with this award." The Terms and Conditions section states, in part, "[t]he statutory authority for the SRAE program under which this grant has been awarded, at 42 U.S.C. § 710, does not authorize teaching students that gender identity is distinct from biological sex or boys can identify as girls and vice versa, or that there is a vast spectrum of genders that are disconnected from one's sex. Therefore, gender ideology is outside of the scope of the statutory authority for this award. In addition, any costs associated with gender ideology are not allowable expenditures of federal grant funds or maintenance-of-effort funds for this grant because they are not necessary, reasonable, or allocable for the performance of this award. See 45 C.F.R. §§ 75.403-405." The August 6, 2025 SRAE NOA is attached as Exhibit D.

38.     On August 7, 2025, ACF published SRAE Supplemental T&Cs applicable to SRAE awards and award modifications that add funding. The SRAE Supplemental T&Cs prohibit grant recipients from including so-called "gender ideology" in SRAE-funded programs and services. Per ACF's notice, these SRAE Supplemental T&Cs are effective immediately.

39.     New York's SRAE curricula and materials include references to gender identity. Some examples include: utilizing gender-neutral terms; including positive examples of diverse

14

LGBTQ relationships; mentioning gay and lesbian teens; referencing sexual orientation; and stressing acceptance of sexual orientation and gender identity. In other words, the curriculum is intentionally sensitive toward, responsive to and does not exclude the diverse experiences and needs of LGBTQ youth and families.

40.    NYSDOH has not drawn any funds awarded under the FY2025 SRAE Award. However, the FY2024 SRAE Award's project period ends September 30, 2025, and obligations must be liquidated within 120 days according to the Notice of Award issued for FY2024 SRAE Award. Accordingly, NYSDOH anticipates having to draw down federal funds imminently in order to meet its obligations.

### *Harms to New York of Losing PREP and SRAE Funding*

41.    New York is currently experiencing and will continue to experience harm as a result of the PREP and SRAE Gender Conditions. The PREP and SRAE Gender Conditions have created immense confusion for NYSDOH, its PREP and SRAE sub-grantees, and partners. NYSDOH's ability to budget and plan for the future is severely negatively impacted.

42.    The loss of PREP and SRAE funds to NYSDOH would have immediate consequences. Without the uninterrupted funding of PREP and SRAE grants, NYSDOH and its PREP and SRAE sub-grantees will lose critical capacity that has enabled them to provide age-appropriate and medically accurate education to youth. As a result, adolescents currently served by the grantees, approximately 2,000 young people per year, would lose access to evidence-based prevention programming. Youth in New York, especially high-risk youth who are at particular risk of becoming pregnant or contracting HIV and other STIs, will suffer. This would likely result in an increase in teenage pregnancy rates and rates of STIs. The increased costs of treating those teens

15

would be borne by the state through increased costs to its Medicaid program, its public hospitals and clinics, and across the public benefits system as a whole.

### (a) PREP Funding Loss

43.    Unless New York furnishes updated curriculum complying with the PREP Directive by October 27, 2025, NYSDOH anticipates losing the full amount of the PREP Award for the project period of October 1, 2024, through September 30, 2027, totaling $2,814,290 effective on or around that date. *See* PREP Directive attached as Exhibit C (asserting ACF may take "additional enforcement action," and lists as possibilities "allowing HHS to withhold, disallow, suspend, or terminate Federal awards.").

44.    The imposition of the PREP and SRAE Gender Conditions also puts at risk, on average, a projected $2.7 million in anticipated future funding for the project period between October 1, 2025 and September 30, 2028. Future annual awards could also be impacted with lost funds estimated at approximately $2.7 million per future award (exact amount determined by formula). There is also $3.1 million remaining in FY2023 PREP Award and FY2024 PREP Award funding that has not yet been drawn as of September 18, 2025.

45.    Loss of PREP funds could result in termination of staff positions both within NYSDOH and at the PREP sub-grantees that provide the funded services. NYSDOH's PREP grants cover the salaries of two full-time employees. With the uncertainty of the PREP grant's continuation past October 27, 2025, NYSDOH is forced to contemplate reducing or terminating these two positions.

46.    NYSDOH also faces the likelihood that it will have to terminate awards to the seven PREP sub-grantees with which it contracts to provide comprehensive, evidence-based educational programming. These seven existing PREP contracts would be terminated as of October 27, 2025, and contracted sub-grantees would have 30 days to reconcile expenses and close out the contracts.

16

Up to 28 staff employed by these nonprofit sub-grantee organizations would be at risk of layoff. Fourteen full-time employees funded at 100% and another 14 are partially funded by these subawards.

47.    PREP also increases access to reproductive health care services, mental health services and an array of other social services, such as support for substance abuse, alcohol abuse, tobacco cessation and dealing with instances of intimate partner violence, among others. During the latest reporting period, NYSDOH's seven PREP sub-grantees made a total of 160 referrals for youth, including for: reproductive health services (77), mental health (13), social-emotional wellness (19), substance abuse counseling (one), nutrition (e.g., food pantry, soup kitchen) (four), employment services (six), additional support services (three), primary / dental health services (14), other health and wellness services (five), and other youth-serving organizations. Those referrals connecting youth to vital services would be drastically reduced as a result of the loss of funding and resulting reduction in capacity at sub-grantee organizations.

