# Exhibit A

Department of Health and Human Services
Administration for Children and Families

Notice of Award
Award # 2301NYPREP
FAIN# 2301NYPREP
Federal Award Date: December 9, 2022

## Recipient Information

**1. Recipient Name**
HEALTH, NEW YORK DEPARTMENT OF
ESP Corning Tower - Room 1805

ALBANY, NEW YORK  12237

**2. Congressional District of Recipient**
*See Remarks

**3. Payment Account Number and Type**
*See Remarks

**4. Employer Identification Number (EIN)**
1146013200R9

**5. Data Universal Numbering System (DUNS)**
806781340

**6. Recipient's Unique Entity Identifier**
F863WQVMZSK7

**7. Project Director or Principal Investigator**
Michael Acosta

michael.acosta@health.ny.gov
518-474-0535

**8. Authorized Official**
*See Remarks

## Federal Agency Information

**9. Awarding Agency Contact Information**
Manolo Salgueiro
Supervisory Grants Management Specialist
manolo.salgueiro@acf.hhs.gov
202-690-5811

**10. Program Official Contact Information**
Jerry Milner
Program Authorizing Official
ACYF - Family and Youth Services Bureau
Milner.Jerry@acf.hhs.gov
111-111-1111

## Federal Award Information

**11. Award Number**
2301NYPREP

**12. Unique Federal Award Identification Number (FAIN)**
2301NYPREP

**13. Statutory Authority**
Section 513 of the Social Security Act

**14. Federal Award Project Title**
*See Remarks

**15. Catalog of Federal Domestic Assistance (CFDA) Number**
93.092

**16. CFDA Program Title**
Personal Responsibility Education Program

**17. Award Action Type**
New

**18. Is the Award R&D?**
*See Remarks

### Summary Federal Award Financial Information

| | |
|---|---|
| **19. Budget Period Start Date** 10-01-2022 | **End Date** 09-30-2025 |
| **20. Total Amount of Federal Funds Obligated by this Action** | $2,633,414.00 |
| 20a. Direct Cost Amount | *See Remarks |
| 20b. Indirect Cost Amount Administrative Offset | *See Remarks |
| 21. Authorized Carryover | *See Remarks |
| 22. Offset | *See Remarks |
| 23. Total Amount of Federal Funds Obligated this budget period | $2,633,414.00 |
| **24. Total Approved Cost Sharing or Matching, where applicable** | *See Remarks |
| **25. Total Federal and Non-Federal Approved** | *See Remarks |
| 26. Project Period Start Date 10-01-2022 - | **End Date** 09-30-2025 |
| 27. Total Amount of the Federal Award including Approved Cost Sharing or Matching | *See Remarks |

**28. Authorized Treatment of Program Income**
*See Remarks

**29. Grants Management Officer – Signature**



Manolo Salgueiro
Supervisory Grants Management Specialist

## Footnotes



**Department of Health and Human Services**
Administration for Children and Families

Notice of Award
Award # 2301NYPREP
FAIN# 2301NYPREP
Federal Award Date: December 9, 2022

**Recipient Information**
HEALTH, NEW YORK DEPARTMENT OF
ESP Corning Tower - Room 1805
ALBANY, NEW YORK  12237
**Employer Identification Number (EIN):** 1146013200R9
**Data Universal Numbering System (DUNS):** 806781340
**Recipient's Unique Entity Identifier:** F863WQVMZSK7
**Object Class:**  41.15

**Financial Information**

| Appropriation | CAN | Allotment | Award this action | Cumulative Grant Award to Date | Document Number | Funding Type |
|---|---|---|---|---|---|---|
| 75-X-1512 | 2023,G99SU23 | $2,633,414.00 | $2,633,414.00 | $2,633,414.00 | 2301NYPREP | Formula |

**Terms and Conditions**



**Department of Health and Human Services**
Administration for Children and Families

**Notice of Award**
Award # 2301NYPREP
FAIN# 2301NYPREP
Federal Award Date: December 9, 2022

State PREP Terms and Conditions
FY2023

By acceptance of awards for this program, the grantee agrees to comply with the requirements included in both the General and Supplemental Terms and Conditions for this program.

