**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON**

| | |
|---|---|
| STATE OF WASHINGTON; STATE OF OREGON; STATE OF MINNESOTA; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; DISTRICT OF COLUMBIA; STATE OF HAWAI'I; STATE OF ILLINOIS; STATE OF MAINE; STATE OF MARYLAND; COMMONWEALTH OF MASSACHUSETTS; STATE OF MICHIGAN; STATE OF NEW JERSEY; STATE OF NEW YORK; STATE OF RHODE ISLAND; STATE OF WISCONSIN, | Case No. 6:25-cv-01748-AA |
| *Plaintiffs*, | **DECLARATION OF KRISTINE CAMPAGNA** |
| v. | |
| UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; ROBERT F. KENNEDY, JR., in his official capacity as Secretary of U.S. Department of Health and Human Services; UNITED STATES HEALTH AND HUMAN SERVICES ADMINISTRATION FOR CHILDREN AND FAMILIES; and ANDREW GRADISON, in his official capacity as Acting Assistant Secretary of U.S. Health and Human Services Administration for Children and Families, | |
| *Defendants*. | |

**<u>DECLARATION OF RHODE ISLAND DEPARTMENT OF HEALTH REPRESENTATIVE</u>**

I, Kristine Campagna, declare as follows:

1.    I am a resident of Rhode Island. I am over the age of 18, competent to testify as to the matters herein, and make this declaration based on my personal knowledge.

2.    I am the Associate Director for Community and Health Equity ("CHE") Division at the Rhode Island Department of Health ("RIDOH") and have been held this position since January 2022. I hold a Master's Degree in Education and have been with RIDOH since 2009. I provide leadership, strategic vision, and policy direction to staff and programs in the Division of CHE. I work directly with the Director of RIDOH and other executive leadership staff to implement RIDOH's mission to eliminate health disparities and achieve health equity for all Rhode Islanders.

3.    The information in the statements set forth below was compiled through personal knowledge, and from RIDOH personnel who have assisted in gathering this information from our agency.

4.    I submit this declaration in connection with Plaintiff States' Motion for Preliminary Injunction and Complaint for Injunctive and Declaratory Relief pertaining to the August 6, 2025 Notice of Award (NOA) from the United States Department of Health and Human Services (HHS) Administration for Children and Families (ACF) regarding state Personal Responsibility Education Program (PREP) grants; the August 7, 2025 PREP Supplemental Terms and Conditions (Supplemental T&Cs), and the August 26, 2025 directive letter from ACF to grantees (the PREP Directive). I have personal knowledge of the matters set forth below, or with respect to the matters

1

for which I do not have personal knowledge, I have reviewed information gathered from the Rhode Island Department of Health's ("RIDOH") records by others within the organization.

5.    In Rhode Island, our Department of Health supports comprehensive, evidence-based educational programming to reduce pregnancy, HIV and other sexually transmitted infections (STIs), and birth rates for youth at four community-based organizations. Across the State, 150 youth are served by the programs we implement with PREP funding. RIDOH is committed to implementing positive youth development programming that engages youth within their communities, schools, organizations, peer groups, and families in a manner that is productive and constructive; recognizes, utilizes, and enhances young people's strengths; and promotes positive outcomes for young people by providing opportunities, fostering positive relationships, and furnishing the support needed to build on their leadership strengths.

**Federal Funding Relied on by the Rhode Island Department of Health**

6.    In Year(s) 2010, 2013 and 2016, Rhode Island submitted a PREP grant application in response to ACF's Funding Opportunity Announcement (FOA). Since that time, Rhode Island has submitted a letter of intent packet to re-authorize PREP grants each year. ACF extends funding to grantees for three-year grant terms. Rhode Island has received these funds since August 2, 2010.

7.    ACF has issued to RIDOH three currently active awards covering the period from October 1, 2022, through September 30, 2027. For the period from October 1, 2022 through September 30, 2025, ACF provided $250,000 in PREP funding to Rhode Island. For the period from October 1, 2023 through September 30, 2026, ACF provided $250,000 in PREP funding to Rhode Island. For the period from October 1, 2024 through September 30, 2027, ACF provided $250,000 in PREP funding to Rhode Island. RIDOH is currently operating using fiscal year 2023 funds and has not yet drawn down 2024 or 2025 funds.

2

8. ACF disburses PREP funding as reimbursements requested by RIDOH. RIDOH expects to request its next grant disbursement on or around September 25, 2025. Reimbursable expenses are accrued throughout the year, and RIDOH is presently awaiting the disbursement of funds from ACF for previously submitted requests.

9. Rhode Island has well-established partnerships with school districts and local organizations to administer these funds. Since [2012], Rhode Island has partnered with Connecting for Children and Families, Progreso Latino, Sojourner House, and Tri-County Community Action Agency to design and implement an evidence-based curriculum that promotes positive youth development and uses science-based approaches to prevent teen pregnancy and support adolescent health and development, including sexual/reproductive health.

