**UNITED STATES DISTRICT COURT**
**DISTRICT OF OREGON**

| | |
|---|---|
| STATE OF WASHINGTON; STATE OF OREGON; STATE OF MINNESOTA; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; DISTRICT OF COLUMBIA; STATE OF HAWAI'I; STATE OF ILLINOIS; STATE OF MAINE; STATE OF MARYLAND; COMMONWEALTH OF MASSACHUSETTS; STATE OF MICHIGAN; STATE OF NEW JERSEY; STATE OF NEW YORK; STATE OF RHODE ISLAND; STATE OF WISCONSIN, <br><br> *Plaintiffs*, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; ROBERT F. KENNEDY, JR., in his official capacity as Secretary of U.S. Department of Health and Human Services; UNITED STATES HEALTH AND HUMAN SERVICES ADMINISTRATION FOR CHILDREN AND FAMILIES; and ANDREW GRADISON, in his official capacity as Acting Assistant Secretary of U.S. Health and Human Services Administration for Children and Families, <br><br> *Defendants*. | Case No. 6:25-cv-01748-AA <br><br><br> **INDEX OF DECLARATIONS IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

Page 1 -   INDEX OF DECLARATIONS IN SUPPORT OF PLAINTIFFS' MOTION FOR
             PRELIMINARY INJUNCTION

| ECF No. | Name | State |
|---------|------|-------|
| 7 | Declaration of Lucy Wolf | WA |
| 8 | Declaration of Dr. Kate Millington | WA |
| 9 | Declaration of Michele Roberts | WA |
| 10 | Declaration of Ryan Sharnbroich | WA |
| 11 | Declaration of Laurie Dils | WA |
| 12 | Declaration of Bridget Rossman | WA |
| 13 | Declaration of Dana Smith | WA |
| 14 | Declaration of William Baney | OR |
| 15 | Declaration of Rosalyn Liu | OR |
| 16 | Declaration of Noya Woodrich | MN |
| 17 | Declaration of Minna Castillo | CO |
| 18 | Declaration of Julie Vigil | CT |
| 19 | Declaration of Steven Blessing | DE |
| 20 | Declaration of April Thomas-Jones | DE |
| 21 | Declaration of Brandon Suzuki | HI |
| 22 | Declaration of Brian Johnson | IL |
| 23 | Declaration of Lynette Johnson | ME |
| 24 | Declaration of Puthiery Va | ME |
| 25 | Declaration of Sarah Meg Sullivan | MD |
| 26 | Declaration of William Bell | MA |
| 27 | Declaration of Ruth Blodgett | MA |

Page 2 -   INDEX OF DECLARATIONS IN SUPPORT OF PLAINTIFFS' MOTION FOR
            PRELIMINARY INJUNCTION

| ECF No. | Name | State |
|---|---|---|
| 28 | Declaration of Dr. Sarah Lyon-Callo | MI |
| 29 | Declaration of Jeffrey Brown | NJ |
| 30 | Declaration of Chris Spicer | NY |
| 31 | Declaration of Rebecca Vincheski | NY |
| 32 | Declaration of Michelle Davis | NY |
| 33 | Declaration of Kristine Campagna | RI |
| 34 | Declaration of Molly Herrmann | WI |
| 35 | Declaration of Paula Tran | WI |

DATED this 26th day of September 2025.

DAN RAYFIELD
Attorney General
State of Oregon

s/ Brian S. Marshall
BRIAN SIMMONDS MARSHALL
#196129
LEANNE HARTMANN #T25070201, Mass.
BBO #667852
Senior Assistant Attorneys General
CARTER BRACE #243828
Assistant Attorney General
100 SW Market Street
Portland, OR 97201
971-673-1880
Brian.S.Marshall@doj.oregon.gov
Leanne.Hartmann@doj.oregon.gov
Carter.Brace@doj.oregon.gov
Counsel for Plaintiff State of Oregon

NICHOLAS W. BROWN
Attorney General
State of Washington

s/ Lucy Wolf
LUCY WOLF
MOLLY POWELL
KELLY PARADIS
CYNTHIA ALEXANDER
ALEXIA DIORIO
Assistant Attorneys General
Complex Litigation Division
800 Fifth Avenue, Suite 2000
206-464-7744
lucy.wolf@atg.wa.gov
molly.powell@atg.wa.gov
kelly.paradis@atg.wa.gov
cynthia.alexander@atg.wa.gov
alexia.diorio@atg.wa.gov
Counsel for Plaintiff State of Washington

Page 3 -   INDEX OF DECLARATIONS IN SUPPORT OF PLAINTIFFS' MOTION FOR
         PRELIMINARY INJUNCTION

KEITH ELLISON
Attorney General
State of Minnesota

*s/ Lindsey E. Middlecamp*
LINDSEY E. MIDDLECAMP
Special Counsel, Rule of Law
Office of the Minnesota Attorney General
445 Minnesota St., Suite 600
St. Paul, MN 55101
651-300-0711
lindsey.middlecamp@ag.state.mn.us
*Counsel for Plaintiff State of Minnesota*

WILLIAM TONG
Attorney General
State of Connecticut

*s/ Andrew M. Ammirati*
ANDREW M. AMMIRATI
Assistant Attorney General
165 Capitol Ave
Hartford, CT 06106
860-808-5090
Andrew.Ammirati@ct.gov
*Counsel for Plaintiff State of Connecticut*

