NICHOLAS W. BROWN
Attorney General for the State of Washington
Lucy Wolf
Molly Powell
Alexia Diorio
Assistant Attorneys General
Kelly Paradis
William McGinty
Marsha Chien
Deputy Solicitors General
800 Fifth Avenue, Suite 2000
206-464-7744
lucy.wolf@atg.wa.gov
molly.powell@atg.wa.gov
alexia.diorio@atg.wa.gov
kelly.paradis@atg.wa.gov
william.mcginty@atg.wa.gov
marsha.chien@atg.wa.gov
*Counsel for Plaintiff State of Washington*

[Additional counsel listed on signature page]

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON

| | |
|---|---|
| STATE OF WASHINGTON, et al., | No. 6:25-cv-01748-AA |
| Plaintiffs, | PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITIES |
| v. | |
| UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al., | |
| Defendants. | |

The Plaintiff States respectfully submit this notice to bring the Court's attention to the attached decisions in the following matters, issued after Plaintiff States filed their Reply in Support of Motion for Preliminary Injunction. These supplemental authorities are submitted in support of

the Plaintiff States' arguments regarding the Tucker Act, final agency action, contrary to law and arbitrary and capricious claims under the Administrative Procedure Act, and the Spending Clause.

      1.     Order Denying Defendants' Motion to Dismiss issued on October 21, 2025 in *State of Washington v. United States Department of Education*, Case No. C25-1228-KKE (W.D. Wash. Oct. 21, 2025) (submitted for its discussion of the Tucker Act) (**Attachment 1**); and

      2.     Order Granting Motion for Preliminary Injunction issued on October 22, 2025 in *State of Washington v. United States Department of Commerce*, Case No. C25-1507-MJP (W.D. Wash. Oct. 22, 2025) (submitted for its discussion of the Tucker Act, final agency action, contrary to law and arbitrary and capricious claims under the Administrative Procedure Act, and the Spending Clause) (**Attachment 2**).

      DATED this 23rd day of October 2025.

DAN RAYFIELD
Attorney General
State of Oregon

*s/ Brian S. Marshall*
BRIAN SIMMONDS MARSHALL #196129
LEANNE HARTMANN #T25070201, Mass. BBO #667852
Senior Assistants Attorney General
CARTER BRACE #243828
100 SW Market Street
Portland, OR 97201
971-673-1880
Brian.S.Marshall@doj.oregon.gov
Leanne.Hartmann@doj.oregon.gov
Carter.Brace@doj.oregon.gov
*Counsel for Plaintiff State of Oregon*

NICHOLAS W. BROWN
Attorney General
State of Washington

*s/ Lucy Wolf*
LUCY WOLF
MOLLY POWELL
ALEXIA DIORIO
Assistant Attorneys General
KELLY PARADIS
WILLIAM MCGINTY
MARSHA CHIEN
Deputy Solicitors General
800 Fifth Avenue, Suite 2000
206-464-7744
lucy.wolf@atg.wa.gov
molly.powell@atg.wa.gov
alexia.diorio@atg.wa.gov
kelly.paradis@atg.wa.gov
william.mcginty@atg.wa.gov
marsha.chien@atg.wa.gov
*Counsel for Plaintiff State of Washington*

KEITH ELLISON
Attorney General
State of Minnesota

*s/ Lindsey E. Middlecamp*
LINDSEY E. MIDDLECAMP
Special Counsel, Rule of Law
Office of the Minnesota Attorney General
445 Minnesota St., Suite 600
St. Paul, MN 55101
651-300-0711
lindsey.middlecamp@ag.state.mn.us
*Counsel for Plaintiff State of Minnesota*

WILLIAM TONG
Attorney General
State of Connecticut

*s/ Andrew M. Ammirati*
ANDREW M. AMMIRATI
Assistant Attorney General
165 Capitol Ave
Hartford, CT 06106
860-808-5090
Andrew.Ammirati@ct.gov
*Counsel for Plaintiff State of Connecticut*

BRIAN L. SCHWALB
Attorney General
District of Columbia

*s/ Jess E. Feinberg*
JESS E. FEINBERG
Assistant Attorney General
400 6th Street, NW, Suite 10100
Washington, D.C. 20001
202-735-6637
jess.feinberg@dc.gov
*Counsel for Plaintiff District of Columbia*

PHILIP J. WEISER
Attorney General
State of Colorado

*s/ Kevin G. Webster*
KEVIN G. WEBSTER
Assistant Attorney General
1300 Broadway, 10th Floor
Denver, CO 80203
720-508-6086
kevin.webster@coag.gov
*Counsel for Plaintiff State of Colorado*

