**SCOTT E. BRADFORD, OSB #062824**
United States Attorney
District of Oregon
**SUSANNE LUSE, #142489**
Assistant United States Attorney
Susanne.Luse@usdoj.gov
**SARAH E. FELDMAN, OSB #141458**
Assistant United States Attorney
Sarah.Feldman@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, Oregon 97204-2936
Telephone: 503.727.1000
*Counsel for Defendants*

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

| | |
|---|---|
| **STATE OF WASHINGTON, et al.,** | Case No.: 6:25-cv-01748-AA |
| Plaintiffs, | |
| v. | **STATUS REPORT DOCUMENTING NOTICE TO DEFENDANT EMPLOYEES OF PRELIMINARY INJUNCTION ORDER** |
| **UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al.,** | |
| Defendants. | |

**Page 1**     Status Report Documenting Compliance with Requirement to Provide Notice to Defendants and their Employees of Preliminary Injunction Order

## STATUS REPORT

On October 27, 2025, this Court issued a Preliminary Injunction Opinion and Order granting Plaintiffs' request for preliminary relief. Paragraphs 4 and 5 of the Order require Defendants to "provide written notice of this Order to all Defendants and their employees by the end of the second day after issuance of this Order" and to "file on the Court's electronic docket and serve upon Plaintiff States a Status Report documenting the actions that they have taken to comply with this Order, including a copy of the notice and an explanation as to whom the notice was sent." ECF No. 81, Preliminary Injunction Order at 77. This filing provides a status report to the Court documenting its compliance with the Order. On October 29, 2025, the HHS Office of the General Counsel sent the below notice in the body of an email to all Defendants and their employees. Specifically, it was emailed to all HHS email accounts including contractors. A copy of the Preliminary Injunction Opinion and Order was attached, as was a Note from the General Counsel explaining the parameters of the Preliminary Injunction. The General Counsel Note is not included in this filing to protect attorney client privilege.

## TEXT OF EMAIL NOTICE TO DEFENDANT EMPLOYEES

HHS Employees: Please review the attached preliminary injunction in *Washington v. HHS*. This preliminary injunction prohibits the imposition or enforcement of certain grant conditions as to any Personal Responsibility Education Program grant or Title V Sexual Risk Avoidance Education grant awarded to the plaintiff states.

If you have questions, please reach out to Jean-Michel Voltaire in the Office of the General Counsel, jean-michel.voltaire@hhs.gov, or to an OGC attorney for your Division or Office. Thank you.

**Page 2**        Status Report Documenting Compliance with Requirement to Provide Notice to Defendants and their Employees of Preliminary Injunction Order

**DATED** this 29th day of October 2025, in Portland, Oregon.

                                                                   SCOTT E. BRADFORD
                                                                   United States Attorney
                                                                   District of Oregon

                                                                   */s/ Susanne Luse*
                                                                   SUSANNE LUSE
                                                                   Assistant United States Attorney