BRETT A. SHUMATE
Assistant Attorney General
MICHELLE BENNETT
Assistant Branch Director
JACQUELINE LAU, D.C. Bar # 90024952
Trial Attorney
Jacqueline.C.Lau@usdoj.gov
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Telephone: (202) 598-0914

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

### EUGENE DIVISION

| | |
|---|---|
| STATE OF WASHINGTON, et al., | Case No.: 6:25-cv-01748-AA |
| Plaintiff(s), | |
| v. | **STIPULATED PROPOSED SCHEDULING ORDER** |
| UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al., | |
| Defendant(s). | |

### **STIPULATED PROPOSED SCHEDULING ORDER**

The Parties hereby agree, stipulate, and propose to the Court for approval the following schedule:

1. Defendants may defer responding to the complaint until after the Court's ruling on dispositive motions, to the extent a response is necessary.

Page 1 – STIPULATED PROPOSED SCHEDULING ORDER

2. Defendants shall file the certified administrative record on or before January 16, 2026.

3. Defendants shall file any dispositive motion on or before January 30, 2026.

4. Plaintiffs shall file any response to Defendants' motion, as well as any cross-motion, on or before February 20, 2026.

5. Defendants shall file any reply to Plaintiffs' response to Defendants' dispositive motion, as well as any response to Plaintiffs' cross-motion on or before March 13, 2026.

6. Plaintiffs shall file any reply to Defendants' response to Plaintiffs' cross-motion on or before March 27, 2026.

7. Defendants reserve their right to file a motion to stay the district court proceedings in the event the preliminary injunction is appealed.

8. Plaintiffs request oral argument in late March or early April 2026. Defendants defer to the Court's decision and schedule to order oral argument.

The Parties jointly request the Court enter an order approving this stipulation.

IT IS SO ORDERED.

Dated: December ___, 2025.                    _____
                                              Hon. Ann L. Aiken
                                              Senior United States District Judge

STIPULATED AND APPROVED FOR ENTRY BY:

        BRETT A. SHUMATE
        Assistant Attorney General
        Civil Division

        MICHELLE BENNETT
        Assistant Branch Director
        Federal Programs Branch

        /s/ *Jacqueline C. Lau*
        JACQUELINE C. LAU
        (DC Bar # 90024952)
        Trial Attorney
        U.S. Department of Justice
        Civil Division, Federal Programs Branch
        1100 L Street, N.W.
        Washington, DC 20005
        Telephone: (202) 598-0914
        E-mail: Jacqueline.C.Lau@usdoj.gov

        *Counsel for Defendants*

| | |
|---|---|
| DAN RAYFIELD | NICHOLAS W. BROWN |
| Attorney General | Attorney General |
| State of Oregon | State of Washington |
| | |
| s/ *Brian S. Marshall* | s/ *Lucy Wolf* |
| BRIAN SIMMONDS MARSHALL #196129 | LUCY WOLF |
| LEANNE HARTMANN #T25070201, Mass. BBO #667852 | MOLLY POWELL |
| | ALEXIA DIORIO |
| Senior Assistants Attorney General | Assistant Attorneys General |
| CARTER BRACE #243828 | KELLY PARADIS |
| 100 SW Market Street | WILLIAM MCGINTY |
| Portland, OR 97201 | MARSHA CHIEN |
| 971-673-1880 | Deputy Solicitors General |
| Brian.S.Marshall@doj.oregon.gov | 800 Fifth Avenue, Suite 2000 |
| Leanne.Hartmann@doj.oregon.gov | 206-464-7744 |
| Carter.Brace@doj.oregon.gov | lucy.wolf@atg.wa.gov |
| *Counsel for Plaintiff State of Oregon* | molly.powell@atg.wa.gov |
| | alexia.diorio@atg.wa.gov |
| | kelly.paradis@atg.wa.gov |

Page 3 – STIPULATED PROPOSED SCHEDULING ORDER

william.mcginty@atg.wa.gov
marsha.chien@atg.wa.gov
*Counsel for Plaintiff State of Washington*

| | |
|---|---|
| KEITH ELLISON<br>Attorney General<br>State of Minnesota | PHILIP J. WEISER<br>Attorney General<br>State of Colorado |
| *s/ Lindsey E. Middlecamp*<br>LINDSEY E. MIDDLECAMP<br>Special Counsel, Rule of Law<br>Office of the Minnesota Attorney General<br>445 Minnesota St., Suite 600<br>St. Paul, MN 55101<br>651-300-0711<br>lindsey.middlecamp@ag.state.mn.us<br>*Counsel for Plaintiff State of Minnesota* | *s/ Kevin G. Webster*<br>KEVIN G. WEBSTER<br>Assistant Attorney General<br>1300 Broadway, 10th Floor<br>Denver, CO 80203<br>720-508-6086<br>kevin.webster@coag.gov<br>*Counsel for Plaintiff State of Colorado* |
| WILLIAM TONG<br>Attorney General<br>State of Connecticut | KATHLEEN JENNINGS<br>Attorney General<br>State of Delaware |
| *s/ Andrew M. Ammirati*<br>ANDREW M. AMMIRATI<br>Assistant Attorney General<br>165 Capitol Ave<br>Hartford, CT 06106<br>860-808-5090<br>Andrew.Ammirati@ct.gov<br>*Counsel for Plaintiff State of Connecticut* | *s/ Ian R. Liston*<br>IAN R. LISTON<br>Director of Impact Litigation<br>VANESSA L. KASSAB<br>Deputy Attorney General<br>ROSE GIBSON<br>Assistant Attorney General<br>Delaware Department of Justice<br>820 N. French Street<br>Wilmington, DE 19801<br>302-683-8899<br>ian.liston@delaware.gov<br>vanessa.kassab@delaware.gov<br>rose.gibson@delaware.gov<br>*Counsel for Plaintiff State of Delaware* |
| BRIAN L. SCHWALB<br>Attorney General<br>District of Columbia | ANNE E. LOPEZ<br>Attorney General<br>State of Hawaiʻi |
| *s/ Jess E. Feinberg*<br>JESS E. FEINBERG<br>Assistant Attorney General<br>400 6th Street, NW, Suite 10100 | *s/ Kalikoʻonālani D. Fernandes*<br>DAVID D. DAY<br>Special Assistant to the Attorney General<br>KALIKOʻONĀLANI D. FERNANDES |

