BRETT A. SHUMATE
Assistant Attorney General
MICHELLE BENNETT
Assistant Branch Director
JACQUELINE LAU, D.C. Bar # 90024952
Trial Attorney
Jacqueline.C.Lau@usdoj.gov
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Telephone: (202) 598-0914

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

### EUGENE DIVISION

| | |
|---|---|
| STATE OF WASHINGTON, et al., | Case No.: 6:25-cv-01748-AA |
| Plaintiff(s), | |
| v. | **NOTICE OF APPEAL** |
| UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al., | |
| Defendant(s). | |

### NOTICE OF APPEAL

Please take notice that Defendants hereby appeal to the United States Court of Appeals for the Ninth Circuit from this Court's Opinion & Order entered October 27, 2025, *see* ECF No. 81, granting Plaintiffs' Motion for Preliminary Injunction, *see* ECF No. 2.

Dated: December 26, 2025                    Respectfully Submitted,

Page 1 – NOTICE OF APPEAL

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

MICHELLE BENNETT
Assistant Branch Director
Federal Programs Branch


/s/ *Jacqueline C. Lau*
JACQUELINE C. LAU
(DC Bar # 90024952)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Telephone: (202) 598-0914
E-mail: Jacqueline.C.Lau@usdoj.gov


*Counsel for Defendants*

Page 2 – NOTICE OF APPEAL