BRETT A. SHUMATE
Assistant Attorney General
MICHELLE BENNETT
Assistant Branch Director
JACQUELINE LAU, D.C. Bar # 90024952
Trial Attorney
Jacqueline.C.Lau@usdoj.gov
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Telephone: (202) 598-0914

*Counsel for Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| STATE OF WASHINGTON, et al., | Case No.: 6:25-cv-01748-AA |
| Plaintiff(s), | |
| v. | NOTICE OF PRODUCTION |
| UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al., | |
| Defendant(s). | |

**NOTICE OF PRODUCTION**

Please take notice that Defendants hereby file Part 1 of the Administrative Record in the above captioned case. The Administrative Record contains media files and documents that may only be produced natively. Any such documents are signified in the Record by a Bates stamped slip sheet. All files were transmitted to Plaintiffs' counsel by way of an email containing a link to The Box, a digital file sharing service. Defendants obtained Plaintiffs' consent prior to transmitting

Page 1 – Defendants' Notice of Production Part 1

the files by way of email.

Defendants are also mailing FedEx packages to both the Court and Plaintiff's counsel. These packages contain a flash drive with the uploaded files of the Administrative Record. Should the Court prefer an invitation to access the files on The Box, or any other medium, please contact me at Jacqueline.C.Lau@usdoj.gov or at (202) 598-0914.

Attached to this notice is the Certification and Index of the Administrative Record.

Dated: January 16, 2026.

                                                Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

MICHELLE BENNETT
Assistant Branch Director
Federal Programs Branch


/s/ *Jacqueline C. Lau*
JACQUELINE C. LAU
(DC Bar # 90024952)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Telephone: (202) 598-0914
E-mail: Jacqueline.C.Lau@usdoj.gov

*Counsel for Defendants*