BRETT A. SHUMATE
Assistant Attorney General
MICHELLE BENNETT
Assistant Branch Director
JACQUELINE LAU, D.C. Bar # 90024952
Trial Attorney
Jacqueline.C.Lau@usdoj.gov
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Telephone: (202) 598-0914

*Counsel for Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| STATE OF WASHINGTON, et al., | Case No.: 6:25-cv-01748-AA |
| Plaintiff(s), | |
| v. | NOTICE OF AMENDED ADMINISTRATIVE RECORD DOCUMENTS |
| UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al., | |
| Defendant(s). | |

## NOTICE OF AMENDED ADMINISTRATIVE RECORD DOCUMENTS

Please take notice that Defendants hereby file amended Administrative Record documents reflecting 16 documents that were previously only able to be provided in native form. The documents have since been Bates stamped and Plaintiffs' counsel requested the documents be filed on the record. The native versions of these documents were previously transmitted to the Court

Page 1 – Defendants' Notice of Amended Administrative Record Documents

and to Plaintiffs' counsel on thumb drives containing the entirety of the Administrative Record. These documents were also designated on the record by slip sheets filed on January 16, 2026. The index below depicts all amended documents filed in conjunction with this notice and provides citation to the originally filed, corresponding slip sheets.

| **Document Title** | **ECF and Bates Number of Originally Filed Slip Sheet** | **New Beginning Bates Number** | **New Ending Bates Number** |
|---|---|---|---|
| DE Making Proud Choices Manual | ECF 91-6 (WA-0000562) | WA-0016450 | WA-0016699 |
| MI Making Proud Choices Manual | ECF 93-9 (WA-0006290) | WA-0016950 | WA-0017199 |
| MN Making Proud Choices Manual | ECF 93-18 (WA-0007324) | WA -0017200 | WA -0017449 |
| CO All4You2 Manual | ECF 90-6 (WA-0000139) | WA -0017450 | WA -0017867 |
| NY Making Proud Choices Manual | ECF 95-1 (WA-0012094) | WA -0017868 | WA -0018117 |
| CO Draw the Line Respect the Line Materials | ECF 90-13 (WA-0000293) | WA -0018118 | WA -0018650 |
| WI Making Proud Choices Manual | ECF 97-14 (WA-0016422) | WA -0018651 | WA -0018900 |
| WI Positive Prevention Plus Manual | ECF 97-16 (WA-0016449) | WA -0018901 | WA -0019356 |
| CO Making Proud Choices Manual | ECF 90-14 (WA-0000294) | WA -0019357 | WA -0019606 |
| OR Friendship and Dating Handout Packet | ECF 95-3 (WA-0012163) | WA -0019607 | WA -0019643 |
| OR Friendship and Dating Manual | ECF 95-3 (WA-0012162) | WA -0019644 | WA -0019800 |
| IL Making Proud Choices Materials | ECF 91-12 (WA-0002031) | WA -0019801 | WA -0020050 |
| MD Making Proud Choices Materials | ECF 92-1 (WA-0002548) | WA -0020051 | WA -0020300 |
| WA Positive Prevention Plus High School | ECF 96-2 (WA-0014508) | WA -0020301 | WA -0020756 |

| | | | |
|---|---|---|---|
| Manual | | | |
| WA Positive Prevention Plus Middle School Manual | ECF 96-2 (WA-0014507) | WA -0020757 | WA -0021212 |
| NJ Teen PEP Materials | ECF 94-7 (WA-0011422) | WA -0021213 | WA -0023235 |

When preparing the instant filing, Defendants noticed that the original Certification and Index of the Administrative Record was inadvertently omitted from Defendants' first Notice of Production (ECF 90). That original Certification and Index of the Administrative Record is attached hereto.

Dated: February 13, 2026.

