NICHOLAS W. BROWN
Attorney General for the State of Washington
Kelly Paradis
William McGinty
Deputy Solicitors General
Lucy Wolf
Molly Powell
Alexia Diorio
Assistant Attorneys General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
206-464-7744
kelly.paradis@atg.wa.gov
william.mcginty@atg.wa.gov
lucy.wolf@atg.wa.gov
molly.powell@atg.wa.gov
alexia.diorio@atg.wa.gov
*Counsel for Plaintiff State of Washington*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| STATE OF WASHINGTON, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al., <br><br> Defendants. | No. 6:25-cv-01748-AA <br><br> SECOND DECLARATION OF LUCY WOLF |

I, Lucy Wolf, declare as follows:

1. I am over the age of 18, competent to testify as to the matters herein, and make this declaration based on my personal knowledge.

2. I am an Assistant Attorney General with the Washington State Office of the Attorney General and one of the attorneys representing Plaintiff State of Washington in the above-captioned matter.

3. On January 9, 2026, PREP State Grantees received an email from Cheri Thompson at ACF seeking a Letter of Intent to request FY 2026 PREP funding. A true and correct copy of this email correspondence is attached as **Exhibit A.** That email attached Supplemental Terms and

SECOND DECLARATION OF
LUCY WOLF

1

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
206-464-7744

Conditions effective October 1, 2025, containing language identical to the enjoined Supplemental Terms and Conditions per the Court's October 27, 2025, Order. *See* Opinion and Order Page 76. A true and correct copy of the October 1, 2025, PREP Supplemental Terms and Conditions is attached as **Exhibit B.**

4.     On January 11, 2026, I emailed counsel for Defendants to inform them of Defendants' non-compliance with this Court's injunction and to request they ask Defendants to come into compliance with the terms of the injunction. A true and correct copy of this email correspondence is attached as **Exhibit C.**

5.     On January 12, 2026, counsel for Defendants responded, stating that the inclusion of the enjoined language in the Supplemental Terms and Conditions was an "oversight" and that "ACF plans to send an email to state grantees explaining the above, reminding them of the PI, clarifying that states are not bound by the gender ideology clause while the PI is in place, and confirming that inclusion of paragraph 5 was an oversight." A true and correct copy of this email correspondence is attached as **Exhibit D.**

6.     On January 30, 2026, State Grantees received 2026 PREP and SRAE NOAs that included the enjoined "gender ideology" language ("Recipients are prohibited from including gender ideology in any program or service that is funded with this award…"). The 2026 PREP and SRAE NOAs also link to the 2025 Terms and Conditions, which included the enjoined language. A true and correct copy of the January 30, 2026, PREP NOA for Washington is attached as **Exhibit E.** A true and correct copy of the January 30, 2026, SRAE NOA for Wisconsin is attached as **Exhibit F.** A true and correct copy of the October 1, 2025, SRAE Supplemental Terms and Conditions is attached as **Exhibit G.**

7.     On February 6, 2026, I emailed counsel for Defendants to inform them of Defendants' additional non-compliance with this Court's injunction and to request they ask Defendants to again come into compliance with the terms of the injunction by withdrawing and reissuing the PREP and SRAE NOAs without the enjoined language and with links to the updated

SECOND DECLARATION OF
LUCY WOLF

2

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104-3188
206-464-7744

2026 Supplemental Terms and Conditions. A true and correct copy of this email correspondence is attached as **Exhibit H.**

8. On February 9, 2026, counsel for Defendants responded, stating that the PREP and SRAE NOAs and Supplemental Terms and Conditions "inadvertently included the gender ideology condition." Counsel promised that Defendants would remove the enjoined language from the PREP and SRAE NOAs, re-issue the NOAs, and send an email to Plaintiff States that the 2026 Terms and Conditions are "still forthcoming" and will not include enjoined language. A true and correct copy of this email correspondence is attached as **Exhibit I.**

9. On February 10, 2026, Defendants re-issued the PREP and SRAE NOAs. A true and correct copy of the February 10, 2026, Revised PREP NOA for Washington is attached as **Exhibit J.** A true and correct copy of February 10, 2026, Revised SRAE NOA for Oregon is attached as **Exhibit K.** The re-issued NOAs state, "In accordance with the preliminary injunction issued in *Washington et al. v. HHS* (D. Or.), this NOA has been revised to remove the Additional Term and Condition at Paragraph 5 of the Supplemental Terms and Conditions, prohibiting inclusion of gender ideology in any program or services funded with this award, which was included in the prior NOA. This Supplemental Term and Condition will not be applied to your program while the injunction remains in place and including it in the previous NOA issued on January 30 was an oversight on ACF's part."

I declare under penalty of perjury under the laws of the State of Washington and the United States of America that the foregoing is true and correct.

DATED and SIGNED this 20th day of February 2026, at Seattle, Washington.

*s/ Lucy Wolf*
LUCY WOLF, WSBA #59028
Assistant Attorney General

SECOND DECLARATION OF LUCY WOLF

3

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
206-464-7744