# Exhibit A

| | |
|---|---|
| **From:** | Wolf, Lucy (ATG) |
| **To:** | Johnson, Victoria (ATG) |
| **Subject:** | FW: State PREP FY2026 Letter of Intent (LOI) |
| **Date:** | Tuesday, February 10, 2026 11:47:07 AM |
| **Attachments:** | image001.png |
| | Request for OLDC Access .doc |
| | 2026 PREP Estimated Allocation.pdf |
| | FY25 FYSB State PREP Supplemental Terms and Conditions .pdf |
| | Retrieving documents from OLDC.pdf |
| **Importance:** | High |

**From:** Thompson, Cheri (ACF) <Cheri.Thompson@acf.hhs.gov>
**Sent:** Friday, January 9, 2026 12:10 PM
**To:** Clardy, Laraine (DOH) <Laraine.Clardy@doh.wa.gov>; Samples, Mary J (DOH) <Mary.Samples@doh.wa.gov>; Hohney, Julie <jhohney@pa.gov>; Martin, Tiffany <tiffmartin@pa.gov>; Lindsay Weaver <lindsay.weaver@oha.oregon.gov>; Schollaert Daniel <daniel.schollaert@oha.oregon.gov>; Kimberly Deleon Guerrero <kimberly.deleonguerrero@cnmipss.org>; kimberly.camacho@cnmipss.org; Johns, Lakeesha (DHSS) <lakeesha.johns@delaware.gov>; hannah.guzzi@alaska.gov; Cellini J. Higa <cjhiga@gdoe.net>; Suzuki, Brandon <brandon.suzuki@doh.hawaii.gov>; emily.mcdowell@state.mn.us; samantha.ritter@maryland.gov; Gosselin, Kimberly <kimberly.gosselin@maine.gov>; Anna Limeburner <alimeburner@mainefamilyplanning.org>; Montag, Naomi <naomi.montag@maine.gov>; LaFlamme, Stacey <stacey.laflamme@maine.gov>; Lynette Johnson <ljohnson@mainefamilyplanning.org>; kaitlyn.traub@state.mn.us; kristin.teipel@state.mn.us; julie.neitzelcarr@state.mn.us; mariah.geiger-williams@state.mn.us; victoria.paniagua@maryland.gov; Niles, Madison <madison.niles@doh.hawaii.gov>; Chantelle.Archer@ct.gov; McCarthy, Tina <tina.mccarthy@ct.gov>; Marc.Camardo@ct.gov; rebekah.morisse@alaska.gov
**Subject:** State PREP FY2026 Letter of Intent (LOI)

External Email

Dear State Personal Responsibility Education Program (State PREP) Grant Recipients,
**PLEASE CONFIRM RECEIPT**

Happy New Year! We hope that you and your staff are well.
We are pleased to announce that under the current continuing resolution *(Continuing Appropriations, Agriculture, Legislative Branch, Military Construction and Veterans Affairs, and Extensions Act, 2026. Bill number: H.R. 5371)* that was passed on November 12, 2025, a portion of the annual funding for FY 2026 is available to states and territories that intend to request their state allotments for the State Personal Responsibility Education Program (State PREP). The remaining balance will be awarded at a later date and subject to the availability of funds. Attached to this email is a list of allotments for each eligible state and territory under the continuing resolution.

**Grant recipients are to submit a Letter of Intent (LOI) to their Federal Project Officer**

**(FPO) to request FY 2026 funding by <mark>Tuesday, January 13, 2026</mark> and the letter must adhere to the following requirements:**
1. Submission on agency letterhead;
2. Signed by the authorized representative; and,
3. Indicate the award amount based upon the attached State PREP allotment chart.

**In addition, the documents listed below are components of the LOI and are to be submitted in the Online Data Collection System (OLDC) by <mark>Friday, January 23, 2026</mark>.**
1. Application for Federal Assistance - SF-424 Mandatory (SF-424M);
2. Budget Information for Non-Construction Programs SF-424A;
3. Itemized Budget (using the *allotment* in the attachment and cost categories outlined in the SF-424A);
4. Budget Narrative (based upon the *allotment*);
5. Description of any programmatic changes that impact implementation of the project, if applicable; and
6. State Plan to include the sub-award plan, target population, anticipated number of youth served per implementation site, proposed curriculum, and plan to address at least three Adulthood Preparation Subjects (APS). Detailed state plan. It is recommended to include the following elements in the state plan:
    a. Proposed geographic service areas
    b. Target population
    c. Estimate number of youth to be served throughout the project period
    d. Proposed curriculum
    e. Implementation settings
    f. Plan to address at least three Adulthood Preparation Subjects (APS)
    g. Sub-recipient plan
        a. Implementation Plan
        b. Goals and Objectives
        c. Whether or not your program agrees to implement selected curriculum with fidelity
        d. Confirmation of formal training in the program model (or plans to do so)
        e. Teach risk avoidance skills through methods that do not normalize teen sexual activity
        f. Positive Youth Development Approach
        g. Plan to address at least three Adulthood Preparation Subjects (APS)
        h. Trauma Informed Approach
        i. Medically accurate and Age Appropriate
        j. Agree to Collect and Report Performance Measures
        k. Agree to Participate in National Evaluation (as required)
        l. Linkage to Referral Sources
        m. Sustainability Plan

    h. Plan for local evaluation, as necessary

**The process for submitting an LOI packet is as follows:**
Mandatory grant recipients are required to use the OnLine Data Collecton (OLDC) to submit the SF-424M that reflects the full allocation and upload all other documents listed above. If grant recipients are having trouble submitting the LOI packet in OLDC, the grant

recipient can email the specified documents to their FPO. The federal forms are available to grant recipients at https://www.grants.gov/forms/forms-repository/sf-424-mandatory-family .

Grant recipients are to use their assigned User Id and password, to access OLDC and upload the LOI documents according to the below instructions:
1. Sign into OLDC
2. On the left side of the page, click on "Report Form Entry"
3. In the Drop-down list select the "Program Name"
4. Select the Grantee Name
5. Select the SF-424-M.
6. Once the form is open by clicking the + sign
7. The application for Federal Assistance SF-424-M is self-explanatory
8. The grantee will have the capability to View/Add Attachments and save the information
9. The Program Office, once the information in the SF-424-M is completed, should Validate the form.

For states that do not have the required credentials to access OLDC, the **attached form** should be completed and submitted to app_support@acf.hh.gov to obtain a username and password.

The Letter of Intent is to be sent to your FPO via email by **January 13, 2026**. In addition, the LOI packet is to be submitted via OLDC by **January 23, 2026,** based upon the allotment under the current continuing resolution in the attached chart and the awards are anticipated to be made by the end January 2026.  Please feel free to contact me at FPO email address should you have questions or concerns regarding document submission by the deadline.

Attachments: FY 2026 State PREP Allotments
State PREP Terms and Conditions
Request Access to OLDC

* All Terms & Conditions will be updated and reissued as needed.

Best,



**Ms. Chéri Thompson**
**Program Specialist**
Division of Positive Youth Development (DPYD)
Family and Youth Services Bureau
Administration for Children and Families
Office Phone: 202-205-8173
Help us achieve **A Home for Every Child.**
Learn more about fostering here.