# Exhibit B



### Federal Fiscal Year 2025

### SUPPLEMENTAL TERMS and CONDITIONS

The **General Terms and Conditions** apply to all non-discretionary programs. These Supplemental Terms and Conditions (T&Cs) are additional requirements applicable to the program named below.

By acceptance of awards for this program, the recipient agrees to comply with the requirements included in both the General and Supplemental Terms and Conditions for this program.

### Administration on Children, Youth, and Families (ACYF)
### Family and Youth Services Bureau (FYSB)

### State Personal Responsibility Education Program (PREP)
Assistance Listing No. 93.092

**EFFECTIVE PERIOD**

The supplemental T&Cs are effective on the date shown in the footer at the bottom of the respective pages and applies to awards and award modifications that add funding which are issued on or after that date (including any supplements to awards and competing and non-competing continuation awards). For recipients of such awards, the T&Cs supersede all previous similar T&Cs and will remain in effect until updated for subsequent awards. All T&Cs will be updated and reissued as needed.

**APPLICABLE LEGISLATION, STATUTE, REGULATIONS**

1. The administration of this program is authorized under Title V, Section 513, of the Social Security Act (the Act).

2. The program is codified at 42 U.S.C. §713.

3. Uniform Administrative Requirements, Cost Principles, and Audit Requirements for HHS Awards located under 2 CFR Parts 200 and 300). In accordance with 2 CFR §200.101, Applicability, this program must comply with 2 CFR 200 in its entirety. No exceptions were identified.

4. Additional applicable regulations and requirements can be found in the ACF Standard Terms and Conditions.

**ADDITIONAL TERM AND CONDITION**

5. Recipients are prohibited from including gender ideology in any program or service that is funded with this award. The statutory authority for the PREP program under which this grant has been awarded, at 42 U.S.C. §713, does not authorize teaching students that gender identity is distinct from biological sex or boys can identify as girls and vice versa, or that there is a vast spectrum of genders that are disconnected from one's sex. Therefore, gender ideology is outside of the scope of the statutory authority for this award. In addition, any costs associated with gender ideology are not allowable expenditures of federal grant funds or maintenance-of-effort funds for this grant because they are not necessary, reasonable, or allocable for

the performance of this award. *See* 45 C.F.R. §§ 75.403-405.

## COST SHARING OR MATCHING (NON-FEDERAL SHARE) OF PROGRAM FUNDING

6. This program has a Maintenance of Effort (MOE) requirement per Section 513(a)(5) of the Act (42 U.S.C. § 713(a)(5)). No payment shall be made from the allotment awarded under 513(a)(4), if the non-federal expenditure is less than the amount expended by the state, organization, or entity for such programs or initiatives for fiscal year 2023 (or the fiscal year amended by subsequent Public Laws).

7. MOE is a statutory requirement where the state, local organization, or entities awarded under this program is required, as a condition of eligibility for federal funding, to maintain its financial contribution to the program. MOE must be used to supplement not supplant federal funds with existing non-federal funds. State, local organizations or entities under this award may not replace or supplant federal funds to meet program requirements.

## FINANCIAL REPORTING

8. Federal funds awarded under this grant must be expended for the purposes for which they were awarded and within the time period allotted.

9. The OMB approved Financial Reporting form for this program is the Federal Financial Report SF-425. The SF-425 is due annually and no later than December 30, which is 90 days after the end of each reporting period.

    a. Submission Methodology: All periodic SF-425 financial reports for all grant programs must be submitted electronically through the Payment Management System (PMS). Recipients must not submit duplicate copies either by mail, by fax or as an email attachment of any reports submitted.

    b. Submission Schedule: Annual. Each annual financial report must be submitted within 90 days (i.e., no later than December 30) following the end of each Federal Fiscal Year (FFY).

        i. An interim financial report (covering Year 1 of the project period) is due 90 days following the end of Federal Fiscal Year 1.
        ii. An interim financial report (covering Year 2 of the project period) is due 90 days following the end of the Federal Fiscal Year 2.
        iii. A final financial report (cumulative, covering the entire 3-year project period) is due 120 days following the end of Federal Fiscal Year 3.

