# Exhibit D

| | |
|---|---|
| **From:** | Lau, Jacqueline C (CIV) |
| **To:** | Wolf, Lucy (ATG); Luse, Susanne (USAOR) |
| **Cc:** | Chien, Marsha (ATG); Paradis, Kelly A. (ATG); Feldman, Sarah (USAOR); Ramsey, Keith (USAOR); Bennett, Michelle (CIV); McGinty, William (ATG); Powell, Molly (ATG); Diorio, Alexia (ATG) |
| **Subject:** | RE: Washington State v. HHS |
| **Date:** | Monday, January 12, 2026 1:39:04 PM |

[EXTERNAL]

Hi Lucy,

Our client confirmed that the Supplemental Term and Condition at Paragraph 5 regarding gender ideology was an oversight. It is general practice at HHS to include a version of the Supplemental Terms and Conditions to give applicants a sense of what to expect if their application is approved, and this version was from 2025. The 2026 Supplemental Terms and Conditions are still being drafted. If the preliminary injunction is still in effect when Notices of Award are issued, the 2026 Supplemental Terms and Conditions for any plaintiff state will not include Paragraph 5. ACF plans to send an email to state grantees explaining the above, reminding them of the PI, clarifying that states are not bound by the gender ideology clause while the PI is in place, and confirming that inclusion of paragraph 5 was an oversight.

Thank you for bringing this to our attention and please let me know if you have any questions.

Best,

Jacqueline

**Jacqueline C. Lau**
Trial Attorney
Federal Programs Branch
U.S. Department of Justice, Civil Division
Phone: (202) 598-0914
Email: jacqueline.c.lau@usdoj.gov

---

**From:** Lau, Jacqueline C (CIV)
**Sent:** Monday, January 12, 2026 10:24 AM
**To:** Wolf, Lucy (ATG) <lucy.wolf@atg.wa.gov>; Luse, Susanne (USAOR) <Susanne.Luse@usdoj.gov>
**Cc:** Chien, Marsha (ATG) <marsha.chien@atg.wa.gov>; Paradis, Kelly A. (ATG) <kelly.paradis@atg.wa.gov>; Feldman, Sarah (USAOR) <Sarah.Feldman@usdoj.gov>; Ramsey, Keith (USAOR) <Keith.Ramsey@usdoj.gov>; Bennett, Michelle (CIV) <Michelle.Bennett@usdoj.gov>; McGinty, William (ATG) <william.mcginty@atg.wa.gov>; Powell, Molly (ATG) <molly.powell@atg.wa.gov>; Diorio, Alexia (ATG) <Alexia.Diorio@ATG.WA.GOV>
**Subject:** RE: Washington State v. HHS

Hi Lucy,

Thank you for your email. We will discuss with our client and get back with you.

Best,

Jacqueline

**Jacqueline C. Lau**
Trial Attorney
Federal Programs Branch
U.S. Department of Justice, Civil Division
Phone: (202) 598-0914
Email: jacqueline.c.lau@usdoj.gov

---

**From:** Wolf, Lucy (ATG) <lucy.wolf@atg.wa.gov>
**Sent:** Sunday, January 11, 2026 2:11 PM
**To:** Lau, Jacqueline C (CIV) <Jacqueline.C.Lau@usdoj.gov>; Luse, Susanne (USAOR) <Susanne.Luse@usdoj.gov>
**Cc:** Chien, Marsha (ATG) <marsha.chien@atg.wa.gov>; Paradis, Kelly A. (ATG) <kelly.paradis@atg.wa.gov>; Feldman, Sarah (USAOR) <Sarah.Feldman@usdoj.gov>; Ramsey, Keith (USAOR) <Keith.Ramsey@usdoj.gov>; Bennett, Michelle (CIV) <Michelle.Bennett@usdoj.gov>; McGinty, William (ATG) <william.mcginty@atg.wa.gov>; Powell, Molly (ATG) <molly.powell@atg.wa.gov>; Diorio, Alexia (ATG) <Alexia.Diorio@ATG.WA.GOV>
**Subject:** [EXTERNAL] RE: Washington State v. HHS

Jacqueline,

We recently heard from our PREP state grantee that they received an email on Friday January 9, 2026, from Cheri Thompson at ACF seeking a Letter of Intent to request FY 2026 PREP funding. Unfortunately, that email attached Supplemental Terms and Conditions effective October 1, 2025 (attached hereto) that contained language identical to the enjoined Supplemental Terms and Conditions per the Court's October 27, 2025 Order enjoining HHS from "imposing or enforcing the Gender Conditions as defined in the… Supplemental T&Cs or any materially similar terms or conditions as to any PREP or SRAE funds awarded to Plaintiff States…" (Opinion and Order Page 76).

