# Exhibit E



**Department of Health and Human Services**
Administration for Children and Families

**Notice of Award**
Award # 2601WAPREP
FAIN# 2601WAPREP
Federal Award Date: January 30, 2026

---

**Recipient Information**

**1. Recipient Name**
HEALTH, WASHINGTON STATE DEPARTMENT OF
PO Box 47880

OLYMPIA, WASHINGTON  98504 7880

**2. Congressional District of Recipient**
*See Remarks

**3. Payment Account Number and Type**
*See Remarks

**4. Employer Identification Number (EIN)**
1911444603A1

**5. Data Universal Numbering System (DUNS)**
808883128

**6. Recipient's Unique Entity Identifier**
C16SP2HBR123

**7. Project Director or Principal Investigator**
Mary Clark

Mary.Clark@doh.Wa.Gov
360-236-3940

**8. Authorized Official**
*See Remarks

---

**Federal Agency Information**

**9. Awarding Agency Contact Information**
David Lee
Grants Management Officer
david.lee@acf.hhs.gov
202-401-5461

**10. Program Official Contact Information**
Debbie Powell
Deputy Associate Commissioner
ACYF - Family and Youth Services Bureau
debbie.powell@acf.hhs.gov
(202) 205 2360

---

**Federal Award Information**

**11. Award Number**
2601WAPREP

**12. Unique Federal Award Identification Number (FAIN)**
2601WAPREP

**13. Statutory Authority**
Section 513 of the Social Security Act

**14. Federal Award Project Title**
*See Remarks

**15. Assistance Listing Number**
93.092

**16. Assistance Listing Program Title**
Personal Responsibility Education Program

**17. Award Action Type**
New

**18. Is the Award R&D?**
*See Remarks

---

**Summary Federal Award Financial Information**

| | |
|---|---|
| **19. Budget Period Start Date** 10-01-2025 | **End Date** 09-30-2028 |
| **20. Total Amount of Federal Funds Obligated by this Action** | $378,726.00 |
|   20a. Direct Cost Amount | *See Remarks |
|   20b. Indirect Cost Amount Administrative Offset | *See Remarks |
| 21. Authorized Carryover | *See Remarks |
| 22. Offset | *See Remarks |
| 23. Total Amount of Federal Funds Obligated this budget period | $378,726.00 |
| 24. Total Approved Cost Sharing or Matching, where applicable | *See Remarks |
| 25. Total Federal and Non-Federal Approved | *See Remarks |
| **26. Project Period Start Date** 10-01-2025 - | **End Date** 09-30-2028 |
| 27. Total Amount of the Federal Award including Approved Cost Sharing or Matching | *See Remarks |

**28. Authorized Treatment of Program Income**
*See Remarks

**29. Grants Management Officer – Signature**

David Lee
Grants Management Officer

---

**Footnotes**

This award represents CR1 funding for the total approved FY 2026 State PREP Program budget. The remaining balance will be awarded at a later date, subject to the availability of funds.

| Department of Health and Human Services | Notice of Award |
|---|---|
| Administration for Children and Families | Award # 2601WAPREP<br>FAIN# 2601WAPREP<br>Federal Award Date: January 30, 2026 |

**Recipient Information**
HEALTH, WASHINGTON STATE DEPARTMENT OF
PO Box 47880
OLYMPIA, WASHINGTON  98504 7880
**Employer Identification Number (EIN):** 1911444603A1
**Data Universal Numbering System (DUNS):** 808883128
**Recipient's Unique Entity Identifier:** C16SP2HBR123
**Object Class:** 41.15

## Financial Information

| Appropriation | CAN | Allotment | Award this action | Cumulative Grant Award to Date | Document Number | Funding Type |
|---|---|---|---|---|---|---|
| 75-X-1512 | 2026,G99SU26 | $1,133,232.00 | $378,726.00 | $378,726.00 | 2601WAPREP | Formula |

## Terms and Conditions

This grant award represents an obligation for the ACF Family and Youth Services Bureau State Personal Responsibility Education Program. Funds are subject to the requirements of Section 513 of Social Security Act.
This award is subject to the requirements listed in the terms and conditions. The use of Federal funds from this award constitutes the grantee's acceptance of the listed terms and conditions. The electronic copy of Terms and Conditions to support this program can be found on the website at:
https://acf.gov/grants/manage-grant/grant-award/award-terms.
Recipients are prohibited from including gender ideology in any program or service that is funded with this award. The statutory authority for the PREP program under which this grant has been awarded, at 42 U.S.C. § 713, does not authorize teaching students that gender identity is distinct from biological sex or boys can identify as girls and vice versa, or that there is a vast spectrum of genders that are disconnected from one's sex. Therefore, gender ideology is outside of the scope of the statutory authority for this award. In addition, any costs associated with gender ideology are not allowable expenditures of federal grant funds or maintenance-of-effort funds for this grant because they are not necessary, reasonable, or allocable for the performance of this award. See 45 C.F.R. §§ 75.403-405.

## Remarks

\* This field is intended to be included in the standardized Notice of Award and will be displayed in subsequent quarters.

This award represents CR1 funding for the total approved FY 2026 State PREP Program budget. The remaining balance will be awarded at a later date, subject to the availability of funds.