# Exhibit G



# FISCAL YEAR 2025

# SUPPLEMENTAL TERMS and CONDITIONS

The *ACF Standard Terms and Conditions* applies to all ACF awards and is located on the
**Award Terms and Conditions** (T&C) page.  The *Supplemental Terms and Conditions* herein
are additional requirements applicable to the program named below.

By acceptance of awards for this program, the recipient agrees to comply with the
requirements included in both the *Standard* and *Supplemental Terms and Conditions* for this
program.

**Administration on Children, Youth, and Families (ACYF)**
**Family and Youth Services Bureau (FYSB)**

### Title V State Sexual Risk Avoidance Education (SRAE) Program
Assistance Listing No. 93.235

## EFFECTIVE PERIOD

The supplemental T&Cs are effective on the date shown in the footer at the bottom of the respective
pages and applies to awards and award modifications that add funding which are issued on or after that
date (including any supplements to awards and competing and non-competing continuation awards).
For recipients of such awards, the T&Cs supersede all previous similar T&Cs and will remain in effect
until updated for subsequent awards. All T&Cs will be updated and reissued, as needed.

## APPLICABLE LEGISLATION, STATUTE, REGULATIONS

1. The administration of this program is authorized under Title V, Section 510, of the Social Security Act (the
   Act).

2. The program is codified at 42 U.S.C. §710.

3. Uniform Administrative Requirements, Cost Principles, and Audit Requirements for HHS Awards
   located under 2 CFR Parts 200 and 300. In accordance with 2 CFR §200.101, Applicability, this
   program must comply with 2 CFR 200 in its entirety. No exceptions were identified.

4. Additional program and applicable regulation and requirements include:

   a. The Notice of Funding Opportunity (NOFO) found here: HHS-2024-ACF-ACYF-SRAE-0044
   b. The ACF Standard Terms and Conditions

DECLARATION OF LUCY WOLF- EXHIBIT G
2 of 5

Supplemental Terms and Conditions                    FYSB Title V State Sexual Risk Avoidance Education (SRAE) Program

## ADDITIONAL TERM AND CONDITION

5. Recipients are prohibited from including gender ideology in any program or service that is funded with this award. The statutory authority for the SRAE program under which this grant has been awarded, at 42 U.S.C. §710, does not authorize teaching students that gender identity is distinct from biological sex or boys can identify as girls and vice versa, or that there is a vast spectrum of genders that are disconnected from one's sex. Therefore, gender ideology is outside of the scope of the statutory authority for this award. In addition, any costs associated with gender ideology are not allowable expenditures of federal grant funds or maintenance-of-effort funds for this grant because they are not necessary, reasonable, or allocable for the performance of this award. *See* 45 C.F.R. §§ 75.403-405.

## COST SHARING OR MATCHING (NON-FEDERAL SHARE) OF PROGRAM FUNDING

6. The Title V State SRAE does not require a match.

## FINANCIAL MANAGEMENT AND REPORTING

7. Federal funds awarded under this grant must be expended for the purposes for which they were awarded and within the time period allotted.

8. The OMB approved Financial Reporting form for this program is the Federal Financial Report SF-425. The SF-425 is due annually and no later than December 30, which is 90 days after the end of each reporting period.

    a. Submission Methodology: All periodic SF-425 financial reports for all grant programs must be submitted electronically through the Payment Management System (PMS). Recipients must not submit duplicate copies either by mail, by fax or as an email attachment of any reports submitted.

    b. Submission Schedule: Annual. Each annual financial report must be submitted within 90 days (i.e., no later than December 30) following the end of each Federal Fiscal Year (FFY).

        i. An interim financial report (covering Year 1 of the project period) is due 90 days following the end of Federal Fiscal Year 1.
        ii. A final financial report (cumulative, covering the entire 2-year project period) is due 120 days following the end of Federal Fiscal Year 2.

9. Obligation Deadline:

    a. In accordance with Section 503(b) of the Act (42 U.S.C. §703(b)), the Title V State Sexual Risk Avoidance Education program has a 2-year project/obligation period starting from the first day of the FFY for which these funds were awarded through the last day of the next FFY. (i.e., October 1, Federal Fiscal Year 1 through September 30, Federal Fiscal Year 2). Any Federal funds not obligated by the end of the obligation period will be recouped by this Department.

