# Exhibit J



**Department of Health and Human Services**
Administration for Children and Families

**Notice of Award**
Award # 2601WAPREP
FAIN# 2601WAPREP
Federal Award Date: February 10, 2026

---

| Recipient Information | Federal Award Information |
|---|---|
| **1. Recipient Name**<br>HEALTH, WASHINGTON STATE DEPARTMENT OF<br>PO Box 47880<br><br>OLYMPIA, WASHINGTON 98504 7880<br><br>**2. Congressional District of Recipient**<br>*See Remarks<br><br>**3. Payment Account Number and Type**<br>*See Remarks<br><br>**4. Employer Identification Number (EIN)**<br>1911444603A1<br><br>**5. Data Universal Numbering System (DUNS)**<br>808883128<br><br>**6. Recipient's Unique Entity Identifier**<br>C16SP2HBR123<br><br>**7. Project Director or Principal Investigator**<br>Laraine Clardy<br>laraine.clardy@doh.wa.gov<br>360-236-3432<br><br>**8. Authorized Official**<br>*See Remarks | **11. Award Number**<br>2601WAPREP<br>**12. Unique Federal Award Identification Number (FAIN)**<br>2601WAPREP<br>**13. Statutory Authority**<br>Section 513 of the Social Security Act<br>**14. Federal Award Project Title**<br>*See Remarks<br>**15. Assistance Listing Number**<br>93.092<br>**16. Assistance Listing Program Title**<br>Personal Responsibility Education Program<br>**17. Award Action Type**<br>Supplement<br>**18. Is the Award R&D?**<br>*See Remarks |

### Federal Agency Information
**9. Awarding Agency Contact Information**
David Lee
Grants Management Officer
david.lee@acf.hhs.gov
202-401-5461

**10. Program Official Contact Information**
Jerry Milner
Program Authorizing Official
ACYF - Family and Youth Services Bureau
Milner.Jerry@acf.hhs.gov
111-111-1111

### Summary Federal Award Financial Information

| | | |
|---|---|---|
| **19. Budget Period Start Date** 10-01-2025 | | **End Date** 09-30-2028 |
| **20. Total Amount of Federal Funds Obligated by this Action** | | $0 |
|   20a. Direct Cost Amount | | *See Remarks |
|   20b. Indirect Cost Amount Administrative Offset | | *See Remarks |
| 21. Authorized Carryover | | *See Remarks |
| 22. Offset | | *See Remarks |
| 23. Total Amount of Federal Funds Obligated this budget period | | $378,726.00 |
| **24. Total Approved Cost Sharing or Matching, where applicable** | | *See Remarks |
| **25. Total Federal and Non-Federal Approved** | | *See Remarks |
| **26. Project Period Start Date** 10-01-2025 - | | **End Date** 09-30-2028 |
| **27.** Total Amount of the Federal Award including Approved Cost Sharing or Matching | | *See Remarks |

**28. Authorized Treatment of Program Income**
*See Remarks

**29. Grants Management Officer – Signature**



David Lee
Grants Management Officer

---

### Footnotes
In accordance with the preliminary injunction issued in Washington et al. v. HHS (D. Or.), this NOA has been revised to remove the Additional Term and Condition at Paragraph 5 of the Supplemental Terms and Conditions, prohibiting inclusion of gender ideology in any program or services funded with this award, which was included in the prior NOA. This Supplemental Term and Condition will not be applied to your program while the injunction remains in place and including it in the previous NOA issued on January 30 was an oversight on ACF's part.

| | |
|---|---|
| Department of Health and Human Services<br>Administration for Children and Families | Notice of Award<br>Award # 2601WAPREP<br>FAIN# 2601WAPREP<br>Federal Award Date: February 10, 2026 |

**Recipient Information**
HEALTH, WASHINGTON STATE DEPARTMENT OF
PO Box 47880
OLYMPIA, WASHINGTON  98504 7880
**Employer Identification Number (EIN):** 1911444603A1
**Data Universal Numbering System (DUNS):** 808883128
**Recipient's Unique Entity Identifier:** C16SP2HBR123
**Object Class:**  41.15

## Financial Information

| Appropriation | CAN | Allotment | Award this action | Cumulative Grant Award to Date | Document Number | Funding Type |
|---|---|---|---|---|---|---|
| 75-X-1512 | 2026,G99SU26 | $1,133,232.00 | $0 | $378,726.00 | 2601WAPREP | Formula |

## Terms and Conditions

This grant award represents an obligation for the ACF Family and Youth Services Bureau State Personal Responsibility Education Program. Funds are subject to the requirements of Section 513 of Social Security Act.

This award is subject to the requirements listed in the terms and conditions. The use of Federal funds from this award constitutes the grantee's acceptance of the listed terms and conditions. The electronic copy of Terms and Conditions to support this program can be found on the website at: https://acf.gov/grant&s/manage-grant/grant-award/award-terms.

## Remarks

* This field is intended to be included in the standardized Notice of Award and will be displayed in subsequent quarters.

2 | P a g e