# Exhibit K

Department of Health and Human Services
Administration for Children and Families

Notice of Award
Award # 2603ORSRAE
FAIN# 2603ORSRAE
Federal Award Date: February 10, 2026

| Recipient Information | Federal Award Information |
|---|---|
| **1. Recipient Name**<br>ADMINISTRATIVE SERVICES OREGON DEPARTMENT<br>500 Summer Street NE, D-48<br><br>SALEM, OREGON  97301<br><br>**2. Congressional District of Recipient**<br>*See Remarks<br><br>**3. Payment Account Number and Type**<br>*See Remarks<br><br>**4. Employer Identification Number (EIN)**<br>1936001958A3<br><br>**5. Data Universal Numbering System (DUNS)**<br>956343917<br><br>**6. Recipient's Unique Entity Identifier**<br>X5QGNEC5ASH4<br><br>**7. Project Director or Principal Investigator**<br>William Baney<br><br>william.baney@dhsoha.state.or.us<br><br>**8. Authorized Official**<br>*See Remarks | **11. Award Number**<br>2603ORSRAE<br>**12. Unique Federal Award Identification Number (FAIN)**<br>2603ORSRAE<br>**13. Statutory Authority**<br>The Bipartisan Budget Act of 2018, Title V, Section 2954, Public Law 113-93, 42 US Code 710<br>**14. Federal Award Project Title**<br>*See Remarks<br>**15. Assistance Listing Number**<br>93.235<br>**16. Assistance Listing Program Title**<br>Sexual Risk Avoidance Education (SRAE)<br>**17. Award Action Type**<br>Supplement<br>**18. Is the Award R&D?**<br>*See Remarks |

| Federal Agency Information | Summary Federal Award Financial Information | |
|---|---|---|
| **9. Awarding Agency Contact Information**<br>David Lee<br>Grants Management Officer<br>david.lee@acf.hhs.gov<br>202-401-5461<br><br>**10. Program Official Contact Information**<br>Jerry Milner<br>Program Authorizing Official<br>ACYF - Family and Youth Services Bureau<br>Milner.Jerry@acf.hhs.gov<br>111-111-1111 | **19.** Budget Period Start Date 10-01-2025<br>**20.** Total Amount of Federal Funds Obligated by this Action<br>  20a. Direct Cost Amount<br>  20b. Indirect Cost Amount Administrative Offset<br>**21.** Authorized Carryover<br>**22.** Offset<br>**23.** Total Amount of Federal Funds Obligated this budget period<br>**24.** Total Approved Cost Sharing or Matching, where applicable<br>**25.** Total Federal and Non-Federal Approved<br>**26.** Project Period Start Date 10-01-2025 -<br>**27.** Total Amount of the Federal Award including Approved Cost Sharing or Matching | End Date 09-30-2027<br>$0<br><br>*See Remarks<br>*See Remarks<br>*See Remarks<br>*See Remarks<br>$189,453.00<br><br>*See Remarks<br><br>*See Remarks<br>End Date 09-30-2027<br>*See Remarks |

**28. Authorized Treatment of Program Income**
*See Remarks
**29. Grants Management Officer – Signature**



David Lee
Grants Management Officer

**Footnotes**

In accordance with the preliminary injunction issued in Washington et al. v. HHS (D. Or.), this NOA has been revised to remove the Additional Term and Condition at Paragraph 5 of the Supplemental Terms and Conditions, prohibiting inclusion of gender ideology in any program or services funded with this award, which was included in the prior NOA. This Supplemental Term and Condition will not be applied to your program while the injunction remains in place and including it in the previous NOA issued on January 30 was an oversight on ACF's part.

| Department of Health and Human Services | Notice of Award |
|---|---|
| Administration for Children and Families | Award # 2603ORSRAE<br>FAIN# 2603ORSRAE<br>Federal Award Date: February 10, 2026 |

**Recipient Information**
ADMINISTRATIVE SERVICES OREGON DEPARTMENT
500 Summer Street NE, D-48
SALEM, OREGON  97301
**Employer Identification Number (EIN):** 1936001958A3
**Data Universal Numbering System (DUNS):** 956343917
**Recipient's Unique Entity Identifier:** X5QGNEC5ASH4
**Object Class:**  41.15

## Financial Information

| Appropriation | CAN | Allotment | Award this action | Cumulative Grant Award to Date | Document Number | Funding Type |
|---|---|---|---|---|---|---|
| 75-26-1512 | 2026,G990597 | $566,885.00 | $0 | $189,453.00 | 2603ORSRAE | Formula |

## Terms and Conditions

This grant award represents an obligation for the ACF Family and Youth Services Bureau This grant award represents an obligation for the ACF Family and Youth Services Bureau State Sexual Risk Avoidance Education Program.  Funds are subject to the requirements of Section 510 of Social Security Act.

This award is subject to the requirements listed in the terms and conditions. The use of Federal funds from this award constitutes the grantee's acceptance of the listed terms and conditions. The electronic copy of Terms and Conditions to support this program can be found on the website at: https://acf.gov/grants/manage-grant/grant-award/award-terms.

## Remarks

* This field is intended to be included in the standardized Notice of Award and will be displayed in subsequent quarters.

2 | P a g e