NICHOLAS W. BROWN
Attorney General for the State of Washington
Lucy Wolf
Molly Powell
Alexia Diorio
Assistant Attorneys General
Kelly Paradis
William McGinty
Marsha Chien
Deputy Solicitors General
800 Fifth Avenue, Suite 2000
206-464-7744
lucy.wolf@atg.wa.gov
molly.powell@atg.wa.gov
alexia.diorio@atg.wa.gov
kelly.paradis@atg.wa.gov
william.mcginty@atg.wa.gov
marsha.chien@atg.wa.gov
*Counsel for Plaintiff State of Washington*

## UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON

| | |
|---|---|
| STATE OF WASHINGTON, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al., <br><br> Defendants. | NO. 6:25-cv-01748-AA <br><br> DECLARATION OF PETER DEMARTINO |

DECLARATION OF PETER DEMARTINO

## DECLARATION OF PETER DEMARTINO

I, Peter DeMartino, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am over the age of 18, competent to testify as to the matters herein, and make this declaration based on my personal knowledge.

2. I am the Director of the Prevention and Health Promotion Administration (PHPA) for the Maryland Department of Health and a Maryland resident. I hold a Ph.D from the University of Chicago and have 22 years of experience in public health and healthcare service delivery. I have worked across the nonprofit and government sectors implementing sexual health education, infectious disease prevention, behavioral and somatic health programming, and direct care delivery supported by HRSA, CDC, and HUD initiatives.

3. In my role as Director of PHPA, I oversee the agencies responsible for delivering a wide variety of preventative health services to all Marylanders. This includes the Office of Family and Community Health Services (OFCHS) in the Maternal and Child Health Bureau, where the Sexual Risk Avoidance Education (SRAE) program is administered.

4. I submit this declaration in connection with the above-captioned matter. I have personal knowledge of the matters set forth below, or with respect to the matters for which I do not have personal knowledge, I have reviewed information gathered from the Maryland's Department of Health (MDH's) records by others within the organization.

5. In Maryland, our Department of Health supports medically accurate and complete, age-appropriate educational programming for Marylanders ages 10-19 that is focused on avoiding non-marital sexual activity with the goals of reducing pregnancy, HIV and other sexually transmitted infections (STIs), and birth rates among teens. MDH funds seven local health departments to provide this Sexual Risk Avoidance education to youth in four school

districts and through six community-based organizations. Across the State, an estimated 2,300 youth are directly served by the programs we implement with Title V SRAE funding. SRAE funds are distributed in counties with youth at highest risk for unintended pregnancy, HIV, and STIs. Western Maryland and the Eastern Shore have limited community resources, high rates of poverty, and few youth-supporting organizations, and Baltimore City has teen birth rates nearly twice as high as the state average.

6. In applying for Title V SRAE grants, MDH has complied with the program's application requirements, which include assurances that programming is evidence-based, medically accurate, age appropriate, provided in the cultural context most appropriate for individuals in the particular population group to which the programming is directed, and recognizes the experiences of youth from diverse communities, backgrounds, and experiences. The programming focuses on normalizing the optimal health behavior of avoiding non-marital sexual activity and teaching personal responsibility, healthy decision-making, healthy relationships, and other topics as described in 42 U.S.C. § 710(b)(3). In its grant applications, MDH also addresses how Maryland uses positive youth development principles when offering trauma-informed prevention programming. MDH last provided certification to ACF of Maryland's compliance with these requirements on November 19th, 2024. That certification is attached as Exhibit A.

**Federal Funding Relied on by MDH**

7. In 2024, Maryland submitted a Title V SRAE grant application in response to ACF's Funding Opportunity Announcement (FOA). Since that time, Maryland has submitted a letter of intent packet to re-authorize Title V SRAE grants each year, and most recently submitted one on January 23, 2026. ACF extends funding to grantees for two-year grant terms.

Maryland applies for a new grant each year, resulting in overlapping awards. Maryland has received these funds since 2004.

8. ACF has issued to MDH two currently active awards covering the period from October 1, 2024, through September 30, 2027. For the period from October 1, 2024 through September 30, 2026, ACF provided $722,303 in Title V SRAE funding to Maryland. For the period from October 1, 2025 through September 30, 2027, ACF committed $722,303 and provided $241,394 in Title V SRAE funding to Maryland. MDH is currently operating using fiscal year 2025 funds and has not yet drawn down 2026 funds.

9. ACF disburses Title V SRAE funding as reimbursements requested by MDH. MDH expects to request its next grant disbursement on or around February 15, 2026. Reimbursable expenses are accrued throughout the year.

10. Since 2004, Maryland's SRAE subrecipient local health departments have partnered with schools, faith-based organizations, non-profits, and after-school programs to engage youth in evidence-based sexual health education and positive youth development programs.

