# Exhibit A

Application SF-424M

Program Name: State Sexual Risk Avoidance Education
Grantee Name: MARYLAND DEPARTMENT OF HEALTH
Report Name: Application SF-424M
Report Period: 10/01/2025 to 09/30/2026
Report Status: Submitted

U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES
Administration for Children and Families

Form Approved
Control No: 4040-0020
Expires: 02/08/2030
Version 01.2

**APPLICATION FOR FEDERAL ASSISTANCE**
**SF - 424 - MANDATORY**

| * 1.a. Type of Submission:<br>○ Plan<br>⦿ Funding Request | * 1.b. Frequency:<br>⦿ Annual<br>○ Other<br><br>* Other (Specify) | * 1.c. Consolidated Application/Plan/Funding Request?<br>Explanation: | * 1.d. Version:<br>⦿ Initial<br>○ Resubmission<br>○ Revision<br>○ Update |
|---|---|---|---|
| | | 2. Date Received: | State Use Only: |
| | | 3. Applicant Identifier: | |
| | | 4a. Federal Entity Identifier: | 5. Date Received By State: |
| | | 4b. Federal Award Identifier: | 6. State Application Identifier: |

| 7. APPLICANT INFORMATION | | | |
|---|---|---|---|
| * a. Legal Name: | MARYLAND DEPARTMENT OF HEALTH | | |
| * b. Employer/Taxpayer Identification Number (EIN/TIN): | 1526002033A9 | * c. Organizational UEI: | J5L2LBJK8RB8 |
| * d. Address: | | | |
| * Street 1: | 201 W Preston Street | Street 2: | |
| * City: | BALTIMORE | County: | BALTIMORE CITY |
| * State: | MD | Province: | |
| * Country: | United States | * Zip / Postal Code: | 21201 - 2301 |
| e. Organizational Unit: | | | |
| Department Name: | | Division Name: | |

| f. Name and contact information of person to be contacted on matters involving this application: | | | |
|---|---|---|---|
| Prefix: | * First Name:<br>Brianna | Middle Name: | * Last Name:<br>Deka |
| Suffix: | Title:<br>Adolescent Sexual and Reproductive Health Manager | Organizational Affiliation: | |
| * Telephone Number:<br>(443) 931-0558 | Fax Number | * Email:<br>brianna.deka@maryland.gov | |

* 8a. TYPE OF APPLICANT:
A: State Government

   b. Additional Description:

* 9. Name of Federal Agency:

|  | Catalog of Federal Domestic Assistance Number: | CFDA Title: |
|---|---|---|
| **10. CFDA Numbers and Titles 1** | 93.235 | Sexual Risk Avoidance Education |

| **11. Descriptive Title of Applicant's Project** |
|---|
| Maryland Department of Health SRAE |

| **12. Areas Affected by Funding:** |
|---|
| Maryland |

**13. CONGRESSIONAL DISTRICTS OF:**

| * a. Applicant<br>07 | b. Program/Project: |
|---|---|

Attach an additional list of Program/Project Congressional Districts if needed.

| **14. FUNDING PERIOD:** | | **15. ESTIMATED FUNDING:** | |
|---|---|---|---|
| a. Start Date:<br>10/01/2025 | b. End Date:<br>09/30/2026 | * a. Federal ($):<br>$0 | b. Match ($):<br>$0 |

**\* 16. IS SUBMISSION SUBJECT TO REVIEW BY STATE UNDER EXECUTIVE ORDER 12372 PROCESS?**

    a. This submission was made available to the State under the Executive Order 12372
        Process for Review on :
    b. Program is subject to E.O. 12372 but has not been selected by State for review.
    c. Program is not covered by E.O. 12372.

**\* 17. Is The Applicant Delinquent On Any Federal Debt?**
  ○ YES
  ● NO

Explanation:

**18.** By signing this application, I certify (1) to the statements contained in the list of certifications\*\* and (2) that the statements herein are true, complete and accurate to the best of my knowledge. I also provide the required assurances\*\* and agree to comply with any resulting terms if I accept an award. I am aware that any false, fictitious, or fraudulent statements or claims may subject me to criminal, civil, or administrative penalties. (U.S. Code, Title 218, Section 1001)
**\*\*I Agree** ☑

\*\* The list of certifications and assurances, or an internet site where you may obtain this list, is contained in the announcement or agency specific instructions.

| 18a. Typed or Printed Name and Title of Authorized Certifying Official<br>Brianna Deka | 18c. Telephone (area code, number and extension) |
|---|---|
| | 18d. Email Address<br>brianna.deka@maryland.gov |
| 18b. Signature of Authorized Certifying Official<br>*Esign* | 18e. Date Report Submitted (Month, Day, Year)<br>11/18/2024 |

**Attach supporting documents as specified in agency instructions.**