# Exhibit C

**Department of Health and Human Services**
Administration for Children and Families

**Notice of Award**
Award # 2601MDSRAE
FAIN# 2601MDSRAE
Federal Award Date: January 29, 2026

| Recipient Information | Federal Award Information |
|---|---|
| **1. Recipient Name**<br>MARYLAND DEPARTMENT OF HEALTH<br>201 W Preston Street<br><br>BALTIMORE, MARYLAND 21201 2301 | **11. Award Number**<br>2601MDSRAE |
| | **12. Unique Federal Award Identification Number (FAIN)**<br>2601MDSRAE |
| **2. Congressional District of Recipient**<br>*See Remarks | **13. Statutory Authority**<br>The Bipartisan Budget Act of 2018, Title V, Section 2954, Public Law 113-93, 42 US Code 710 |
| **3. Payment Account Number and Type**<br>*See Remarks | **14. Federal Award Project Title**<br>*See Remarks |
| **4. Employer Identification Number (EIN)**<br>1526002033A9 | **15. Assistance Listing Number**<br>93.235 |
| **5. Data Universal Numbering System (DUNS)**<br>143148679 | **16. Assistance Listing Program Title**<br>Sexual Risk Avoidance Education (SRAE) |
| **6. Recipient's Unique Entity Identifier**<br>J5L2LBJK8RB8 | **17. Award Action Type**<br>New |
| **7. Project Director or Principal Investigator**<br>Samantha Ritter<br><br>samantha.ritter@maryland.gov | **18. Is the Award R&D?**<br>*See Remarks |
| **8. Authorized Official**<br>*See Remarks | |

| Summary Federal Award | Financial Information |
|---|---|
| **19. Budget Period Start Date** 10-01-2025 | **End Date** 09-30-2027 |
| **20. Total Amount of Federal Funds Obligated by this Action** | $241,394.00 |
| 20a. Direct Cost Amount | *See Remarks |
| 20b. Indirect Cost Amount Administrative Offset | *See Remarks |
| 21. Authorized Carryover | *See Remarks |
| 22. Offset | *See Remarks |
| 23. Total Amount of Federal Funds Obligated this budget period | $241,394.00 |
| 24. Total Approved Cost Sharing or Matching, where applicable | *See Remarks |
| 25. Total Federal and Non-Federal Approved | *See Remarks |
| **26. Project Period Start Date** 10-01-2025 - | **End Date** 09-30-2027 |
| 27. Total Amount of the Federal Award including Approved Cost Sharing or Matching | *See Remarks |

**Federal Agency Information**
**9. Awarding Agency Contact Information**
David Lee
Grants Management Officer
david.lee@acf.hhs.gov
202-401-5461

**10. Program Official Contact Information**
Jerry Milner
Program Authorizing Official
ACYF - Family and Youth Services Bureau
Milner.Jerry@acf.hhs.gov
111-111-1111

**28. Authorized Treatment of Program Income**
*See Remarks

**29. Grants Management Officer – Signature**

David Lee
Grants Management Officer

**Footnotes**

| | |
|---|---|
| Department of Health and Human Services<br>Administration for Children and Families | Notice of Award<br>Award # 2601MDSRAE<br>FAIN# 2601MDSRAE<br>Federal Award Date: January 29, 2026 |

**Recipient Information**
MARYLAND DEPARTMENT OF HEALTH
201 W Preston Street
BALTIMORE, MARYLAND  21201 2301
**Employer Identification Number (EIN):** 1526002033A9
**Data Universal Numbering System (DUNS):** 143148679
**Recipient's Unique Entity Identifier:** J5L2LBJK8RB8
**Object Class:** 41.15

## Financial Information

| Appropriation | CAN | Allotment | Award this action | Cumulative Grant Award to Date | Document Number | Funding Type |
|---|---|---|---|---|---|---|
| 75-26-1512 | 2026,G990597 | $722,303.00 | $241,394.00 | $241,394.00 | 2601MDSRAE | Formula |

## Terms and Conditions

This grant award represents an obligation for the ACF Family and Youth Services Bureau State Sexual Risk Avoidance Education Program.  Funds are subject to the requirements of Section 510 of Social Security Act.
This award is subject to the requirements listed in the terms and conditions. The use of Federal funds from this award constitutes the grantee's acceptance of the listed terms and conditions. The electronic copy of Terms and Conditions to support this program can be found on the website at: https://acf.gov/grants/manage-grant/grant-award/award-terms.
Recipients are prohibited from including gender ideology in any program or service that is funded with this award. The statutory authority for the SRAE program under which this grant has been awarded, at 42 U.S.C. § 710, does not authorize teaching students that gender identity is distinct from biological sex or boys can identify as girls and vice versa, or that there is a vast spectrum of genders that are disconnected from one's sex. Therefore, gender ideology is outside of the scope of the statutory authority for this award. In addition, any costs associated with gender ideology are not allowable expenditures for this grant because they are not necessary, reasonable, or allocable for the performance of this award. See 45 C.F.R. §§ 75.403-405.

## Remarks

* This field is intended to be included in the standardized Notice of Award and will be displayed in subsequent quarters.

This award represents CR1 funding for the total approved FY 2026 State Program budget. The remaining balance will be awarded at a later date, subject to the availability of funds.