# Exhibit 1



**Department of Health and Human Services**
Administration for Children and Families

Notice of Award
Award # 2502WISRAE
FAIN# 2502WISRAE
Federal Award Date: August 6, 2025

---

## Recipient Information

**1. Recipient Name**
STATE OF WISCONSIN DEPARTMENT OF HEALTH SERVICES
1 W. WILSON ST RM 250

MADISON, WISCONSIN  53703 3445

**2. Congressional District of Recipient**
*See Remarks

**3. Payment Account Number and Type**
*See Remarks

**4. Employer Identification Number (EIN)**
1396006469C4

**5. Data Universal Numbering System (DUNS)**
036448835

**6. Recipient's Unique Entity Identifier**
CG2SZ7HCNV54

**7. Project Director or Principal Investigator**
Tessa Donaldson
Adolescent Health Coordinator
Tessar.donaldson@dhs.wisconsin.gov

**8. Authorized Official**
*See Remarks

---

## Federal Agency Information

**9. Awarding Agency Contact Information**
David Lee
Grants Management Officer
david.lee@acf.hhs.gov
202-401-5461

**10. Program Official Contact Information**
Jerry Milner
Program Authorizing Official
ACYF - Family and Youth Services Bureau
Milner.Jerry@acf.hhs.gov
111-111-1111

## Federal Award Information

**11. Award Number**
2502WISRAE

**12. Unique Federal Award Identification Number (FAIN)**
2502WISRAE

**13. Statutory Authority**
The Bipartisan Budget Act of 2018, Title V, Section 2954, Public Law 113-93, 42 US Code 710

**14. Federal Award Project Title**
*See Remarks

**15. Assistance Listing Number**
93.235

**16. Assistance Listing Program Title**
Sexual Risk Avoidance Education (SRAE)

**17. Award Action Type**
Supplement

**18. Is the Award R&D?**
*See Remarks

### Summary Federal Award Financial Information

| | | |
|---|---|---|
| 19. Budget Period Start Date 10-01-2024 | | End Date 09-30-2026 |
| 20. Total Amount of Federal Funds Obligated by this Action | | $543,887.00 |
| 20a. Direct Cost Amount | | *See Remarks |
| 20b. Indirect Cost Amount Administrative Offset | | *See Remarks |
| 21. Authorized Carryover | | *See Remarks |
| 22. Offset | | *See Remarks |
| 23. Total Amount of Federal Funds Obligated this budget period | | $801,812.00 |
| 24. Total Approved Cost Sharing or Matching, where applicable | | *See Remarks |
| 25. Total Federal and Non-Federal Approved | | *See Remarks |
| 26. Project Period Start Date 10-01-2024 - | | End Date 09-30-2026 |
| 27. Total Amount of the Federal Award including Approved Cost Sharing or Matching | | *See Remarks |

**28. Authorized Treatment of Program Income**
*See Remarks

**29. Grants Management Officer – Signature**

David Lee
Grants Management Officer

---

## Footnotes

| | |
|---|---|
| **Department of Health and Human Services**  Administration for Children and Families | Notice of Award  Award # 2502WISRAE  FAIN# 2502WISRAE  Federal Award Date: August 6, 2025 |

**Recipient Information**
STATE OF WISCONSIN DEPARTMENT OF HEALTH SERVICES
1 W. WILSON ST RM 250
MADISON, WISCONSIN  53703 3445
**Employer Identification Number (EIN):** 1396006469C4
**Data Universal Numbering System (DUNS):** 036448835
**Recipient's Unique Entity Identifier:** CG2SZ7HCNV54
**Object Class:** 41.15

## Financial Information

| Appropriation | CAN | Allotment | Award this action | Cumulative Grant Award to Date | Document Number | Funding Type |
|---|---|---|---|---|---|---|
| 75-25-1512 | 2025,G990597 | $801,812.00 | $543,887.00 | $801,812.00 | 2502WISRAE | Formula |

## Terms and Conditions

This grant award represents an obligation for the ACF Family and Youth Services Bureau State Sexual Risk Avoidance Education Program. Funds are subject to the requirements of Section 510 of Social Security Act.
This award is subject to the requirements listed in the terms and conditions. The use of Federal funds from this award constitutes the grantee's acceptance of the listed terms and conditions. The electronic copy of Terms and Conditions to support this program can be found on the website at: https://acf.gov/grants/manage-grant/grant-award/award-terms.
Recipients are prohibited from including gender ideology in any program or service that is funded with this award. The statutory authority for the SRAE program under which this grant has been awarded, at 42 U.S.C. § 710, does not authorize teaching students that gender identity is distinct from biological sex or boys can identify as girls and vice versa, or that there is a vast spectrum of genders that are disconnected from one's sex. Therefore, gender ideology is outside of the scope of the statutory authority for this award. In addition, any costs associated with gender ideology are not allowable expenditures for this grant because they are not necessary, reasonable, or allocable for the performance of this award. See 45 C.F.R. §§ 75.403-405.

## Remarks

* This field is intended to be included in the standardized Notice of Award and will be displayed in subsequent quarters.

Recipients are prohibited from including gender ideology in any program or service that is funded with this award. Please refer to Additional Term and Condition section of the Supplemental Terms and Conditions for more information on this requirement.