48.    Additionally, given that this is all occurring at the beginning of the 2025-2026 school year, the termination of these awards and loss of staff would haphazardly interrupt student education and engagement already commenced by these sub-grantees. For example, we are aware of at least one sub-grantee program that is currently running educational programming with a total of 62 youth participants that is not scheduled to be completed until mid-November. Based on our agreements and workplans, additional subgrantees are expected to begin additional cohorts in the fall. Our providers also have relationships with the school districts and other community-based organizations in their area which will be negatively impacted should the subgrantees be forced to cease their programming mid-cycle.

17

49. Finally, partial recurring annual funding support for the Cornell University-based ACT program may be terminated, likely reducing the contract's budget and scope. This contract provides crucial training, capacity building, technical support, and evaluation services to PREP, SRAE, and CAPP providers and has 2.25 years remaining in the current 5-year contract cycle. PREP and SRAE support $900,000 of the $1.1M annual contract allocation. Reductions to ACT would greatly limit the capacity of PREP, SRAE, and CAPP instructors and thus reduce the effectiveness of New York's health and sex education programming.

*(b) SRAE Funding Loss*

50. Likewise, failure to comply with the PREP and SRAE Gender Conditions will likely result in NYSDOH losing the full 2025 SRAE Award grant amount, $3,656,266., as well as approximately $3.7 million in projected future SRAE funding for the project period October 1, 2024, through September 30, 2026, and any additional future awards based on the statutory allotment to each State under the SRAE authorizing statute, 42 U.S.C. § 710. There is also $1,309,992 remaining in NYSDOH's FY2024 SRAE Award funding that has not yet been drawn as of September 18, 2025.

51. Loss of SRAE funding could result in termination of staff positions within NYSDOH. NYSDOH's SRAE grants cover the salaries of two full-time NYSDOH employees. With the uncertainty of the SRAE grant's continuation, NYSDOH is forced to contemplate reducing or terminating these two positions.

52. Similarly, if NYSDOH failed to comply with the PREP and SRAE Gender Conditions, NYSDOH would be put in the untenable position of terminating the eleven existing SRAE sub-grantee contracts and the funds already awarded therewith, possibly impacting the employment of 58 employees at those sub-grantee organizations, 19 of whom are full-time employees whose positions are fully funded by the SRAE grant funds.

18

53.    Additionally, as with the PREP sub-grantees, the termination of these awards and loss of staff would undoubtedly interrupt the sub-grantee's ongoing educational programs. Currently, there are at least 2 SRAE sub-grantees that are running educational program with a total of 67 youth participants.

### Harms to New York of Complying with the PREP and SRAE Gender Conditions

54.    Conceding to the PREP and SRAE Gender Conditions by removing the identified language would also be extremely detrimental to the mental health and well-being of young people who participate in these programs. Every year, thousands of young New Yorkers rely on PREP and SRAE to provide adolescents a safe space to prepare for adulthood; it allows them to by learn about healthy relationships and healthy life skills while relying on PREP instructors for connections to vital health care, services and supports. These curricula and programs were carefully and intentionally chosen to reflect the diversity of young people in New York; altering them would interfere with NYS DOH's ability to effectively serve the most marginalized members of the community and could cause them further harms.

55.    This negative impact would be particularly acute for LGBTQ+ adolescents in New York who face significantly higher rates of suicidal thoughts and attempts and experience discrimination at higher rates compared to their heterosexual and cisgender peers. In 2024, 39% of LGBTQ+ youth and 45% of transgender and nonbinary youth in New York considered suicide, 12% of LGBTQ+ youth and 13% of transgender and nonbinary youth reported attempting suicide, and 69% of LGBTQ+ youth have also reported experiencing discrimination based on sexual orientation or gender identity. And yet, 58% of LGBTQ+ youth who wanted mental health care were unable to get it. PREP and SRAE fill this gap by utilizing a positive youth development framework and evidence-based practices to promote the physical and mental health of LGBTQ+

19

youth and referring them to other service providers. The ability to recognize and affirm participants' gender and sexual orientation is fundamental to the programs' positive youth development framework.

56.     The PREP and SRAE Gender Conditions confront NYSDOH with an impossible choice. Loss of these funds would deprive our residents of the crucial benefits of this programming. But censoring the curricula by removing all references to gender identity and gender roles would drastically decrease these programs' efficacy, harm the very communities the programs were designed to serve, and interfere with NYSDOH's ability to fulfil its mission "to promote and protect health and well-being for all, building on a foundation of health equity."

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on September 25, 2025, at Albany, New York.

s/Michelle Davis
 MICHELLE DAVIS
Deputy Commissioner
Office of Public Health

20