Administration on Children, Youth, and Families (ACYF)
Family and Youth Services Bureau (FYSB)

PERSONAL RESPONSIBILITY EDUCATION PROGRAM
Catalog of Federal Domestic Assistance (CFDA) Program No. 93.092

APPLICABLE LEGISLATION, STATUTE, REGULATIONS

1. The administration of this program is authorized under Title V, Section 513, of the Social Security Act.

2. The program is codified at 42 U.S.C. §713.

3. The Uniform Administrative Requirements, Cost Principles, and Audit Requirements for HHS Awards is located under 45 CFR Part 75. In accordance with 45 CFR §75.101 Applicability, this program must comply with 45 CFR Part 75 in its entirety. No exceptions were identified.

4. Additional applicable regulations and requirements can be found in the General Terms and Conditions for Mandatory: Formula, Block and Entitlement Grants.

COST SHARING OR MATCHING (NON-FEDERAL SHARE) OF PROGRAM FUNDING

5. This program has a Maintenance of Effort (MOE) requirement per Public Law 111-148 and Title V, Section 513(a)(5), of the Social Security Act. No payment shall be made to a State from the allotment determined for the State under this subsection or to a local organization or entity awarded a grant under 513(a)(4), if the expenditure of non-federal funds by the State, organization, or entity for activities, programs, or initiatives for which amounts from allotments and grants under this subsection may be expended is less than the amount expended by the State, organization, or entity for such programs or initiatives for fiscal year 2023 (or the fiscal year amended by subsequent Public Laws).

6. MOE is a statutory requirement where the State, local organization, or entities awarded under this grant is required, as a condition of eligibility for federal funding, to maintain its financial contribution to the program. MOE must be used to supplement not supplant federal funds with existing non-federal funds. State, local organizations or entities under this grant may not replace or supplant federal funds to meet program requirements.

FINANCIAL REPORTING

7. Federal funds awarded under this grant must be expended for the purposes which they were awarded and within the time period allotted.

8. The OMB approved Financial Reporting form for this program is the Financial Federal Report SF-425. The SF-425 is due annually and no later than December 30, which is 90 days after the end of each project period.

9. Funding (project) period and obligation period. In accordance with Title V, Section 513 of the Act, this program has a 3-year project/obligation period starting the first day of the Federal Fiscal Year, October 1, for which funds were awarded and ending the last day of the second following Federal Fiscal Year, September 30. Any Federal funds not obligated by the end of the respective obligation period will be recouped by this Department.

10. Liquidation period. In accordance with 45 CFR §75.309(b), all obligated Federal funds awarded under this grant must be liquidated no later than 90 days after the end of the funding/obligation period. Any Federal funds not liquidated by December 30 will be recouped by this Department.

11. Submission Methodology: All periodic SF-425 financial reports for all grant programs must be submitted electronically through the Payment Management System (PMS). Recipients must not submit duplicate copies either by mail, by fax or as an email attachment of any reports submitted.

12. Submission Schedule: Annual. Each annual financial report must be submitted within 90 days (i.e., no later than December 30) following the end of each Federal Fiscal Year.

a. An interim financial report (covering Year 1 of the project period) is due 90 days following the end of Federal Fiscal Year 1;
b. An interim financial report (covering Year 2 of the project period) is due 90 days following the end of Federal Fiscal Year 2;



**Department of Health and Human Services**
Administration for Children and Families

Notice of Award
Award # 2301NYPREP
FAIN# 2301NYPREP
Federal Award Date: December 9, 2022

b. A final financial report (cumulative, covering the entire 3-year project period) is due 90 days following the end of Federal Fiscal Year 3.

PROGRAM REPORTING

The OMB approved Program Report form for this program is Performance Progress Report (PPR). Semi-annual narrative program performance reports must describe the program activities carried out, including an assessment of the effectiveness of those activities in achieving the purposes of this grant. Each report covers the preceding 6-month period and is due 30 days following the end of the 2nd and 4th quarters (i.e., no later than April 30 and October 30, respectively).  Electronic online program management report submission through Grantsolutions/OLDC is required.