**Communications from Federal Government**

10. On or about April 14, 2025, RIDOH received via email a letter from ACF's Family and Youth Services Bureau (FYSB)'s Division of Positive Youth Development indicating that ACF was performing a "medical accuracy review" and requesting submission of "any current curricula and programmatic materials" related to state PREP grants. FYSB stated that the "purpose for the medical accuracy review of program materials is to ensure the information being shared with program participants is medically accurate and complete." That letter is attached as Exhibit 1.

11. As requested, RIDOH submitted all PREP curricula and materials on April 14, 2025. This included PREP curricula and program materials including lesson plan books, facilitation guide, participant surveys, and consent forms.

12. On August 6, 2025, RIDOH received a Notice of Award (NOA) describing the financial information associated with Rhode Island's PREP grant award funds. The NOA states,

3

"[t]he use of Federal funds from this award constitutes the grantee's acceptance of the listed terms and conditions." In the Remarks section, the NOA states, "Recipients are prohibited from including gender ideology in any program or service that is funded with this award." The Terms and Conditions section states, in part, "[t]he statutory authority for the PREP program under which this grant has been awarded, at 42 U.S.C. § 713, does not authorize teaching students that gender identity is distinct from biological sex or boys can identify as girls and vice versa, or that there is a vast spectrum of genders that are disconnected from one's sex. Therefore, gender ideology is outside of the scope of the statutory authority for this award. In addition, any costs associated with gender ideology are not allowable expenditures of federal grant funds or maintenance-of-effort funds for this grant because they are not necessary, reasonable, or allocable for the performance of this award. See 45 C.F.R. §§ 75.403-405." The NOA is attached as Exhibit 2.

13.   On August 7, 2025, ACF published Supplemental T&Cs applicable to PREP awards and award modifications that add funding. The Supplemental T&Cs prohibit grant recipients from including so-called "gender ideology" in PREP-funded programs and services. Per ACF's notice, these Supplemental T&Cs are effective immediately.

14.   Per the August 6, 2025 NOA and the Supplemental T&Cs, the "gender ideology" terms and conditions of the NOA and Supplemental T&Cs are not accepted until the grantee uses federal funds to which the terms and conditions apply. RIDOH has not used any funds awarded under the August 6, 2025, NOA and thus has not accepted the "gender ideology" term in the NOA or the Supplemental T&Cs.

15.   On August 26, 2025, RIDOH received via email another letter from ACF (the PREP Directive) stating that Rhode Island's "current PREP curricula and program materials are out of compliance with the PREP statute and HHS regulations and must be modified" because Rhode

4

Island's curriculum and materials include "gender ideology." The identified content, ACF claims, is "outside of the scope of PREP's authorizing statute...and all references to it must be removed from [the] PREP curricula and program materials." ACF further instructs Rhode Island "to remove all content concerning gender ideology from its curricula, program materials and any other aspects of its program delivery within 60 days of receipt of this letter." ACF asserts that it may take "additional enforcement action," and lists as possibilities "allowing HHS to withhold, disallow, suspend, or terminate Federal awards." That letter is attached as Exhibit 3.

**Harms to Rhode Island**

16.     Rhode Island is currently and will continue to experience harm as a result of the NOA, the Supplemental T&Cs, and the PREP Directive. The NOA, Supplemental T&Cs, and PREP Directive have created immense confusion for our agency and partners. Our agency's ability to plan for the future is severely negatively impacted. The PREP grant covers the salary of three employees at RIDOH. With the uncertainty of the PREP grant's continuation past October 27, 2025, our agency is being forced to contemplate reducing or terminating these valuable employees' positions.

17.     Further, the threat to our state's federal financial assistance for failure to remove content concerning "gender ideology" puts at risk $594,224.200.

18.     The impact of a disruption in funds would be devastating to the program. Given my experience, without the continued and uninterrupted funding of PREP grants, RIDOH and its partners will not be as effective in administering and providing age-appropriate and medically accurate education to youth who are at particular risk of becoming pregnant or contracting HIV and other STIs. As a result, youth in Rhode Island, especially high-risk youth, will suffer.

5

19.    Loss of funding for this programming would impact RIDOH and community partner capacity to support positive youth development and adolescent life skills development for goal setting, communications, healthy relationships, and social emotional development. It would limit youth leadership opportunities and impair youth access to community service learning that promotes community connectedness. It would harm youth connection to caring adults and safer spaces that support their growth and ability to thrive. As a result, youth in Rhode Island, especially high-risk youth, will be negatively impacted. High risk youth include LGBTQ+ youth who may face increased risks for poor health and safety outcomes. LGBTQ+ youth in general experience higher rates of negative outcomes compared with their straight and cisgender peers, transgender youth face even higher health risks than lesbian, gay, bisexual, and queer youth. Gender identity itself is not a cause of poor mental or physical health outcomes; rather, transgender youths' heightened risks are the result of experiencing rejection, bullying, discrimination, lack of family support, and violence at higher rates than their cisgender peers. Elimination of this programming and revisions to language inclusive of gender identity would contribute harm to LGBTQ+ youth who are already vulnerable and at higher risk of experiencing stigma, discrimination, violence, bullying, and poor health outcomes.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on September 24, 2025, at Rhode Island, Providence.

Kristine Campagna
Associate Director for Community and Health Equity

6