PHILIP J. WEISER
Attorney General
State of Colorado

*s/ Kevin G. Webster*
KEVIN G. WEBSTER
Assistant Attorney General
1300 Broadway, 10th Floor
Denver, CO 80203
720-508-6086
kevin.webster@coag.gov
*Counsel for Plaintiff State of Colorado*

KATHLEEN JENNINGS
Attorney General
State of Delaware

*s/ Ian R. Liston*
IAN R. LISTON
Director of Impact Litigation
VANESSA L. KASSAB
Deputy Attorney General
ROSE GIBSON*
Assistant Attorney General
Delaware Department of Justice
820 N. French Street
Wilmington, DE 19801
302-683-8899
ian.liston@delaware.gov
vanessa.kassab@delaware.gov
rose.gibson@delaware.gov
*Counsel for Plaintiff State of Delaware*

BRIAN L. SCHWALB
Attorney General
District of Columbia

*s/ Jess E. Feinberg*
JESS E. FEINBERG
Assistant Attorney General
400 6th Street, NW, Suite 10100
Washington, D.C. 20001
202-735-6637
jess.feinberg@dc.gov
*Counsel for Plaintiff District of Columbia*

ANNE E. LOPEZ
Attorney General
State of Hawaiʻi

*s/ Kalikoʻonālani D. Fernandes*
DAVID D. DAY
Special Assistant to the Attorney General
KALIKOʻONĀLANI D. FERNANDES
Solicitor General
425 Queen Street
Honolulu, HI 96813
808-586-1360
kaliko.d.fernandes@hawaii.gov
*Counsel for Plaintiff State of Hawaiʻi*

Page 4 -    INDEX OF DECLARATIONS IN SUPPORT OF PLAINTIFFS' MOTION FOR
PRELIMINARY INJUNCTION

KWAME RAOUL
Attorney General
State of Illinois

*s/ Cara Hendrickson*
CARA HENDRICKSON
Executive Deputy Attorney General
ELIZABETH MORRIS
Deputy Chief, Special Litigation Bureau
115 S. LaSalle Street
Chicago, IL 60603
312-814-3000
cara.hendrickson@ilag.gov
elizabeth.morris@ilag.gov
*Counsel for Plaintiff State of Illinois*

ANTHONY G. BROWN
Attorney General
State of Maryland

*s/ Lauren Gorodetsky*
LAUREN GORODETSKY
Assistant Attorney General
200 Saint Paul Place, 20th Floor
Baltimore, MD 21202
410-576-7057
lgorodetsky@oag.state.md.us
*Counsel for Plaintiff State of Maryland*

DANA NESSEL
Attorney General
Michigan

*s/ Neil Giovanatti*
NEIL GIOVANATTI
DANIEL PING
*Assistant Attorneys General*
Michigan Department of Attorney General
525 W. Ottawa
Lansing, MI 48909
517-335-7603
GiovanattiN@michigan.gov
PingD@michigan.gov
*Counsel for Plaintiff State of Michigan*

AARON M. FREY
Attorney General
State of Maine

*s/ Kevin J. Beal*
KEVIN J. BEAL*
Assistant Attorney General
111 Sewall Street, 6th Floor
6 State House Station
Augusta, ME 04333-0006
207-626-8800
kevin.beal@maine.gov
*Counsel for Plaintiff State of Maine*

ANDREA JOY CAMPBELL
Attorney General
Commonwealth of Massachusetts

*s/ Allyson Slater*
ALLYSON SLATER
Director, Reproductive Justice Unit
MORGAN CARMEN
Assistant Attorney General
One Ashburton Place
Boston, MA 02108
617-727-2200
allyson.slater@mass.gov
morgan.carmen@mass.gov
*Counsel for Plaintiff Commonwealth of Massachusetts*

MATTHEW J. PLATKIN
Attorney General
State of New Jersey

*s/ Farng-Yi Foo*
FARNG-YI FOO
GEOFFREY MCGEE
*Deputy Attorneys General*
124 Halsey Street, 5th Floor
Newark, NJ 07101
609-696-5279
Farng-Yi.Foo@law.njoag.gov
Geoffrey.McGee@law.njoag.gov
*Counsel for Plaintiff State of New Jersey*

Page 5 -   INDEX OF DECLARATIONS IN SUPPORT OF PLAINTIFFS' MOTION FOR
             PRELIMINARY INJUNCTION

LETITIA JAMES
Attorney General
State of New York

s/ Galen Leigh Sherwin
GALEN LEIGH SHERWIN
Special Counsel for Reproductive Justice
28 Liberty Street
New York, NY 10005
212-426-5667
galen.sherwin@ag.ny.gov
*Counsel for Plaintiff State of New York*

JOSHUA L. KAUL
Attorney General of Wisconsin

s/ Aaron J. Bibb
AARON J. BIBB
Assistant Attorney General
Wisconsin Department of Justice
PO Box 7857
Madison, WI 53707-7857
608-266-0810
aaron.bibb@wisdoj.gov
*Counsel for Plaintiff State of Wisconsin*

PETER F. NERONHA
Attorney General
State of Rhode Island

s/ Riley M. O'Brien
RILEY M. O'BRIEN
*Special Assistant Attorney General*
150 South Main Street
Providence, RI 02903
401-274-4400
robrien@riag.ri.gov
*Counsel for Plaintiff State of Rhode Island*