KATHLEEN JENNINGS
Attorney General
State of Delaware

*s/ Ian R. Liston*
IAN R. LISTON
Director of Impact Litigation
VANESSA L. KASSAB
Deputy Attorney General
ROSE GIBSON
Assistant Attorney General
Delaware Department of Justice
820 N. French Street
Wilmington, DE 19801
302-683-8899
ian.liston@delaware.gov
vanessa.kassab@delaware.gov
rose.gibson@delaware.gov
*Counsel for Plaintiff State of Delaware*

ANNE E. LOPEZ
Attorney General
State of Hawai'i

*s/ Kaliko'onālani D. Fernandes*
DAVID D. DAY
Special Assistant to the Attorney General
KALIKO'ONĀLANI D. FERNANDES
Solicitor General
425 Queen Street
Honolulu, HI 96813
808-586-1360

kaliko.d.fernandes@hawaii.gov
*Counsel for Plaintiff State of Hawai'i*

KWAME RAOUL
Attorney General
State of Illinois

*s/ Cara Hendrickson*
CARA HENDRICKSON
Executive Deputy Attorney General
ELIZABETH MORRIS
Deputy Chief, Special Litigation Bureau
115 S. LaSalle Street
Chicago, IL 60603
312-814-3000
cara.hendrickson@ilag.gov
elizabeth.morris@ilag.gov
*Counsel for Plaintiff State of Illinois*

ANTHONY G. BROWN
Attorney General
State of Maryland

*s/ Lauren Gorodetsky*
LAUREN GORODETSKY
Assistant Attorney General
200 Saint Paul Place, 20th Floor
Baltimore, MD 21202
410-576-7057
lgorodetsky@oag.state.md.us
*Counsel for Plaintiff State of Maryland*

DANA NESSEL
Attorney General
Michigan

*s/ Neil Giovanatti*
NEIL GIOVANATTI
DANIEL PING
*Assistant Attorneys General*
Michigan Department of Attorney General
525 W. Ottawa

AARON M. FREY
Attorney General
State of Maine

*s/ Kevin J. Beal*
KEVIN J. BEAL
Assistant Attorney General
111 Sewall Street, 6th Floor
6 State House Station
Augusta, ME 04333-0006
207-626-8800
kevin.beal@maine.gov
*Counsel for Plaintiff State of Maine*

ANDREA JOY CAMPBELL
Attorney General
Commonwealth of Massachusetts

*s/ Allyson Slater*
ALLYSON SLATER
Director, Reproductive Justice Unit
MORGAN CARMEN
Assistant Attorney General
One Ashburton Place
Boston, MA 02108
617-727-2200
allyson.slater@mass.gov
morgan.carmen@mass.gov
*Counsel for Plaintiff Commonwealth of Massachusetts*

MATTHEW J. PLATKIN
Attorney General
State of New Jersey

*s/ Farng-Yi Foo*
FARNG-YI FOO
GEOFFREY MCGEE
*Deputy Attorneys General*
124 Halsey Street, 5th Floor
Newark, NJ 07101

Lansing, MI 48909
517-335-7603
GiovanattiN@michigan.gov
PingD@michigan.gov
*Counsel for Plaintiff State of Michigan*

LETITIA JAMES
Attorney General
State of New York

s/ *Galen Leigh Sherwin*
_____
GALEN LEIGH SHERWIN
Special Counsel for Reproductive Justice
28 Liberty Street
New York, NY 10005
212-426-5667
galen.sherwin@ag.ny.gov
*Counsel for Plaintiff State of New York*

JOSHUA L. KAUL
Attorney General of Wisconsin

s/ *Aaron J. Bibb*
_____
AARON J. BIBB
Assistant Attorney General
Wisconsin Department of Justice
PO Box 7857
Madison, WI 53707-7857
608-266-0810
aaron.bibb@wisdoj.gov
*Counsel for Plaintiff State of Wisconsin*

609-696-5279
Farng-Yi.Foo@law.njoag.gov
Geoffrey.McGee@law.njoag.gov
*Counsel for Plaintiff State of New Jersey*

PETER F. NERONHA
Attorney General
State of Rhode Island

s/ *Riley M. O'Brien*
_____
RILEY M. O'BRIEN
*Special Assistant Attorney General*
150 South Main Street
Providence, RI 02903
401-274-4400
robrien@riag.ri.gov
*Counsel for Plaintiff State of Rhode Island*