Page 4 – STIPULATED PROPOSED SCHEDULING ORDER

| | |
|---|---|
| Washington, D.C. 20001<br>202-735-6637<br>jess.feinberg@dc.gov<br>*Counsel for Plaintiff District of Columbia* | Solicitor General<br>425 Queen Street<br>Honolulu, HI 96813<br>808-586-1360<br>kaliko.d.fernandes@hawaii.gov<br>*Counsel for Plaintiff State of Hawai'i* |
| KWAME RAOUL<br>Attorney General<br>State of Illinois | AARON M. FREY<br>Attorney General<br>State of Maine |
| *s/ Cara Hendrickson*<br>CARA HENDRICKSON<br>Executive Deputy Attorney General<br>ELIZABETH MORRIS<br>Deputy Chief, Special Litigation Bureau<br>115 S. LaSalle Street<br>Chicago, IL 60603<br>312-814-3000<br>cara.hendrickson@ilag.gov<br>elizabeth.morris@ilag.gov<br>*Counsel for Plaintiff State of Illinois* | *s/ Kevin J. Beal*<br>KEVIN J. BEAL<br>Assistant Attorney General<br>111 Sewall Street, 6th Floor<br>6 State House Station<br>Augusta, ME 04333-0006<br>207-626-8800<br>kevin.beal@maine.gov<br>*Counsel for Plaintiff State of Maine* |
| ANTHONY G. BROWN<br>Attorney General<br>State of Maryland | ANDREA JOY CAMPBELL<br>Attorney General<br>Commonwealth of Massachusetts |
| *s/ Lauren Gorodetsky*<br>LAUREN GORODETSKY<br>Assistant Attorney General<br>200 Saint Paul Place, 20th Floor<br>Baltimore, MD 21202<br>410-576-7057<br>lgorodetsky@oag.state.md.us<br>*Counsel for Plaintiff State of Maryland* | *s/ Allyson Slater*<br>ALLYSON SLATER<br>Director, Reproductive Justice Unit<br>MORGAN CARMEN<br>Assistant Attorney General<br>One Ashburton Place<br>Boston, MA 02108<br>617-727-2200<br>allyson.slater@mass.gov<br>morgan.carmen@mass.gov<br>*Counsel for Plaintiff Commonwealth of Massachusetts* |
| DANA NESSEL<br>Attorney General<br>Michigan | MATTHEW J. PLATKIN<br>Attorney General<br>State of New Jersey |
| *s/ Neil Giovanatti*<br>NEIL GIOVANATTI | *s/ Farng-Yi Foo*<br>FARNG-YI FOO |

Page 5 – STIPULATED PROPOSED SCHEDULING ORDER

| | |
|---|---|
| DANIEL PING<br>*Assistant Attorneys General*<br>Michigan Department of Attorney General<br>525 W. Ottawa<br>Lansing, MI 48909<br>517-335-7603<br>GiovanattiN@michigan.gov<br>PingD@michigan.gov<br>*Counsel for Plaintiff State of Michigan* | GEOFFREY MCGEE<br>*Deputy Attorneys General*<br>124 Halsey Street, 5th Floor<br>Newark, NJ 07101<br>609-696-5279<br>Farng-Yi.Foo@law.njoag.gov<br>Geoffrey.McGee@law.njoag.gov<br>*Counsel for Plaintiff State of New Jersey* |
| LETITIA JAMES<br>Attorney General<br>State of New York<br><br>*s/ Galen Leigh Sherwin*<br>GALEN LEIGH SHERWIN<br>Special Counsel for Reproductive Justice<br>28 Liberty Street<br>New York, NY 10005<br>212-426-5667<br>galen.sherwin@ag.ny.gov<br>*Counsel for Plaintiff State of New York* | PETER F. NERONHA<br>Attorney General<br>State of Rhode Island<br><br>*s/ Riley M. O'Brien*<br>RILEY M. O'BRIEN<br>*Special Assistant Attorney General*<br>150 South Main Street<br>Providence, RI 02903<br>401-274-4400<br>robrien@riag.ri.gov<br>*Counsel for Plaintiff State of Rhode Island* |
| JOSHUA L. KAUL<br>Attorney General of Wisconsin<br><br>*s/ Aaron J. Bibb*<br>AARON J. BIBB<br>Assistant Attorney General<br>Wisconsin Department of Justice<br>PO Box 7857<br>Madison, WI 53707-7857<br>608-266-0810<br>aaron.bibb@wisdoj.gov<br>*Counsel for Plaintiff State of Wisconsin* | |