                                        Respectfully submitted,

                                        BRETT A. SHUMATE
                                        Assistant Attorney General
                                        Civil Division

                                        MICHELLE BENNETT
                                        Assistant Branch Director
                                        Federal Programs Branch

                                        /s/ *Jacqueline C. Lau*
                                        JACQUELINE C. LAU
                                        (DC Bar # 90024952)
                                        Trial Attorney
                                        U.S. Department of Justice
                                        Civil Division, Federal Programs Branch
                                        1100 L Street, N.W.
                                        Washington, DC 20005
                                        Telephone: (202) 598-0914
                                        E-mail: Jacqueline.C.Lau@usdoj.gov

                                        *Counsel for Defendants*

Page 3 – Defendants' Notice of Amended Administrative Record Documents

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| THE STATE OF WASHINGTON, *et al.*<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*<br><br>*Defendants*. | Case No. 6:25-cv-01748 |

**CERTIFICATION AND INDEX OF THE ADMINISTRATIVE RECORD**

I, Resa Matthew, Deputy Associate Commissioner, Family and Youth Services Bureau, Administration for Children and Families, U.S. Department of Health and Human Services, certify to the best of my knowledge that the materials listed in the attached index constitute a true and complete copy of the administrative record, comprised of the non-privileged documents that were considered, either directly or indirectly, in connection with promulgation of the actions challenged in the above-captioned case.

Executed this 15th day of January 2026, in Washington, D.C.

RESA F. MATTHEW -S
Digitally signed by RESA F. MATTHEW -S
Date: 2026.01.15 15:15:01 -05'00'

Resa Matthew
Deputy Associate Commissioner
Family and Youth Services Bureau
Administration for Children and Families
U.S. Department of Health and Human Services

## ADMINISTRATIVE RECORD INDEX

| File No. | Document Description | Begin Bates Number | End Bates Number |
|---|---|---|---|
| 1 | April 14, 2025 Letter to State PREP Grant Recipients from ACF Requesting Documents for Medical Accuracy Review | WA - 0000001 | WA - 0000002 |
| 2 | August 26, 2025 Letter to State Grant Recipients | WA - 0000003 | WA - 0000082 |
| 3 | State PREP NOAs - August 6, 2025 | WA - 0000083 | WA - 0000116 |
| 4 | State SRAE NOAs - August 6, 2025 | WA - 0000117 | WA - 0000136 |
| 5 | Colorado PREP Materials Submitted for Medical Accuracy Review (MAR): Grantee Submission Form | WA - 0000137 | WA - 0000138 |
| 6 | Colorado PREP MAR Materials: All4You2! Slip Sheet | WA - 0000139 | WA - 0000139 |
| 7 | Colorado PREP MAR Materials: Be Proud! Be Responsible! Materials | WA - 0000140 | WA - 0000292 |
| 8 | Colorado PREP MAR Materials: Draw the Line/Respect the Line Slip Sheet | WA- 0000293 | WA - 0000293 |
| 9 | Colorado PREP MAR Materials: Making Proud Choices! Slip Sheet | WA - 0000294 | WA - 0000294 |
| 10 | Connecticut PREP MAR Materials : Grantee Submission Form | WA - 0000295 | WA - 0000297 |
| 11 | DC PREP MAR Materials: Grantee Submission Form | WA - 0000298 | WA - 0000299 |
| 12 | DC PREP MAR Materials: Safer Sex Intervention Materials | WA - 0000300 | WA - 0000334 |
| 13 | DC PREP MAR Materials: Sexual Wellness Advocacy by Teens Materials | WA - 0000335 | WA - 0000404 |
| 14 | Delaware PREP MAR Materials: Grantee Submission Form | WA - 0000405 | WA - 0000408 |