10. Obligation Deadline:

    a. In accordance with Section 503(b) of the Act (42 U.S.C. § 703(b)), the State Personal Responsibility Education program has a 3-year project/obligation period starting from the first day of the FFY for which these funds were awarded through the last day of the next FFY. (i.e., October 1, Federal Fiscal Year 1 through September 30, Federal Fiscal Year 3.) Any Federal funds not obligated by the end of the obligation period will be recouped by this Department.

11. Liquidation Deadline:

    a. In accordance with 2 CFR § 200.344(b), a recipient must liquidate all obligations incurred under the award no later than 120 days after the end of the funding/obligation period (i.e., December 30 following the end of Federal Fiscal Year 3). Any Federal funds from this award not liquidated by this date will be recouped by this Department.

## PROGRAM REPORTING AND REQUIREMENTS

12. The OMB approved Program Report form for this program is the Performance Progress Report (PPR). Semi-annual narrative program performance reports must describe the program activities carried out, including an assessment of the effectiveness of those activities in achieving the purposes of this award. Each report covers the preceding 6-month period and is due 30 days following the end of the 2nd and 4th quarters (i.e., no later than April 30 and October 30, respectively). Please refer to the general terms and conditions for electronic submission guidance.

13. All recipients and subrecipient(s), including their implementation sites, will be required to collect and report information on program implementation and program outcomes through a common set of performance measures. This requirement applies to any community partners who agree to host a site or recruit program participants (e.g., school districts, non-profits. Recipients must collect and report on these measures twice a year.

14. Recipients will be expected to check local and state laws, policies, and procedures to ensure that the collection of performance measures data is feasible and obtain any necessary permissions (e.g., formal agreements with partners, Institutional Review Board (IRB) approval, copies of school district approvals) to collect these data. Recipients are responsible for ensuring all subrecipients and implementation sites collect and submit the PREP performance measures. Recipients may develop additional indicators of program performance, as needed, including adding items to the entry or exit surveys. However, all FYSB OMB-approved items must be administered first, in the order presented in the approved survey, before any additional items are added. Any additional survey items should be added at the end of the OMB-approved survey and should not be submitted to ACF.

15. Additional program conditions:

    a. Have the project fully functioning and serving youth within at least 90 days following the issuance of the Notice of Award.

    b. Formally train facilitators/educators in the evidence-based effective program model or elements of the effective program model by professionals who can provide follow-up technical assistance to facilitators.

    c. Provide PREP programming to youth populations that are the most high-risk or vulnerable for pregnancies and sexually transmitted infections, including HIV/AIDS, youth in or aging out of foster care or adjudication systems; youth who are victims of trafficking; youth who have runaway or left home without permission; youth experiencing homelessness; and other vulnerable or underserved youth populations.

    d. Send at least two key staff persons to the Adolescent Pregnancy Prevention (APP) Program Grantee Training if held during the project period. A minimum of two staff persons are to attend at least one of two topical training sessions offered each year of the project in areas such as Washington, DC; Phoenix, AZ; and Boston, Massachusetts.

    e. Collect and report on all OMB cleared federal PREP performance measures (recipient, partners and subrecipients). PREP Performance Measures are currently approved under OMB # 0970-0497, expiration date 07/31/2026.

    f. For states and subrecipients conducting local evaluations, participate in training and TA provided by the federal government and follow related guidance provided by ACF/FYSB.

    g. Submit curricula and programmatic materials to FYSB, as requested, for a medical accuracy review and provide a plan to comply with making any required modifications.

**PROPERTY REPORTING**

16. The OMB approved property reporting forms are the following:

    h. <u>Real Property Reports (SF-429s)</u>. The SF-429 Real Property forms are not applicable to this program. Purchase, construction, and major renovation are not an allowable activity or expenditure under this program.

    i. <u>Tangible Property Report (SF-428s)</u>. The SF-428 Tangible Personal Property forms must be submitted as described in the General Terms and Conditions.

## POINTS OF CONTACT

17. Points of contact for additional information or questions concerning either the operation of the program or related financial matters can be found on the Notice of Award.

a. Program Office:
Sierra Baker
Program Specialist
330 C St., SW.
Washington, DC 20201
Sierra.Baker@acf.hhs.gov
202-401-4663

b. Office Grants Management:
David Lee
Grants Management Officer
330 C St., SW.
Washington, DC. 20201
David Lee@acf.hhs.gov
202-401-5461