We are hoping that you can reach out to your client to ask them to withdraw and reissue the Supplemental Terms and Conditions without the Gender Conditions so that they can come into compliance with the Court's injunction.

ACF's email asked grant recipients to submit their Letter of Intent by this Tuesday January 13, 2026, and submit various application documents by January 23, 2026. It would be preferable if we could resolve this issue by the January 13 deadline or at the very latest, in advance of the January 23 deadline so as to clear up any confusion for state grantees.

Thank you for your quick attention to this issue. Please give me a call at (206) 837-2972 if you'd like to discuss further.

Best,
Lucy


**Lucy Wolf** (she/her)
Assistant Attorney General
Complex Litigation Division
Washington State Office of the Attorney General
(206) 837-2972 | Lucy.Wolf@atg.wa.gov

---

**From:** Lau, Jacqueline C (CIV) <Jacqueline.C.Lau@usdoj.gov>
**Sent:** Monday, December 8, 2025 5:25 PM
**To:** Wolf, Lucy (ATG) <Lucy.Wolf@atg.wa.gov>; Luse, Susanne (USAOR) <Susanne.Luse@usdoj.gov>
**Cc:** Chien, Marsha (ATG) <marsha.chien@atg.wa.gov>; Paradis, Kelly A. (ATG) <kelly.paradis@atg.wa.gov>; Feldman, Sarah (USAOR) <Sarah.Feldman@usdoj.gov>; Ramsey, Keith (USAOR) <Keith.Ramsey@usdoj.gov>; Bennett, Michelle (CIV) <Michelle.Bennett@usdoj.gov>; McGinty, William (ATG) <william.mcginty@atg.wa.gov>; Powell, Molly (ATG) <Molly.Powell@atg.wa.gov>; Diorio, Alexia (ATG) <Alexia.Diorio@ATG.WA.GOV>
**Subject:** RE: Washington State v. HHS

[EXTERNAL]

Received – thank you. I will get this on file.

Best,

Jacqueline

**Jacqueline C. Lau**
Trial Attorney
Federal Programs Branch
U.S. Department of Justice, Civil Division
Phone: (202) 598-0914
Email: jacqueline.c.lau@usdoj.gov

---

**From:** Wolf, Lucy (ATG) <lucy.wolf@atg.wa.gov>
**Sent:** Monday, December 8, 2025 6:11 PM
**To:** Lau, Jacqueline C (CIV) <Jacqueline.C.Lau@usdoj.gov>; Luse, Susanne (USAOR) <Susanne.Luse@usdoj.gov>
**Cc:** Chien, Marsha (ATG) <marsha.chien@atg.wa.gov>; Paradis, Kelly A. (ATG) <kelly.paradis@atg.wa.gov>; Feldman, Sarah (USAOR) <Sarah.Feldman@usdoj.gov>; Ramsey, Keith (USAOR) <Keith.Ramsey@usdoj.gov>; Bennett, Michelle (CIV) <Michelle.Bennett@usdoj.gov>; McGinty, William (ATG) <william.mcginty@atg.wa.gov>; Powell, Molly (ATG) <molly.powell@atg.wa.gov>; Diorio, Alexia (ATG) <Alexia.Diorio@ATG.WA.GOV>
**Subject:** [EXTERNAL] RE: Washington State v. HHS

Jacqueline,

Please find attached the proposed scheduling order with our signature block.

Best,
Lucy


**Lucy Wolf** (she/her)
Assistant Attorney General
Complex Litigation Division
Washington State Office of the Attorney General
(206) 837-2972 | Lucy.Wolf@atg.wa.gov

---

**From:** Lau, Jacqueline C (CIV) <Jacqueline.C.Lau@usdoj.gov>
**Sent:** Monday, December 8, 2025 1:05 PM
**To:** Wolf, Lucy (ATG) <lucy.wolf@atg.wa.gov>; Luse, Susanne (USAOR) <Susanne.Luse@usdoj.gov>
**Cc:** Chien, Marsha (ATG) <marsha.chien@atg.wa.gov>; Paradis, Kelly A. (ATG) <kelly.paradis@atg.wa.gov>; Feldman, Sarah (USAOR) <Sarah.Feldman@usdoj.gov>; Ramsey, Keith (USAOR) <Keith.Ramsey@usdoj.gov>; Bennett, Michelle (CIV) <Michelle.Bennett@usdoj.gov>; McGinty, William (ATG) <william.mcginty@atg.wa.gov>; Powell, Molly (ATG) <molly.powell@atg.wa.gov>; Diorio, Alexia (ATG) <Alexia.Diorio@ATG.WA.GOV>
**Subject:** RE: Washington State v. HHS

[EXTERNAL]

Thank you for the update.