10. Liquidation Deadline:

    a. In accordance with 2 CFR §200.344(b), a recipient must liquidate all obligations incurred under the award no later than 120 days after the end of the funding/obligation period (i.e., January 30 following the end of Federal Fiscal Year 2). Any Federal funds from this award not liquidated by this date will be recouped by this Department.

## PROGRAM MANAGEMENT AND REPORTING

11. The OMB approved Program Report form for this program is the Performance Progress Report (PPR). Semi-annual narrative program performance reports must describe the program activities carried out,

including an assessment of the effectiveness of those activities in achieving the purposes of this award. Each report covers the preceding 6-month period and is due 30 days following the end of the 2nd and 4th quarters (i.e., no later than April 30 and October 30, respectively). Please refer to the general terms and conditions for Electronic Submission guidance.

12. All recipients and subrecipient(s), including their implementation sites, will be required to collect and report information on program implementation and program outcomes through a common set of performance measures. This requirement applies to any community partners that agree to host a site or recruit program participants (e.g., school districts, non-profits). SRAE performance measures will be distributed to funded recipients, who will be required to collect and report on these measures approximately twice a year. ACF has defined measures at the recipient, provider, and program levels.

13. Recipients will be expected to check local and state laws, policies, and procedures to ensure that the collection of performance measures data is feasible and obtain any necessary permissions (e.g., formal agreements with partners, Institutional Review Board (IRB) approval, copies of school district approvals) to collect these data. Recipients are responsible for ensuring all subrecipients and implementation sites collect and submit the SRAE performance measures. Recipients may develop additional indicators of program performance, as needed, including adding items to the entry or exit surveys. However, all FYSB OMB-approved items must be administered first, in the order presented in the approved survey, before any additional items are added. Any additional survey items should be added at the end of the OMB-approved survey and should not be submitted to ACF.

14. Additional program conditions:

    a. Have the project fully functioning and serving youth within at least 90 days following the issuance of the Notice of Award.

    b. Formally train facilitators/educators in the evidence-based effective program model or elements of the effective program model by professionals who can provide follow-up technical assistance to facilitators.

    c. Provide SRAE programming that demonstrates the incorporation of positive youth development (PYD) and meaningful youth engagement.

    d. Send at least two key staff persons to the Adolescent Pregnancy Prevention (APP) Program Grantee Training, if held during the project period. A minimum of two staff persons are to attend at least one of two topical training sessions offered each year of the project in areas such as Washington, DC; Phoenix, AZ; and Boston, MA.

    e. Collect and report on all OMB cleared federal SRAE performance measures (recipient, partners, and subrecipients). SRAE Performance Measures are currently approved under OMB # 0970-0536, expiration date 12/31/2025.

    f. For states and subrecipients conducting local evaluations, participate in training and TA provided by the federal government and follow related guidance provided by ACF/FYSB.

    g. Submit curricula and programmatic materials to FYSB, as requested, for a medical accuracy review and provide a plan to comply with making any required modifications.

    h. Agree to participate in the National Evaluation, if selected.

Supplemental Terms and Conditions                FYSB Title V State Sexual Risk Avoidance Education (SRAE) Program

## PROPERTY REPORTING

15.  The OMB approved property reporting is the following:

   a.  <u>Real Property Reports (SF-429s).</u> The SF-429 Real Property forms are not applicable to this program. Purchase, construction, and major renovation are not an allowable activity or expenditure under this award. For more information, see the *ACF Standard Terms and Conditions*.

   b.  <u>Tangible Property Report (SF-428s).</u> The SF-428 Tangible Personal Property forms must be submitted as described in the *ACF Standard Terms and Conditions*.

## POINTS OF CONTACT

16.  Points of contact for additional information or questions concerning either the operation of the program or related financial matters can be found on the *Notice of Award*.

   a.  Program Office
   MeGan Hill
   Program Specialist
   330 C Street, S.W.
   Washington, D.C. 20201
   E-mail: megan.hill@acf.hhs.gov
   Phone: (301) 348-3565

   b.  Office of Grants Management
   David Lee
   Supervisory Grant Management Specialist
   330 C Street, S.W.
   Washington, D.C. 20201
   E-mail: david.lee@acf.hhs.gov
   Phone: (202) 401-5461