**Communications from Federal Government**

11. On or around August 6, 2025, MDH received a Notice of Award (NOA) describing the financial information associated with Maryland's Title V SRAE grant award funds. The NOA states, "[t]he use of Federal funds from this award constitutes the grantee's acceptance of the listed terms and conditions." In the Remarks section, the NOA states, "Recipients are prohibited from including gender ideology in any program or service that is funded with this award." The Terms and Conditions section states, in part, "[t]he statutory authority for the SRAE program under which this grant has been awarded, at 42 U.S.C. § 710,

does not authorize teaching students that gender identity is distinct from biological sex or boys can identify as girls and vice versa, or that there is a vast spectrum of genders that are disconnected from one's sex. Therefore, gender ideology is outside of the scope of the statutory authority for this award. In addition, any costs associated with gender ideology are not allowable expenditures of federal grant funds or maintenance-of-effort funds for this grant because they are not necessary, reasonable, or allocable for the performance of this award. See 45 C.F.R. §§ 75.403-405." An additional NOA was received on February 6, 2026, with similar terms. The August 6, 2025 NOA is attached as Exhibit B, and the February 6, 2026, NOA is attached as Exhibit C.

12. On August 7, 2025, ACF published Supplemental T&Cs applicable to SRAE awards and award modifications that add funding. The Supplemental T&Cs prohibit grant recipients from including so-called "gender ideology" in SRAE-funded programs and services. Per ACF's notice, these Supplemental T&Cs are effective immediately.

**Harms to Maryland**

13. Maryland is currently and will continue to experience harm as a result of the NOA and the Supplemental T&Cs. The NOA and Supplemental T&Cs have created immense confusion for our agency and partners. Our agency's ability to plan for the future is severely negatively impacted. While MDH no longer uses SRAE funds for staff salary due to funding cuts, they support significant staffing at the local level. Among Maryland's subrecipient local health departments, at least 16 employee salaries are partially or fully funded by the SRAE Grant. With the uncertainty of SRAE funding continuation, agencies may be forced to reduce or terminate these valuable employees' positions and related community and school programming.

14. Further, the threat to our state's federal financial assistance for failure to remove content concerning "gender ideology" puts at risk $722,303.

15. The impact of a disruption in funds would be devastating to the program. Given my experience, without the continued and uninterrupted funding of Title V SRAE grants, MDH and its partners will not be as effective in administering and providing age-appropriate and medically accurate education to youth who are at particular risk of becoming pregnant or contracting HIV and other STIs. As a result, youth in Maryland, especially high-risk youth, will suffer. Across SRAE sites, excluding gender identity from curricula and programmatic materials jeopardizes the health and well-being of Maryland's gender non-conforming youth. In MD, roughly 8% of the student population surveyed falls under the "gender-diverse or questioning" umbrella[1], meaning that in every Maryland classroom of 27 students, at least two youth are directly harmed by a policy that mandates the erasure of their identity and denies them medically accurate health information. According to 2022-2023 YRBS data[1], 44% of transgender and non-binary young people in MD reported seriously considering suicide in the past year, and 26% of transgender students in MD attempted suicide in the ast year – a rate nearly five times higher than their cisgender male peers (5%) and twice as high as cisgender female peers (11%). This exclusion sabotages the goals of SRAE, which aim for self-regulation and healthy decision-making by teaching youth to make healthy choices by building self-esteem and a focus on the future; youth cannot be taught to value their futures if their present identity is delegitimized. Similarly, a student experiencing identity-based distress is neurologically less capable of long-term goal setting and risk avoidance.

---

[1] Maryland Department of Health. (2024). 2022-2023 Maryland Youth Risk Behavior Survey and Youth Tobacco Survey (YRBS/YTS). https://health.maryland.gov/phpa/ccdpc/Reports/Pages/YRBS-2022-2023.aspx

16. Beyond directly supporting curricula, SRAE funding also allows Maryland to support programs that engage youth in evidence-based education, mentorship, skill-building lessons, and parent-child communication activities in some of our most resource poor communities in Maryland. These effective programs are proven to delay sexual activity, prepare youth to make healthy choices, and foster healthy relationships, thereby reducing teen pregnancy and youth STI rates. Among the current SRAE subrecipients are Somerset, Wicomico and Worcester County, rural counties on Maryland's Eastern Shore known to face particular health and economic challenges, as well as have some of the highest teen birth rates and adolescent STI rates in the state. For over two decades, the Worcester County Health Department has received SRAE funding to implement their "Just for Girls" after-school program at three local middle schools. This particular program recruits low income students referred by school staff for behavioral or academic issues. SRAE staff intentionally engage parents in their family nights and communication and skill-building workshops, strengthening their family and school connectedness and improving outcomes far beyond sexual health. A similar after-school program in Wicomico County called the "GEMS Program" has been providing health education to middle school age females for over 27 years. SRAE Terms and Conditions modification would severely impact these legacy programs that have proven to be beneficial for students and parents in the community by improving student academic performance and reducing the number of teen pregnancies. Educators may feel compelled to self-censor, or avoid answering student questions, during interactions for fear of violating the "exclusive purpose" of the SRAE program. This chilling effect on non-curricular instruction directly impacts the vital mentorship, community outreach, and informal support that occur outside of a formal lesson plan.

In Baltimore City, where teen birth rates, particularly among minority youth, continue to exceed the state average, the local health department's SRAE program partners with a faith-based organization. This collaboration provides high-risk youth with culturally relevant, age-appropriate, and evidence-informed sexual health education, empowering them to make healthy decisions for their future. Disrupting this program would impact the proven-effective, culturally tailored education and conversations regarding healthy sexual behaviors necessary for engaging this youth population.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on February 12, 2026, in Baltimore, Maryland

_____
Peter DeMartino, PhD