All recipients and subrecipient(s), including their implementation sites, will be required to collect and report information on program implementation and program outcomes through a common set of performance measures. This requirement applies to any community partners who agree to host a site or recruit program participants (e.g., school districts, non-profitsRecipients must  collect and report on these measures approximately twice a year.

Recipients will be expected to check local and state laws, policies, and procedures to ensure that the collection of performance measures data is feasible and obtain any necessary permissions (e.g., formal agreements with partners, Institutional Review Board (IRB) approval, copies of school district approvals) to collect these data. Recipients are responsible for ensuring all subrecipients and implementation sites collect and submit the PREP performance measures. Recipients may develop additional indicators of program performance, as needed, including adding items to the entry or exit surveys. However, all FYSB OMB-approved items must be administered first, in the order presented in the approved survey, before any additional items are added. Any additional survey items should be added at the end of the OMB-approved survey and should not be submitted to ACF.

REAL PROPERTY AND TANGIBLE PERSONAL PROPERTY REPORTING

1. The OMB approved Real Property and Tangible Personal Property Reporting is the following:

a.        Real Property Reports (SF-429s).  The SF-429 Real Property forms are not applicable to this program.  Purchase, construction, and renovation are not an allowable activity or expenditure under this grant.

b.        Tangible Property Report (SF-428s).  The SF-428 Tangible Personal Property forms must be submitted as described in the General Terms and Conditions.

OTHER TERMS AND CONDITIONS

1. Have the project fully functioning and serving youth within at least 90 days following the issuance of the Notice of Award.

2. Formally train facilitators/educators in the evidence-based effective program model or elements of the effective program model by professionals who can provide follow-up technical assistance to facilitators.

3. Provide PREP programming to youth populations that are the most high-risk or vulnerable for       pregnancies and sexually transmitted infections, including HIV/AIDS, or have other special circumstances including culturally underrepresented youth populations such as Hispanic, AfricanAmerican, or Native American youth; youth in or aging out of foster care or adjudication systems; youth who are victims of trafficking; youth who have runaway or left home without permission; youth experiencing homelessness; youth who identify as lesbian, gay, bisexual, transgender, and/or questioning (LGBTQ+), and other vulnerable or underserved youth populations.
4. Send at least two key staff persons to the 3-day Adolescent Pregnancy Prevention (APP) Program Grantee Conference held in the Atlanta, Georgia area in 2023, and tentatively in the Anaheim, California, area in 2024.  A minimum of two staff persons are to attend at least one  of two topical training sessions offered each year of the project in areas such as Washington, DC; Portland, Oregon; and Boston, Massachusetts.

5. Collect and report on all OMB cleared federal PREP performance measures (recipient, partners and sub-recipients). PREP Performance Measures are currently approved under OMB # 0970-0497, expiration date 06/30/2023.

6. For states and sub-recipients conducting local evaluations, participate in training and TA provided by the federal government and follow related guidance provided by ACF/FYSB.

7.  Submit curricula and programmatic materials to FYSB, as requested, for a medical accuracy review and provide a plan to comply with making any required modifications.

**Department of Health and Human Services**
Administration for Children and Families

Notice of Award
Award # 2301NYPREP
FAIN# 2301NYPREP
Federal Award Date: December 9, 2022

EFFECTIVE PERIOD

These program-specific Supplemental Terms and Conditions are effective on the date shown in the footer at the bottom of the page and will remain in effect until updated. They will be updated and reissued only as needed whenever a new program-specific statute, regulation or other requirement is enacted or whenever any of the applicable existing Federal statutes, regulations, policies, procedures or restrictions is amended, revised, altered, or repealed.

POINTS OF CONTACT

Points of contact for additional information or questions concerning either the operation of the program or related financial are:
a.  Program Office:
Tecia Sellers
Program Specialist
330 C St., SW.
Washington, DC 20201
Tecia.Sellers@acf.hhs.gov
202-401-5733

b.  Office Grants Management:
Manolo Salgueiro
Grants Management Officer,
330 C St., SW.
Washington, DC. 20201
Manolo.salgueiro@acf.hhs.gov
202-690-5811

## Remarks

* This field is intended to be included in the standardized Notice of Award and will be displayed in subsequent quarters.