| | | | |
|---|---|---|---|
| 15 | Delaware PREP MAR Materials: Be Proud Be Responsible Materials | WA - 0000409 | WA - 0000561 |
| 16 | Delaware PREP MAR Materials: Making Proud Choices! Slip Sheet | WA - 0000562 | WA - 0000562 |
| 17 | Delaware PREP MAR Materials: APS Materials | WA - 0000563 | WA - 0000899 |
| 18 | Delaware PREP MAR Materials: Supplemental Materials | WA - 0000900 | WA - 0000944 |
| 19 | Hawaii PREP MAR Materials: Grantee Submission Form | WA - 0000945 | WA - 0000946 |
| 20 | Hawaii PREP MAR Materials: Teen Outreach Program Materials | WA - 0000947 | WA - 0002028 |
| 21 | Illinois PREP MAR Materials: Grantee Submission Form | WA - 0002029 | WA - 0002030 |
| 22 | Illinois PREP MAR Materials: Making Proud Choices! Slip Sheet | WA - 0002031 | WA - 0002031 |
| 23 | Illinois PREP MAR Materials: Parent and Youth Forms | WA - 0002032 | WA - 0002038 |
| 24 | Illinois PREP MAR Materials: Supplemental Video Slip Forms and Materials | WA - 0002039 | WA - 0002053 |
| 25 | Maine Grantee Submission Form | WA - 0002054 | WA - 0002056 |
| 26 | Maine PREP MAR Materials: Making Proud Choices! Materials | WA - 0002057 | WA - 0002261 |
| 27 | Maine PREP MAR Materials: Sexuality for All Abilities | WA - 0002262 | WA - 0002445 |
| 28 | Maryland PREP MAR Materials: Grantee Submission Forms | WA - 0002446 | WA - 0002459 |
| 29 | Maryland PREP MAR Materials: 3Rs Materials | WA - 0002460 | WA - 0002547 |
| 30 | Maryland PREP MAR Materials: Making Proud Choices! Slip Sheet | WA- 0002548 | WA - 0002548 |
| 31 | Maryland PREP MAR Materials: Dating Matters! Materials | WA - 0002549 | WA - 0002708 |

| 32 | Maryland PREP MAR Materials PHAT Materials | WA - 0002709 | WA - 0003192 |
|---|---|---|---|
| 33 | Maryland PREP MAR Materials: Plan A Materials | WA - 0003193 | WA - 0003214 |
| 34 | Maryland PREP MAR Materials: Power Through Choices Materials | WA - 0003215 | WA - 0003530 |
| 35 | Maryland PREP MAR Materials: Seventeen Days Materials | WA - 0003531 | WA - 0003655 |
| 36 | Massachusetts PREP MAR Materials: Grantee Submission Form | WA - 0003656 | WA - 0003657 |
| 37 | Massachusetts PREP MAR Materials: Making Proud Choices! Materials | WA - 0003658 | WA - 0003956 |
| 38 | Massachusetts PREP MAR Materials: Financial Literacy Materials | WA - 0003957 | WA - 0004065 |
| 39 | Massachusetts PREP MAR Materials: Gender Identity and Sexual Orientation Materials | WA - 0004066 | WA - 0004067 |
| 40 | Massachusetts PREP MAR Materials: Consent Materials | WA - 0004068 | WA - 0004088 |
| 41 | Massachusetts PREP MAR Materials: FLASH Materials | WA - 0004089 | WA - 0004381 |
| 42 | Massachusetts PREP MAR Materials: PAYA Materials | WA - 0004382 | WA - 0004603 |
| 43 | Massachusetts PREP MAR Materials: VOICES Materials | WA - 0004604 | WA - 0004697 |
| 44 | Massachusetts PREP MAR Materials: 3Rs Materials | WA - 0004698 | WA - 0006257 |
| 45 | Massachusetts PREP MAR Materials: FYSB Supplemental Materials | WA - 0006258 | WA - 0006285 |
| 46 | Michigan PREP MAR Materials: Grantee Submission Forms | WA - 0006286 | WA - 0006289 |
| 47 | Michigan PREP MAR Materials: Making Proud Choices! Slip Sheet | WA - 0006290 | WA - 0006290 |
| 48 | Michigan PREP MAR Materials: Michigan Model for Health Materials | WA - 0006291 | WA - 0006738 |
| 49 | Michigan PREP MAR Materials: TOP | WA - 0006739 | WA - 0006937 |
| 50 | Minnesota PREP MAR Materials: Grantee Submission Form | WA - 0006938 | WA - 0006954 |
| 51 | Minnesota PREP MAR Materials: FLASH and Project MARS Download Instructions | WA - 0006955 | WA - 0006956 |