Best,

Jacqueline

**Jacqueline C. Lau**
Trial Attorney
Federal Programs Branch
U.S. Department of Justice, Civil Division
Phone: (202) 598-0914
Email: jacqueline.c.lau@usdoj.gov

---

**From:** Wolf, Lucy (ATG) <lucy.wolf@atg.wa.gov>
**Sent:** Monday, December 8, 2025 3:20 PM
**To:** Lau, Jacqueline C (CIV) <Jacqueline.C.Lau@usdoj.gov>; Luse, Susanne (USAOR) <Susanne.Luse@usdoj.gov>
**Cc:** Chien, Marsha (ATG) <marsha.chien@atg.wa.gov>; Paradis, Kelly A. (ATG) <kelly.paradis@atg.wa.gov>; Feldman, Sarah (USAOR) <Sarah.Feldman@usdoj.gov>; Ramsey, Keith (USAOR) <Keith.Ramsey@usdoj.gov>; Bennett, Michelle (CIV) <Michelle.Bennett@usdoj.gov>; McGinty, William (ATG) <william.mcginty@atg.wa.gov>; Powell, Molly (ATG)

<molly.powell@atg.wa.gov>; Diorio, Alexia (ATG) <Alexia.Diorio@ATG.WA.GOV>
**Subject:** [EXTERNAL] RE: Washington State v. HHS

Hi Jacqueline,

We have circulated the proposed schedule to the multistate and will send our signature block this afternoon.

Best,
Lucy


**Lucy Wolf** (she/her)
Assistant Attorney General
Complex Litigation Division
Washington State Office of the Attorney General
(206) 837-2972 | Lucy.Wolf@atg.wa.gov

---

**From:** Lau, Jacqueline C (CIV) <Jacqueline.C.Lau@usdoj.gov>
**Sent:** Monday, December 8, 2025 7:25 AM
**To:** Wolf, Lucy (ATG) <lucy.wolf@atg.wa.gov>; Luse, Susanne (USAOR) <Susanne.Luse@usdoj.gov>
**Cc:** Chien, Marsha (ATG) <marsha.chien@atg.wa.gov>; Paradis, Kelly A. (ATG) <kelly.paradis@atg.wa.gov>; Feldman, Sarah (USAOR) <Sarah.Feldman@usdoj.gov>; Ramsey, Keith (USAOR) <Keith.Ramsey@usdoj.gov>; Bennett, Michelle (CIV) <Michelle.Bennett@usdoj.gov>; McGinty, William (ATG) <william.mcginty@atg.wa.gov>; Powell, Molly (ATG) <molly.powell@atg.wa.gov>; Diorio, Alexia (ATG) <Alexia.Diorio@ATG.WA.GOV>
**Subject:** RE: Washington State v. HHS

[EXTERNAL]

Thank you Lucy. That looks good. Please go ahead and add the signature blocks for Plaintiffs. Once those are added I will file.

Thanks,

Jacqueline

**Jacqueline C. Lau**
Trial Attorney
Federal Programs Branch
U.S. Department of Justice, Civil Division
Phone: (202) 598-0914
Email: jacqueline.c.lau@usdoj.gov

---

**From:** Wolf, Lucy (ATG) <lucy.wolf@atg.wa.gov>
**Sent:** Monday, December 8, 2025 12:00 AM
**To:** Lau, Jacqueline C (CIV) <Jacqueline.C.Lau@usdoj.gov>; Luse, Susanne (USAOR)

<Susanne.Luse@usdoj.gov>
**Cc:** Chien, Marsha (ATG) <marsha.chien@atg.wa.gov>; Paradis, Kelly A. (ATG)
<kelly.paradis@atg.wa.gov>; Feldman, Sarah (USAOR) <Sarah.Feldman@usdoj.gov>; Ramsey, Keith
(USAOR) <Keith.Ramsey@usdoj.gov>; Bennett, Michelle (CIV) <Michelle.Bennett@usdoj.gov>;
McGinty, William (ATG) <william.mcginty@atg.wa.gov>; Powell, Molly (ATG)
<molly.powell@atg.wa.gov>; Diorio, Alexia (ATG) <Alexia.Diorio@ATG.WA.GOV>
**Subject:** [EXTERNAL] RE: Washington State v. HHS

Thanks Jacqueline,

Please find attached a redlined version of the proposed scheduling order. We'd like to have
the full three weeks to respond to the initial motion and we articulated our preferred oral
argument schedule.