| 52 | Minnesota PREP MAR Materials: InClued Materials | WA - 0006957 | WA - 0007041 |
|---|---|---|---|
| 53 | Minnesota PREP MAR Materials: Live It Materials | WA - 0007042 | WA - 0007323 |
| 54 | Minnesota PREP MAR Materials: Making Proud Choices! Slip Sheet | WA - 0007324 | WA - 0007324 |
| 55 | Minnesota PREP MAR Materials: Safer Sex Intervention Materials | WA - 0007325 | WA - 0007407 |
| 56 | Minnesota PREP MAR Materials: Sexuality for All Abilities Materials | WA - 0007408 | WA - 0007548 |
| 57 | Minnesota PREP MAR Materials: TOP Materials | WA - 0007549 | WA - 0008630 |
| 58 | New Jersey PREP MAR Materials: Grantee Submission Form | WA - 0008631 | WA - 0008633 |
| 59 | New Jersey PREP MAR Materials: FLASH Materials | WA - 0008634 | WA - 0008960 |
| 60 | New Jersey PREP MAR Matierals: Get Real Materials | WA - 0008961 | WA - 0009212 |
| 61 | New Jersey PREP MAR Materials: Peer Group Connections Materials | WA - 0009213 | WA - 0010334 |
| 62 | New Jersey PREP MAR Materials: TOP Materials | WA - 0010335 | WA - 0011421 |
| 63 | New Jersey PREP MAR Materials: Teen PEP Slip Sheet | WA - 0011422 | WA - 0011422 |
| 64 | New York PREP MAR Materials: Grantee Submission Forms | WA - 0011423 | WA - 0011428 |
| 65 | New York PREP MAR Materials: Be Proud Be Responsible! Materials | WA - 0011429 | WA - 0012093 |
| 66 | New York PREP MAR Materials: Making Proud Choices! Materials | WA - 0012094 | WA - 0012159 |
| 67 | Oregon PREP MAR Materials: Grantee Submission Form | WA - 0012160 | WA - 0012161 |
| 68 | Oregon PREP MAR Materials: Friendship and Dating Materials | WA - 0012162 | WA - 0012225 |
| 69 | Oregon PREP MAR Materials: Sexuality for All Abilities Materials | WA - 0012226 | WA - 0012653 |
| 70 | Rhode Island PREP MAR Materials: Grantee Submission Form | WA - 0012654 | WA - 0012656 |
| 71 | Rhode Island PREP MAR Materials: TOP Materials | WA - 0012657 | WA - 0013751 |

| 72 | Washington PREP MAR Materials: Grantee Submission Form | WA - 0013752 | WA - 0013753 |
|---|---|---|---|
| 73 | Washington PREP MAR Materials: 3Rs Materials | WA - 0013754 | WA - 0013754 |
| 74 | Washington PREP MAR Materials: FLASH Materials | WA - 0013755 | WA - 0014506 |
| 75 | Washington PREP MAR Materials: Positive Prevention Plus Slip Sheets | WA - 0014507 | WA - 0014508 |
| 76 | Washington PREP MAR Materials: Puberty the Wonder Years Materials | WA - 0014509 | WA - 0015007 |
| 77 | Washington PREP MAR Materials: UnHushed Materials | WA - 0015008 | WA - 0015875 |
| 78 | Wisconsin PREP MAR Materials: Grantee Submission Form | WA - 0015876 | WA - 0015877 |
| 79 | Wisconsin PREP MAR Materials: Parent Consent Form | WA - 0015878 | WA - 0015880 |
| 80 | Wisconsin PREP MAR Materials: FLASH Materials | WA - 0015881 | WA - 0016284 |
| 81 | Wisconsin PREP MAR Materials: 3Rs Materials | WA - 0016285 | WA - 0016401 |
| 82 | Wisconsin PREP MAR Materials: Building Health Relationships Materials | WA - 0016402 | WA - 0016421 |
| 83 | Wisconsin PREP MAR Materials: Making Proud Choices! Slip Sheet | WA - 0016422 | WA - 0016422 |
| 84 | Wisconsin PREP Materials: PATCH for Teens Materials | WA - 0016423 | WA - 0016448 |
| 85 | Wisconsin PREP Materials: Positive Prevention Plus Slip Sheet | WA - 0016449 | WA - 0016449 |