Best,
Lucy


**Lucy Wolf** (she/her)
Assistant Attorney General
Complex Litigation Division
Washington State Office of the Attorney General
(206) 837-2972 | Lucy.Wolf@atg.wa.gov

---

**From:** Lau, Jacqueline C (CIV) <Jacqueline.C.Lau@usdoj.gov>
**Sent:** Friday, December 5, 2025 1:54 PM
**To:** Wolf, Lucy (ATG) <lucy.wolf@atg.wa.gov>; Luse, Susanne (USAOR) <Susanne.Luse@usdoj.gov>
**Cc:** Chien, Marsha (ATG) <marsha.chien@atg.wa.gov>; Paradis, Kelly A. (ATG)
<kelly.paradis@atg.wa.gov>; Feldman, Sarah (USAOR) <Sarah.Feldman@usdoj.gov>; Ramsey, Keith
(USAOR) <Keith.Ramsey@usdoj.gov>; Bennett, Michelle (CIV) <Michelle.Bennett@usdoj.gov>;
McGinty, William (ATG) <william.mcginty@atg.wa.gov>; Powell, Molly (ATG)
<molly.powell@atg.wa.gov>; Diorio, Alexia (ATG) <Alexia.Diorio@ATG.WA.GOV>
**Subject:** RE: Washington State v. HHS

[EXTERNAL]

Hi Lucy,

Thank you for your email and the proposed schedule. While it is highly unusual for
Defendants to move first in this posture, for the sake of agreeability we are willing to
do so here. We do propose the following two changes: (1) filing the administrative
record January 16, 2026 and (2) filing Defendants' dispositive motion on January 30,
2026. We will leave it up to you if you would like Plaintiffs to have their full three
weeks (pushing the scheduling out one week) or if Plaintiffs are okay with two weeks
to respond. If Plaintiffs are okay with the two weeks to respond, the schedule is as
follows:

Friday, Jan 16, 2026: Defendants file Administrative Record
Friday, Jan 30, 2026: Defendants file dispositive motion
Friday, Feb. 13, 2026: Plaintiffs file dispositive motion / response to Defendants' dispositive motion
Friday, March 6, 2026: Defendants file response to Plaintiffs' dispositive motion / reply in support of Defendants' dispositive motion
Friday, March 20, 2026: Plaintiffs file reply in support of Plaintiffs' dispositive motion

I attached a draft stipulation reflecting this schedule. If this draft looks good to Plaintiffs, feel free to add Plaintiffs' signature blocks.

Regarding oral argument, Defendants defer to the Court's decision and the Court's schedule.

Please let me know your thoughts and I am happy to file on Monday.

Thank you and have a good weekend!

Best,

Jacqueline

**Jacqueline C. Lau**
Trial Attorney
Federal Programs Branch
U.S. Department of Justice, Civil Division
Phone: (202) 598-0914
Email: jacqueline.c.lau@usdoj.gov

---

**From:** Lau, Jacqueline C (CIV)
**Sent:** Friday, December 5, 2025 1:18 PM
**To:** 'Wolf, Lucy (ATG)' <lucy.wolf@atg.wa.gov>; Luse, Susanne (USAOR) <Susanne.Luse@usdoj.gov>
**Cc:** Chien, Marsha (ATG) <marsha.chien@atg.wa.gov>; Paradis, Kelly A. (ATG) <kelly.paradis@atg.wa.gov>; Feldman, Sarah (USAOR) <Sarah.Feldman@usdoj.gov>; Ramsey, Keith (USAOR) <Keith.Ramsey@usdoj.gov>; Bennett, Michelle (CIV) <Michelle.Bennett@usdoj.gov>; McGinty, William (ATG) <william.mcginty@atg.wa.gov>; Powell, Molly (ATG) <molly.powell@atg.wa.gov>; Diorio, Alexia (ATG) <Alexia.Diorio@ATG.WA.GOV>
**Subject:** RE: Washington State v. HHS

Thank you Lucy. We are discussing internally and will get back with you shortly.

Best,

Jacqueline

**Jacqueline C. Lau**
Trial Attorney
Federal Programs Branch

U.S. Department of Justice, Civil Division
Phone: (202) 598-0914
Email: jacqueline.c.lau@usdoj.gov

---

**From:** Wolf, Lucy (ATG) <lucy.wolf@atg.wa.gov>
**Sent:** Thursday, December 4, 2025 3:44 PM
**To:** Lau, Jacqueline C (CIV) <Jacqueline.C.Lau@usdoj.gov>; Luse, Susanne (USAOR) <Susanne.Luse@usdoj.gov>
**Cc:** Chien, Marsha (ATG) <marsha.chien@atg.wa.gov>; Paradis, Kelly A. (ATG) <kelly.paradis@atg.wa.gov>; Feldman, Sarah (USAOR) <Sarah.Feldman@usdoj.gov>; Ramsey, Keith (USAOR) <Keith.Ramsey@usdoj.gov>; Bennett, Michelle (CIV) <Michelle.Bennett@usdoj.gov>; McGinty, William (ATG) <william.mcginty@atg.wa.gov>; Powell, Molly (ATG) <molly.powell@atg.wa.gov>; Diorio, Alexia (ATG) <Alexia.Diorio@ATG.WA.GOV>
**Subject:** [EXTERNAL] RE: Washington State v. HHS

Jacqueline,

Thanks for the time to discuss internally. We're proposing a four brief schedule here, and we're suggesting that Defendants file the first brief. We think that's appropriate since Defendants have yet to respond to the complaint, and Defendants' motion under this schedule will be its response for Rule 12 purposes.

With that understanding, here's a proposed schedule:

Friday, Jan 9, 2026: Defendants file Administrative Record
Friday, Jan 23, 2026: Defendants file dispositive motion
Friday, Feb. 13, 2026: Plaintiffs file dispositive motion / response to Defendants' dispositive motion
Friday, March 6, 2026: Defendants file response to Plaintiffs' dispositive motion / reply in support of Defendants' dispositive motion
Friday, March 20, 2026: Plaintiffs file reply in support of Plaintiffs' dispositive motion

We'd request oral argument on the cross-motions. Is there a date in late March or early April that would work for you?

Best,
Lucy

**Lucy Wolf** (she/her)
Assistant Attorney General
Complex Litigation Division
Washington State Office of the Attorney General
(206) 837-2972 | Lucy.Wolf@atg.wa.gov

---

**From:** Lau, Jacqueline C (CIV) <Jacqueline.C.Lau@usdoj.gov>
**Sent:** Thursday, December 4, 2025 10:17 AM
**To:** Wolf, Lucy (ATG) <lucy.wolf@atg.wa.gov>; Luse, Susanne (USAOR) <Susanne.Luse@usdoj.gov>
**Cc:** Chien, Marsha (ATG) <marsha.chien@atg.wa.gov>; Paradis, Kelly A. (ATG)

<kelly.paradis@atg.wa.gov>; Feldman, Sarah (USAOR) <Sarah.Feldman@usdoj.gov>; Ramsey, Keith (USAOR) <Keith.Ramsey@usdoj.gov>; Bennett, Michelle (CIV) <Michelle.Bennett@usdoj.gov>; McGinty, William (ATG) <william.mcginty@atg.wa.gov>; Powell, Molly (ATG) <molly.powell@atg.wa.gov>; Diorio, Alexia (ATG) <Alexia.Diorio@ATG.WA.GOV>
**Subject:** RE: Washington State v. HHS

[EXTERNAL]

Thanks Lucy – we look forward to hearing from you.

Best,

**Jacqueline C. Lau**
Trial Attorney
Federal Programs Branch
U.S. Department of Justice, Civil Division
Phone: (202) 598-0914
Email: jacqueline.c.lau@usdoj.gov

---

**From:** Wolf, Lucy (ATG) <lucy.wolf@atg.wa.gov>
**Sent:** Wednesday, December 3, 2025 2:11 PM
**To:** Lau, Jacqueline C (CIV) <Jacqueline.C.Lau@usdoj.gov>; Luse, Susanne (USAOR) <Susanne.Luse@usdoj.gov>
**Cc:** Chien, Marsha (ATG) <marsha.chien@atg.wa.gov>; Paradis, Kelly A. (ATG) <kelly.paradis@atg.wa.gov>; Feldman, Sarah (USAOR) <Sarah.Feldman@usdoj.gov>; Ramsey, Keith (USAOR) <Keith.Ramsey@usdoj.gov>; Bennett, Michelle (CIV) <Michelle.Bennett@usdoj.gov>; McGinty, William (ATG) <william.mcginty@atg.wa.gov>; Powell, Molly (ATG) <molly.powell@atg.wa.gov>; Diorio, Alexia (ATG) <Alexia.Diorio@ATG.WA.GOV>
**Subject:** [EXTERNAL] RE: Washington State v. HHS

Thanks Jacqueline. We are discussing internally and will respond soon.

Best,
Lucy


**Lucy Wolf** (she/her)
Assistant Attorney General
Complex Litigation Division
Washington State Office of the Attorney General
(206) 837-2972 | Lucy.Wolf@atg.wa.gov

---

**From:** Lau, Jacqueline C (CIV) <Jacqueline.C.Lau@usdoj.gov>
**Sent:** Tuesday, December 2, 2025 1:03 PM
**To:** Wolf, Lucy (ATG) <lucy.wolf@atg.wa.gov>; Luse, Susanne (USAOR) <Susanne.Luse@usdoj.gov>
**Cc:** Chien, Marsha (ATG) <marsha.chien@atg.wa.gov>; Paradis, Kelly A. (ATG) <kelly.paradis@atg.wa.gov>; Feldman, Sarah (USAOR) <Sarah.Feldman@usdoj.gov>; Ramsey, Keith

(USAOR) <Keith.Ramsey@usdoj.gov>; Bennett, Michelle (CIV) <Michelle.Bennett@usdoj.gov>;
McGinty, William (ATG) <william.mcginty@atg.wa.gov>; Powell, Molly (ATG)
<molly.powell@atg.wa.gov>; Diorio, Alexia (ATG) <Alexia.Diorio@ATG.WA.GOV>
**Subject:** RE: Washington State v. HHS

[EXTERNAL]

Hi Lucy and AG team,

I want to provide an update from DOJ's side in the State of Washington v. HHS case.
There still has not been a decision made regarding appeal, but we agree it would be
beneficial to move this case forward by negotiating a cross-dispositive motion briefing
schedule. We plan to note we reserve our right to seek a stay if there is a decision to
appeal. We spoke with HHS about their timeline to compile the administrative record.
They believe they would be ready to produce the AR in the next few weeks. Then,
depending on your schedule, we could craft the cross-dispositive motion schedule
following an AR production date.

Please let me know your thoughts on negotiating a schedule and I am happy to
discuss further. Since our current responsive pleading deadline is December 9, we
would like to file any joint schedule before then.

Thanks,

Jacqueline

**Jacqueline C. Lau**
Trial Attorney
Federal Programs Branch
U.S. Department of Justice, Civil Division
Phone: (202) 598-0914
Email: jacqueline.c.lau@usdoj.gov

---

**From:** Lau, Jacqueline C (CIV)
**Sent:** Monday, November 17, 2025 1:52 PM
**To:** 'Wolf, Lucy (ATG)' <lucy.wolf@atg.wa.gov>; Luse, Susanne (USAOR) <Susanne.Luse@usdoj.gov>
**Cc:** Chien, Marsha (ATG) <marsha.chien@atg.wa.gov>; Paradis, Kelly A. (ATG)
<kelly.paradis@atg.wa.gov>; Feldman, Sarah (USAOR) <Sarah.Feldman@usdoj.gov>; Ramsey, Keith
(USAOR) <Keith.Ramsey@usdoj.gov>; Bennett, Michelle (CIV) <Michelle.Bennett@usdoj.gov>;
McGinty, William (ATG) <william.mcginty@atg.wa.gov>; Powell, Molly (ATG)
<molly.powell@atg.wa.gov>; Diorio, Alexia (ATG) <Alexia.Diorio@ATG.WA.GOV>
**Subject:** RE: Washington State v. HHS

Hi Lucy,

Thank you for your email and we appreciate Plaintiffs' position. Right now, Appellate
is still considering whether to appeal the preliminary injunction order. We do not have

a good sense of whether an appeal is likely or not because of the shutdown.

For now, we will represent that Plaintiffs oppose the motion but consent to a 14-day extension. Once we have a better sense of whether an appeal is likely or not, we will reach back out and then would be happy to negotiate a briefing schedule.

Thank you,

Jacqueline

**Jacqueline C. Lau**
Trial Attorney
Federal Programs Branch
U.S. Department of Justice, Civil Division
Phone: (202) 598-0914
Email: jacqueline.c.lau@usdoj.gov

---

**From:** Wolf, Lucy (ATG) <lucy.wolf@atg.wa.gov>
**Sent:** Monday, November 17, 2025 12:21 PM
**To:** Lau, Jacqueline C (CIV) <Jacqueline.C.Lau@usdoj.gov>; Luse, Susanne (USAOR) <Susanne.Luse@usdoj.gov>
**Cc:** Chien, Marsha (ATG) <marsha.chien@atg.wa.gov>; Paradis, Kelly A. (ATG) <kelly.paradis@atg.wa.gov>; Feldman, Sarah (USAOR) <Sarah.Feldman@usdoj.gov>; Ramsey, Keith (USAOR) <Keith.Ramsey@usdoj.gov>; Bennett, Michelle (CIV) <Michelle.Bennett@usdoj.gov>; McGinty, William (ATG) <william.mcginty@atg.wa.gov>; Powell, Molly (ATG) <molly.powell@atg.wa.gov>; Diorio, Alexia (ATG) <Alexia.Diorio@ATG.WA.GOV>
**Subject:** [EXTERNAL] RE: Washington State v. HHS

Hi Jacqueline,

Thanks for your email. We're not opposed in principle to an extension for you to respond to the complaint, but would rather that be part of a larger agreement to tee this up for cross-dispositive motions as quickly as possible.

If you're planning on appealing the PI within that window, and then moving to stay proceedings at the district court pending your appeal, then we're unlikely to agree as that could significantly delay an ultimate resolution of the case.

But if we could agree on dates by which we can expect the administrative record, and a briefing schedule following that, then that's something we'd be interested in.

Let us know if an extension to respond to the complaint within the context of a larger case schedule is something that we could agree on. If not, then you can represent that we oppose your motion, but would agree to a smaller extension of 14 days.

Thanks,
Lucy

**Lucy Wolf** (she/her)
Assistant Attorney General
Complex Litigation Division
Washington State Office of the Attorney General
(206) 837-2972 | Lucy.Wolf@atg.wa.gov

---

**From:** Lau, Jacqueline C (CIV) <Jacqueline.C.Lau@usdoj.gov>
**Sent:** Monday, November 17, 2025 7:26 AM
**To:** Wolf, Lucy (ATG) <lucy.wolf@atg.wa.gov>; Luse, Susanne (USAOR) <Susanne.Luse@usdoj.gov>
**Cc:** Chien, Marsha (ATG) <marsha.chien@atg.wa.gov>; Paradis, Kelly A. (ATG) <kelly.paradis@atg.wa.gov>; Feldman, Sarah (USAOR) <Sarah.Feldman@usdoj.gov>; Ramsey, Keith (USAOR) <Keith.Ramsey@usdoj.gov>; Bennett, Michelle (CIV) <Michelle.Bennett@usdoj.gov>; McGinty, William (ATG) <william.mcginty@atg.wa.gov>; Powell, Molly (ATG) <molly.powell@atg.wa.gov>; Diorio, Alexia (ATG) <Alexia.Diorio@ATG.WA.GOV>
**Subject:** RE: Washington State v. HHS

[EXTERNAL]

Hi Lucy and Washington AG team,

Following up on the email below. We are planning to file the motion for extension today. Thanks!

Best,

Jacqueline

**Jacqueline C. Lau**
Trial Attorney
Federal Programs Branch
U.S. Department of Justice, Civil Division
Phone: (202) 598-0914
Email: jacqueline.c.lau@usdoj.gov

---

**From:** Lau, Jacqueline C (CIV)
**Sent:** Thursday, November 13, 2025 1:38 PM
**To:** 'Wolf, Lucy (ATG)' <lucy.wolf@atg.wa.gov>; Luse, Susanne (USAOR) <Susanne.Luse@usdoj.gov>
**Cc:** Chien, Marsha (ATG) <marsha.chien@atg.wa.gov>; Paradis, Kelly A. (ATG) <kelly.paradis@atg.wa.gov>; Feldman, Sarah (USAOR) <Sarah.Feldman@usdoj.gov>; Ramsey, Keith (USAOR) <Keith.Ramsey@usdoj.gov>; Bennett, Michelle (CIV) <Michelle.Bennett@usdoj.gov>; McGinty, William (ATG) <william.mcginty@atg.wa.gov>; Powell, Molly (ATG) <molly.powell@atg.wa.gov>; Diorio, Alexia (ATG) <Alexia.Diorio@ATG.WA.GOV>
**Subject:** RE: Washington State v. HHS

Hi Lucy,

Thank you for Plaintiffs' response. Now that appropriations have been restored, we will not be filing a stay motion. We are now planning to file a Motion for Extension of Time, to request a 60-day extension of the responsive pleading deadline.

Please let me know Plaintiffs' position on the relief requested above. If Plaintiffs oppose such relief, please let me know if there is any relief short of the 60 days that Plaintiffs would consent to.

Thanks,

Jacqueline

**Jacqueline C. Lau**
Trial Attorney
Federal Programs Branch
U.S. Department of Justice, Civil Division
Phone: (202) 598-0914
Email: jacqueline.c.lau@usdoj.gov

---

**From:** Wolf, Lucy (ATG) <lucy.wolf@atg.wa.gov>
**Sent:** Wednesday, November 12, 2025 1:44 PM
**To:** Lau, Jacqueline C (CIV) <Jacqueline.C.Lau@usdoj.gov>; Luse, Susanne (USAOR) <Susanne.Luse@usdoj.gov>
**Cc:** Chien, Marsha (ATG) <marsha.chien@atg.wa.gov>; Paradis, Kelly A. (ATG) <kelly.paradis@atg.wa.gov>; Feldman, Sarah (USAOR) <Sarah.Feldman@usdoj.gov>; Ramsey, Keith (USAOR) <Keith.Ramsey@usdoj.gov>; Bennett, Michelle (CIV) <Michelle.Bennett@usdoj.gov>; McGinty, William (ATG) <william.mcginty@atg.wa.gov>; Powell, Molly (ATG) <molly.powell@atg.wa.gov>; Diorio, Alexia (ATG) <Alexia.Diorio@ATG.WA.GOV>
**Subject:** [EXTERNAL] RE: Washington State v. HHS

Hi Jacqueline,

Thanks for your email. Plaintiffs oppose your motion.

Best,
Lucy

**Lucy Wolf** (she/her)
Assistant Attorney General
Complex Litigation Division
Washington State Office of the Attorney General
(206) 837-2972 | Lucy.Wolf@atg.wa.gov

---

**From:** Lau, Jacqueline C (CIV) <Jacqueline.C.Lau@usdoj.gov>
**Sent:** Wednesday, November 12, 2025 9:36 AM
**To:** Wolf, Lucy (ATG) <lucy.wolf@atg.wa.gov>; Luse, Susanne (USAOR) <Susanne.Luse@usdoj.gov>

**Cc:** Chien, Marsha (ATG) <marsha.chien@atg.wa.gov>; Paradis, Kelly A. (ATG) <kelly.paradis@atg.wa.gov>; Feldman, Sarah (USAOR) <Sarah.Feldman@usdoj.gov>; Ramsey, Keith (USAOR) <Keith.Ramsey@usdoj.gov>; Bennett, Michelle (CIV) <Michelle.Bennett@usdoj.gov>; McGinty, William (ATG) <william.mcginty@atg.wa.gov>; Powell, Molly (ATG) <molly.powell@atg.wa.gov>; Diorio, Alexia (ATG) <Alexia.Diorio@ATG.WA.GOV>
**Subject:** RE: Washington State v. HHS

[EXTERNAL]

Hello All,

Thank you for the introduction, Susanne. It is nice to meet you, Lucy!

Defendants are preparing to file a Motion to Stay in this matter due to the lapse in appropriations and the upcoming notice of appeal deadline for the preliminary injunction order. Defendants are requesting a stay of district court proceedings in the case, including the November 25, 2025 responsive pleading deadline, until Congress restores appropriations or until the notice of appeal deadline has passed, whichever is later.

Defendants propose that the parties file a Joint Status Report 14 days after appropriations are restored or 14 days after the appeal deadline of December 26, 2025, whichever is later, to address next steps.

Please let me know if Plaintiffs consent to or oppose the relief requested in this motion and let me know if you have any questions.

Thank you!

Best,

Jacqueline

**Jacqueline C. Lau**
Trial Attorney
Federal Programs Branch
U.S. Department of Justice, Civil Division
Phone: (202) 598-0914
Email: jacqueline.c.lau@usdoj.gov

**From:** Wolf, Lucy (ATG) <lucy.wolf@atg.wa.gov>
**Sent:** Wednesday, November 12, 2025 11:38 AM
**To:** Luse, Susanne (USAOR) <Susanne.Luse@usdoj.gov>
**Cc:** Chien, Marsha (ATG) <marsha.chien@atg.wa.gov>; Paradis, Kelly A. (ATG) <kelly.paradis@atg.wa.gov>; Feldman, Sarah (USAOR) <Sarah.Feldman@usdoj.gov>; Ramsey, Keith (USAOR) <Keith.Ramsey@usdoj.gov>; Bennett, Michelle (CIV) <Michelle.Bennett@usdoj.gov>; Lau, Jacqueline C (CIV) <Jacqueline.C.Lau@usdoj.gov>; McGinty, William (ATG)

<william.mcginty@atg.wa.gov>; Powell, Molly (ATG) <molly.powell@atg.wa.gov>; Diorio, Alexia (ATG) <Alexia.Diorio@ATG.WA.GOV>
**Subject:** [EXTERNAL] RE: Washington State v. HHS

Hi Susanne,

Confirming I'll still be the lead attorney and copying others on our team.

Thanks,
Lucy


**Lucy Wolf** (she/her)
Assistant Attorney General
Complex Litigation Division
Washington State Office of the Attorney General
(206) 837-2972 | Lucy.Wolf@atg.wa.gov

---

**From:** Luse, Susanne (USAOR) <Susanne.Luse@usdoj.gov>
**Sent:** Wednesday, November 12, 2025 7:50 AM
**To:** Wolf, Lucy (ATG) <lucy.wolf@atg.wa.gov>
**Cc:** Chien, Marsha (ATG) <marsha.chien@atg.wa.gov>; Paradis, Kelly A. (ATG) <kelly.paradis@atg.wa.gov>; Feldman, Sarah (USAOR) <Sarah.Feldman@usdoj.gov>; Ramsey, Keith (USAOR) <Keith.Ramsey@usdoj.gov>; Bennett, Michelle (CIV) <Michelle.Bennett@usdoj.gov>; Lau, Jacqueline C (CIV) <Jacqueline.C.Lau@usdoj.gov>
**Subject:** Washington State v. HHS

> [EXTERNAL]

Lucy,

Copied here are Jacqueline Lau and Michelle Bennett. These wonderful attorneys will be taking over the defense of this case. However, Sarah and I will remain on the case in a support role.

Please confirm that you remain the plaintiffs "lead attorney" on this case. Thank you.


SUSANNE LUSE
CHIEF | CIVIL DIVISION
UNITED STATES ATTORNEY'S OFFICE | DISTRICT OF OREGON
1000 SW Third Avenue, Suite 600 | Portland, Oregon 97204
Office: 503-727-1019 | Cell: 503-351-8704 | Fax: 503-727-1117